# EXHIBIT A
# Part 1

Taking a business approach
Stadheim & Grear
to defending patent rights

**Via Federal Express**

December 23, 2015

Mr. Robert Aeschliman, General Counsel
Super Micro Computer, Inc.
980 Rock Avenue
San Jose, CA 95131

Re: *U.S. Patent No. 8,468,591 and Intel Trusted Execution Technology*

Dear Mr. Aeschliman,

We represent Computer Protection IP in licensing and enforcing, in court, its United States Patent No. 8,468,591 pertaining to virtualized computing security.

The inventor of the patented technology, Mr. Ariel Silverstone, specializes in data privacy and security, including in the cloud-computing environment since its inception. Mr. Silverstone has led information security efforts for a number of companies, including Microsoft, Cisco Systems, Expedia, and Symantec, and established the Israeli Center of Excellence for Information Security. He consults and trains security professionals and has authored and contributed to over 20 books and dozens of magazines, electronic publications, and high-profile research papers. He wrote a regular column for *CIO Magazine* and has been quoted in *The Wall Street Journal*, *BusinessWeek*, *CSO Magazine*, *Computerworld*, and other leading publications. He is a frequent contributor to standards bodies, including the National Institute of Standards and Technology (NIST) guide to security of the Smart Grid. Mr. Silverstone was recently nominated for "Information Security Executive of the Year for North America" by T.E.N (Tech Execs Network, Inc.), to a Fellowship of the Information Systems Security Association, and twice to *Computerworld*'s "Premier 100 in IT" list.

The Silverstone '591 patent, a copy of which is enclosed, covers methods and systems for performing a secured boot of a virtualized environment. For example, several claims of the '591 patent read on Intel's Trusted Execution Technology ("Intel TXT"), as demonstrated by the enclosed claim chart. According to publicly available records, Super Micro Computer, Inc. employs Intel TXT to ensure server security, and thus uses technology covered by the '591 patent. *See* http://www.intel.com/content/www/us/en/architecture-and-technology/trusted-execution-technology/where-to-buy-isv-txt.html (last visited Dec. 22, 2015).

At this time, Computer Protection IP is offering a license on extremely attractive terms: a fully paid-up license for all IaaS applications in exchange for 0.5% of Super Micro Computer, Inc.'s 2013 worldwide IaaS revenues. These terms will remain available for Wednesday, February 17, 2016. The day after the offer expires we will file one or more lawsuits in United States District Court for infringement of the '591 patent. In the meantime, we remain willing to extend

Taking a business approach
Stadheim & Grear
to defending patent rights

uncommonly favorable terms to the first company to take a license. It is in your company's best interest to inquire about our unique approach.

We look forward to the opportunity to sit down with you with the aim of reaching an amicable resolution of this matter.

Yours very truly,

Rolf O. Stadheim

Enclosures

FOR SETTLEMENT PURPOSES UNDER FRE 408
HIGHLY CONFIDENTIAL

# COMPARISON OF SELECTED METHOD CLAIMS FROM U.S. PATENT NO. 8,468,591 TO THE "TRUSTED EXECUTION TECHNOLOGY" OFFERED BY INTEL

**Claim 39. A method for centralized network control of computing devices,**

Consider the "Trusted Execution Technology" ("TXT") offered by Intel Corporation ("Intel"). Intel documents explain that "Intel TXT enables hardware-enforced integrity checks of hypervisors and other key system components at server startup." (Ref. 2, Page 1, Column 2.)

Intel's documents reveal that TXT can be employed as an enabling technology in "cloud computing" (see, *e.g.*, Ref. 1, Page 1, Executive Summary) and, similarly, with "cloud computing and consolidated virtualized data centers" (see, *e.g.*, Ref. 1, Page 3, Column 2).

It is also revealed that "Intel TXT . . . is currently available in servers based on Intel® Xeon® processor 5600 series and on business PCs with Intel® Core™ vPro™ processors." (Ref. 2, Page 4, Column 1.) In fact, Intel has represented that TXT was "Initially delivered to market" with the vPro™ products in 2007, and was "launched" with the Intel Xeon® processor 5600 series in 2010. (See, *e.g.*, Ref. 1, Page 3, Column 2.)

Furthermore, Intel remarks that "Intel TXT is available on a growing number of server platforms based on the Intel Xeon processor family from a variety of system vendors." (Ref. 1, Page 7, Column 3.)

**the method comprising:**

It is well established that the word "comprising" appearing in the preamble of a patent claim means "including, but not necessarily limited to."

**configuring one or more protected computing devices for communication through a network; and**

Consider the diagram supplied by Intel and captioned in part "Trustable pools created using Intel Trusted Execution Technology." (Ref. 1, Page 5, Figure 2.) In this Intel diagram each of the individual boxes in the arrangements respectively labeled "VM1" and "VM2" comprise a "protected computing device[]" as recited in this claim element.

Further, as also shown in this same diagram supplied by Intel, these protected computing devices are arrayed on a communications network. This communications network is illustrated graphically by the centrally-located cloud-shaped region with its adjacent twin-arrowed lines. (Ref. 1, Page 5, Figure 2.)

Each of these twin-arrowed lines represent a bi-directional network (such as the Internet) connecting, for instance, "VM1" and "VM2" to what is labeled the "Virtualization Management" component appearing in this same diagram.

**a hardware or software control element configured to exercise control over each of the protected computing devices wherein the control element is a virtual machine manager associated with a virtual machine;**

Consider the diagram supplied by Intel and captioned "Intel TXT–Intel Trusted Execution Technology." (Ref. 3.) As is apparent from this Intel diagram, there is preferably a "hypervisor" positioned between the Intel TXT component and, for instance, the hardware comprising a protected computing device (such as a server).

Further, recall that a "hypervisor" is one type of a "virtual machine manager." Indeed, the '591 Patent teaches this exact nomenclature with the phase "a virtual machine manager such as a hypervisor." ('591 Patent, Column 11, Lines 45-48.)

Moreover, this "hypervisor" can be a "software control element" as recited in this portion of the claim. In fact, the '591 Patent teaches that "[a] hypervisor is a <u>software</u> program or system." ('591 Patent, Column 8, Lines 33-35 (emphasis added).)

**wherein the virtual machine manager is configured to cause the one or more protected computing devices to be authenticated by an authentication server,**

In the diagram supplied by Intel and captioned in part "Trustable pools created using Intel Trusted Execution Technology" (Ref. 1, Page 5, Figure 2) the "authentication server" recited in this claim element can be considered to be the component labeled "Virtualization Management."

Further, the Intel documentation explains that "[v]irtualization management can identify and report platforms that demonstrate integrity via Intel TXT." (Ref. 1, Page 5, Figure 2, Left-Hand Caption Box 1.) And, Intel explains that "Intel Trusted Execution Technology . . . [is] a hardware-based security technology that conducts integrity checks at hypervisor launch, which is typically at server startup." (Ref. 2, Page 2, Column 3 through Page 3, Column 1.)

According to Intel, "Building on the security provided by Intel TXT attestation provides assurance that the protected environment is correctly invoked and measures the integrity of software running in the protected environment." (Ref. 5, Page 23, Section 7.1.) "The Intel Trust Attestation Solution (Enterprise Edition), code-named "Mount Wilson, is a multi-hypervisor, multi-device, Trust Attestation/Verification Solution, for servers, clients, network/storage, and embedded devices." (Ref. 5, Page 25, Section 7.3.) "Deploying attestation within your network requires at a minimum, an attestation server and an attestation client whose hardware and software provide protection within an MLE." (Ref. 5, Page 23, Section 7.1) The Intel "Mt. Wilson 1.0 Architecture" is illustrated in Figure 6 of Reference 5, captioned: "Intel Trust Attestation Solution (Enterprise Edition) architecture." The yellow highlighted box in the center of the figure represents the attestation server.

Another illustration of the combination and use of Intel TXT and remote attestation is provided in Reference 7, "Trusted Compute Pools with Intel Trusted Execution Technology (Intel TXT)."

"Remote attestation, enabled by OpenAttestation contributed to the open-source community by Intel, provides the mechanism to query and verify the integrity or trustworthiness of systems in the cloud environment. This attested information provides the basis for the identification of trusted platforms versus untrusted systems—the foundation of the creation of trusted compute pools that can be used to host privileged or sensitive data and workloads." (Ref. 8, Page 3, Column 1, Paragraph 4.) "Intel created the OpenAttestation service and SDK, which it released to the community as open-source code in April 2012, to support that functionality for host platforms that have a TPM." (Ref. 8, Page 6, Column 1, Paragraph 1.)

"Intel TXT enables trust to be verified on hosts and for trusted compute pools to be established in the OpenStack environment. OpenAttestation allows those pools to be verified in order to establish populations of hosts that meet specific trust criteria." (Ref. 8, Page 7, Column 1, Paragraph 1.)

"Intel® Cloud Integrity Technology leverages Intel® TXT to provide a root of trust in the datacenter, enabling software-controlled visibility and policy enforcement of hardware-secured asset tags and launch-time measurements of the BIOS, Operating System (OS), and hypervisor. The trust and asset tag attestation information can then be used to provide workload verification, remediation, reporting, and compliance in both public and private cloud environments." (Ref. 6, Page 5, Section 1.2.) The "Intel Cloud Integrity Technology Product Guide" (attached as Reference 6) describes in detail the installation and configuration of the Intel Cloud Integrity remote attestation server. Figure 1, captioned "Deployment Topology", illustrates a typical configuration. The server is the component labeled "Trust Attestation Server." (Ref. 6, Page 7.)

Referring again to Reference 8, Figure 2, captioned "Remote Attestation with the OpenAttestation Service," also illustrates the configuration of the "attestation service," depicting a server providing remote attestation services to hypervisor-based virtualization systems. Components of the OpenAttestation service are illustrated in Figure 3. (Ref. 8, Page 6, Figures 2 and 3.)

**the virtual machine manager configured to make a decision whether and to what extent to allow the one or more protected computing devices to launch its operating system based upon an authentication status provided by the authentication server,**

Intel discloses that "Intel TXT . . . block the launch of code that does not match approved code." (Ref. 1, Page 3, Column 3.) Similarly, Intel says that "Intel TXT helps protect a server <u>prior to</u> virtualization software booting." (Ref. 1, Page 4, Column 1 (emphasis added).)

In addition, Intel states that "Intel TXT . . . increases protection by allowing greater control of the launch stack through a Measured Launch Environment (MLE) and enabling isolation in the boot process." (Ref. 1, Page 1, Column 2.)

Intel provides an exemplary attestation request and response in Figure 9 of Reference 5, captioned, "Example of JSON-based request/response for attestation." The authentication status is visible in the response message, where both "host1" and "host2" are reported to be "trusted." (Ref. 5, Page 22.)

And, in a diagram captioned "Intel Trusted Execution . . . Components" one block contains the text "BIOS AC Module, Preboot TXT Init Code." (Ref. 1, Page 6, Figure 3.)

**the virtual machine manager configured to control the one or more protected computing devices to perform one of the following boot operations: boot its operating system, not boot its operating system, or boot its operating system but limit its memory access, storage access, or input/output capability.**

In describing what Intel refers to as the "Measured Launch Timeline" (Ref. 5, Page 11, Figure 3), the chronological presentation of the diagrammed phases is, in part, explained with the language "Pre-boot phase is performed . . . One of the goals of an Intel TXT-enabled BIOS is to initialize the platform to a state that will support a 'measured launch' . . . Regular Operation commences after successful launch, when the OS/hypervisor performs its primary functionality." (Ref. 5, Page 11.)

Indeed, Intel explains that at "power on" of the platform, the "[s]ystem firmware [is] verified by TXT prior to boot." (Ref. 4, Page 6, Upper Left-Hand Box.) And, in the event that the hypervisor code—as measured by TXT—is found to be "known good," then the system can "Launch VMs, OS, etc." (Ref. 4, Page 6, Upper Right-Hand Box.) In contrast, in the event that the hypervisor code—as evaluated by TXT—is not found to be "known good," then the system can block the launch of the TXT-protected platform.

Similarly, in another document, Intel details that, in the event that the "hypervisor measure matches" (Ref. 3), then "OS & Applications Are Launched" (Ref. 3).

**Claim 41. The method of claim 39, wherein the virtual machine and/or virtual machine manager is installed on at least one of the protected computing devices.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 39 from the '591 Patent.

Further, recall that a "hypervisor" is one type of a "virtual machine manager." Indeed, the '591 Patent teaches this exact nomenclature with the phase "a virtual machine manager such as a hypervisor." ('591 Patent, Column 11, Lines 45-48.)

Moreover, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" (Ref. 3) shows a "Hypervisor" associated with the component labeled "Hardware" (Ref. 3). And, in this diagram, the box labeled "Hardware" is a "protected computing device[]" as recited in this claim element.

**Claim 42. The method of claim 39, wherein the virtual machine manager is a hypervisor.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 39 from the '591 Patent.

Further, recall that a "hypervisor" is one type of a "virtual machine manager." Indeed, the '591 Patent teaches this exact nomenclature with the phase "a virtual machine manager such as a hypervisor." ('591 Patent, Column 11, Lines 45-48.)

Moreover, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" (Ref. 3) shows a "Hypervisor" associated with the component labeled "Hardware" (Ref. 3). And, in this diagram, the box labeled "Hardware" is a "protected computing device[]" as recited in this claim element.

**Claim 43. The method of claim 42, wherein the hypervisor and/or virtual machine is implemented in software on at least one of the protected computing devices.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 42 from the '591 Patent.

Further, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" shows a "Hypervisor" associated with the labeled "Hardware." (Ref. 3.) It is well known that a hypervisor is necessarily implemented in either software or in hardware. If the labeled "Hypervisor" appearing in Intel's diagram is implemented in software, then Claim 43 from the '591 Patent is infringed. Alternatively, if the labeled "Hypervisor" appearing in Intel's diagram is implemented in hardware, then Claim 44 from the '591 Patent is infringed instead (see analysis below under Claim 44).

**Claim 44. The method of claim 42, wherein the hypervisor and/or virtual machine is implemented in hardware on at least one of the protected computing devices.**

For at least the reasons detailed above, Intel TXT is an enabling technology that, at a minimum, induces infringement of Claim 42 from the '591 Patent.

Further, Intel's diagram captioned "Intel TXT–Intel Trusted Execution Technology" shows a "Hypervisor" associated with the labeled "Hardware." (Ref. 3.) It is well known that a hypervisor is necessarily implemented in either software or in hardware. If the labeled "Hypervisor" appearing in Intel's diagram is implemented in hardware, then Claim 44 from the '591 Patent is infringed. Alternatively, if the labeled "Hypervisor" appearing in Intel's diagram is implemented in software, then Claim 43 from the '591 Patent is infringed instead (see analysis above under Claim 43).

## References Cited

Reference 1: James Greene, Intel Corporation, "Intel® Trusted Execution Technology," *available at* http://www.zoo.cs.yale.edu/classes/cs422/2014fa/readings/hardware/txt.pdf (last visited July 28, 2015).

Reference 2: Intel Corporation, "Evolution Of Integrity Checking With Intel® Trusted Execution Technology: An Intel IT Perspective," *available at* http://www.intel.com/content/dam/doc/white-paper/intel-it-security-trusted-execution-technology-paper.pdf (last visited July 28, 2015).

Reference 3: Intel Corporation, Diagram with the heading: "Intel® TXT–Intel Trusted Execution Technology," *available at* http://www.intel.com/content/dam/staging/image/Danika/Cloud%20Computing/ITC-cloud-info-txtfull.gif (last visited July 28, 2015).

Reference 4: Steve Orrin, Intel Corporation, "Building Trust And Compliance In The Cloud," Feb. 27, 2012, *available at* http://www.trustedcomputinggroup.org/files/resource_files/CB330AD7-1A4B-B294-D070914A1AE1D08/TCG_Orrin_2012_FINAL.pdf (last visited July 28, 2015).

Reference 5: Intel Corporation, "Intel® Trusted Execution Technology (Intel® TXT) Enabling Guide," Version 2, Jan. 2015, *available at* https://software.intel.com/sites/default/files/Intel_R_TXT_Enabling_Guide.pdf (last visited July 28, 2015).

Reference 6: Intel Corporation, "Intel® Cloud Integrity Product Guide," Revision 2.0, April 2015, *available at* http://download.intel.com/support/sftw/ds/cit/sb/trust_attestation_server_2_0_product_guidev2.pdf (last visited November 12, 2015).

Reference 7: Intel Corporation, "Trusted Compute Pools with Intel® Trusted Execution Technology (Intel® TXT)," *available at* https://software.intel.com/sites/default/files/managed/b8/6d/trusted-execution-technology-trusted-compute-pools.pdf (last visited November 12, 2015).

Reference 8: Intel Corporation, "Mechanisms to Protect Data in the Open Cloud," *available at* https://software.intel.com/sites/default/files/Intel_TXT_Open_Cloud_Security_Final_Web.pdf (last visited November 12, 2015).

IT@Intel White Paper

Intel IT
Business Solutions
Information Security and Cloud Computing
August 2010

# Evolution of Integrity Checking with Intel® Trusted Execution Technology: an Intel IT Perspective

Periodic integrity checks with Intel TXT could help Intel IT detect attacks more quickly, contain the spread of malware, and reduce the need to rebuild hypervisors if a compromise is detected.

Sudip Chahal
Principal Engineer, Intel IT

Das Kamhout
Engineer, Intel IT

Toby Kohlenberg
Senior Information Security Specialist, Intel IT

Mohan Kumar
Senior Principal Engineer, Intel Architecture Group

Steve Mancini
Senior Security Specialist, Intel IT

Dennis Morgan
Senior Security Specialist, Intel IT

Stacy Purcell
Enterprise Architect, Intel IT

Alan Ross
Senior Principal Engineer, Intel IT

Cindy Smith
Enterprise Architect, Intel IT

## Executive Overview

**Intel IT is transitioning to a private cloud-computing environment to improve efficiency and agility. This highly virtualized multi-tenant environment creates new security challenges, including those presented by emerging threats such as rootkit attacks.**

We carefully examine these security concerns and analyze technologies that can potentially address them. As part of this effort, we evaluated Intel® Trusted Execution Technology (Intel® TXT), a new security technology in Intel® processors. Intel TXT enables hardware-enforced integrity checks of hypervisors and other key system components at server startup.

Our evaluation highlighted a potential use case that utilizes Intel TXT to conduct periodic hypervisor integrity checks across a server cluster, without interrupting business applications. This could let us detect attacks more quickly, contain the spread of malware, and reduce the need to rebuild hypervisors if a compromise is detected.

We envision this use case as a key step in an evolution of integrity-checking capabilities built on Intel TXT. The evolution begins with one-time integrity checks at system startup, progresses to more frequent periodic integrity checks, and culminates in runtime integrity checks on individual virtual machines.

We analyzed the performance and power-management implications of this use case, as well as the ecosystem support required. Our analysis suggests that all servers in a large cluster could be checked within a few hours and that the use case has considerable potential synergy with virtualization power-management schemes.

With appropriate ecosystem enabling for Intel TXT, we believe that this use case could significantly enhance security in our virtualized environment. Intel is working with suppliers to encourage this support. We are deploying Intel® Xeon® processor 5600 series-based servers, which include Intel TXT, as a core element of our private cloud infrastructure.

Intel TXT is a foundation technology that can be applied to enhance security in multiple usage models; the use case described here is only one of these, and we expect to continue exploring other applications in the future.

## Contents


Executive Overview 1

Background 2

Root of Trust 2

Evolution of Integrity Checking 3

Use Case for Intel® TXT 4

Scalability 5

Implementation Considerations 6

Synergy with Power Management 6

Ecosystem Requirements and Other Concerns 6

Summary 7


## IT@INTEL

IT@Intel is a resource that enables IT professionals, managers, and executives to engage with peers in the Intel IT organization—and with thousands of other industry IT leaders—so you can gain insights into the tools, methods, strategies, and best practices that are proving most successful in addressing today's tough IT challenges. Visit us today at www.intel.com/IT or contact your local Intel representative if you'd like to learn more.

# BACKGROUND

**Intel IT is undertaking a major transition to an enterprise private cloud that will support our office and enterprise computing applications. This multi-year initiative is designed to enable greater agility and efficiency; we plan a phased implementation, progressively moving more-important applications to the cloud over time.**

We are building this multi-tenant environment on virtualized infrastructure as a service (IaaS), based on clusters of Intel® Xeon® processor-based servers. Management of these clusters will be automated and policy-driven. A key capability of this architecture is live migration, which enables virtual machines (VMs) with applications running in them to be moved between servers without downtime. Live migration is the basis of advanced services such as automated dynamic load-balancing within a cluster.

The security of Intel's data and applications remains a critical focus as we develop and implement our cloud strategy. Our enterprise private cloud architecture addresses key security challenges, including software, platform, and infrastructure security, as shown in Figure 1.

In a non-virtualized environment, the separation provided by physical infrastructure is assumed to provide a level of protection for applications and data. In the cloud, this traditional physical isolation between applications no longer exists. Our cloud infrastructure is multi-tenant, with multiple applications utilizing a shared common physical infrastructure. This provides the benefit of much more efficient resource utilization. However, because the physical barriers between applications have been eliminated, it is important to establish compensating security controls to minimize the potential for malware to spread through the cloud.

Newer types of malware threats, such as rootkit attacks, can be increasingly difficult to detect using traditional antivirus products. These threats use various methods of concealment to remain undetected as they infect key system components such as hypervisors and drivers. This increases the likelihood that the malware can operate in the background, spread through a cloud environment, and cause greater damage over time.

## Root of Trust

These security concerns increase the importance of helping assure system integrity by establishing a root of trust—a hardware-based security foundation—within each system. This trusted foundation can then be used to perform regular integrity checks of key components, such as hypervisors, to verify that they have not been compromised. The trusted foundation can be provided by Intel® Trusted Execution Technology (Intel® TXT), a hardware-based security technology that conducts integrity




Figure 1. Intel IT's enterprise private cloud architecture.

checks at hypervisor launch, which is typically at server startup (see sidebar "Intel® Trusted Execution Technology").

## Evolution of Integrity Checking

We view system integrity checking as a key capability within the software, platform, and infrastructure security focus area of our private cloud architecture.

Our vision for helping assure ongoing system integrity in a virtualized environment includes an evolution of integrity-checking capabilities. Each phase in this evolution provides an increasing level of assurance and relies on secure startup enabled by Intel TXT.

This evolution begins with one-time integrity checks at system or hypervisor startup, progresses to more frequent periodic integrity checks, and culminates in runtime integrity checks, as shown in Figure 2.

In the longer term, we believe that significant protection could be provided by conducting integrity checks on individual VMs at runtime. Given a trusted foundation, it is possible that the integrity of the VMs operating on top of the hypervisor may someday be open to inspection and verification as well. However, this is not feasible with technology that is available today.

We are therefore exploring periodic integrity checking. By increasing the frequency of server restarts and using Intel TXT to check integrity at each restart, this approach could enable faster detection of compromises.

In a traditional computing environment, increasing restart frequency is difficult because applications are tied to physical servers; restarting a production server can result in unacceptable application downtime.




Figure 2. Evolution of integrity checking.

## Intel® Trusted Execution Technology

Intel® Trusted Execution Technology (Intel® TXT) is a hardware-based security technology specifically designed to harden platforms against attacks to the hypervisor and BIOS, malicious rootkit installations, and other firmware and software attacks. It is currently available in servers based on Intel® Xeon® processor 5600 series and on business PCs with Intel® Core™ vPro™ processors.

Intel TXT establishes a root of trust—a hardware-based security foundation that can be used to verify the integrity of other system components, such as the hypervisor.

At startup, Intel TXT measures the code of the hypervisor and compares it with a known good value, as shown in Figure 3. If the measurements do not match, indicating that the hypervisor may have been compromised, launch can be blocked.




Figure 3. Intel® Trusted Execution Technology helps protect virtualized server environments.

In a virtualized environment, increasing restart frequency becomes much more feasible. We can use live migration to relocate workloads within a cluster, enabling individual servers to be rebooted without interruption to applications.

To assess the potential of this approach, we identified a use case that takes advantage of the capabilities of Intel TXT as a root of trust to conduct periodic integrity checks in a virtualized environment. We analyzed the benefits, implementation considerations, possible impacts, and the ecosystem support required.

## USE CASE FOR INTEL® TXT

**Our use case, shown in Figure 4, employs live migration to move all VMs off each server within a cluster in turn, allowing us to restart the server and conduct an integrity check without application downtime. This use case assumes that the servers in the cluster are Intel TXT-capable and enable a hypervisor to be launched securely.**

For each server, the steps are:

1. Live migrate all VMs running on the server to other servers in the cluster.
2. Restart the server, with an Intel TXT-enabled integrity check to verify that the hypervisor has not been compromised.
3. If the hypervisor code is verified as good, live migrate the VMs from other servers back to this server. If the hypervisor code is bad, then corrective action is taken immediately on all servers, hypervisors, and VMs involved in this specific series of VM migrations.




Figure 4. Proposed use case: Integrity check in a virtualization server cluster.

This process is repeated for all servers in the cluster.

The use case should be a policy-driven, automated activity that can be scheduled to run at night or at other times of low activity. In a large cluster, several servers could be executing the use case concurrently.

## Scalability

We conducted preliminary analysis to assess whether our use case could scale to support large production clusters.

Our analysis was partly based on existing Intel IT live migration data. This included tests in which a representative enterprise reporting application, comprising six VMs, was live migrated between several servers based on different generations of Intel Xeon processors. The average time required to migrate all six VMs was between three minutes 20 seconds and four minutes—an average of about 33 to 40 seconds per VM.

In our scalability analysis, we estimated how long it would take to complete the use case for all servers in a 20-server cluster running a total of 200 VMs. We created a range of projections based on the following assumptions:

- A conservative range of live migration times, from 30 seconds to two minutes per VM
- Server restart time of five minutes
- One to four concurrent live migrations within the cluster

With four concurrent migrations, the entire process could be completed within a few




Figure 5. Estimates of total time required to execute the use case, resulting in integrity checks for all servers in a large (20-server) cluster with 200 virtual machines and a five-minute server restart time.

hours, as shown in Figure 5. This suggests that the proposed use case could scale to accommodate large clusters by executing concurrently on multiple servers.

## Implementation Considerations

Key implementation considerations include enforcement, logging, and frequency of integrity checks.

### ENFORCEMENT

The integrity check must not be bypassed as a result of modifications to the server configuration, such as firmware or BIOS updates.

### LOGGING

Comprehensive logging is required for this security process.

- All integrity checks and changes to the integrity checksum must be logged to a remote server.
- Only authorized personnel should be able to update the checksum.

### FREQUENCY OF INTEGRITY CHECKS

The frequency with which servers are checked will depend on the environment and any other existing controls.

- **Development clusters.** Clusters used for software development will require more frequent integrity checks, perhaps nightly, because they are less likely than production clusters to be rigorously secured or trusted.
- **Production clusters running internal applications.** Clusters that are running internal applications and are within corporate firewalls will need less frequent checks since they are highly secured.
- **Production clusters running externally facing applications.** These will require more frequent checks because they are likely to be more accessible and targeted by attackers.

## Synergy with Power Management

There is substantial synergy between our proposed use case and the power management approach provided by some virtualization management software. Both use live migration to move VMs off some servers within a cluster during periods of low activity. As a result, the mechanisms used for power management could be applied to implement our use case as well, without requiring additional hardware or software.

This synergy provides an opportunity to address two business requirements, security and power management, with a unified automated, policy-based virtualization software architecture.

## Ecosystem Requirements and Other Concerns

Implementation of our proposed use case will require ecosystem support for Intel TXT.

## An Alternative Approach to Conducting Periodic Integrity Checks

Intel IT continues to explore other usage models that could further simplify the process of conducting periodic integrity checks. One approach that we are researching is "offline" startup and integrity checking. The concept is to copy the hypervisor executables from an operational server to an isolated standby server that is used to execute the startup process and associated integrity check. This approach would enable checks to be conducted more frequently and more quickly. There would also be even less risk of impacts to application performance, since this approach would not require live migration of virtual machines. Considerations include the need to help assure secure transfer of the hypervisor copy.

Intel is working closely with suppliers, including OS and hypervisor providers, to encourage them to develop Intel TXT-enabled products.

The desired ecosystem support could enable orchestration and automation of the full sequence of steps. Ideally, this orchestration could be supported by virtualization management software, enabling synergy with power management.

Ecosystem support could also help ensure adequate logging and auditing of all integrity checks, to help identify anomalous behavior and provide robust forensic capabilities.

Further support would allow extension of the chain of trust to enable runtime checking at the level of each VM, thus identifying individual compromised VMs. This may obviate the need to rebuild an entire cluster from bare metal if a VM is found to be compromised.

Other areas of concern include the need to evaluate whether frequent live migrations have application performance impacts or require additional network bandwidth. Additionally, there is a concern that automated live migration can propagate malware within a cluster; however, this can happen in any virtualized environment, and the use of Intel TXT-enabled integrity checks may help contain the malware before it spreads to other clusters.

## SUMMARY

**Our analysis suggests that this use case is feasible and could offer significant benefits in the future, as shown in Table 1.**

Using Intel TXT, we could periodically check for compromised hypervisors without interruption to business applications. This could enable faster detection of compromises, helping to contain the spread of malware, and reduce the need to rebuild hypervisors if a compromise is detected.

Limitations of this approach include the fact that integrity checks occur only at server startup. In addition, ecosystem support for Intel TXT is required to orchestrate and automate the use case. Ecosystem support could also extend the chain of trust to enable runtime integrity checks of each VM.

With the appropriate ecosystem enabling for Intel TXT, we believe that this use case could significantly enhance security in our virtualized environment. We are deploying Intel Xeon processor 5600 series-based servers, which include Intel TXT, as a core element of our private cloud infrastructure.

Intel TXT is a foundation technology that can be applied in multiple usage models to enhance IT security; the use case described here is only one of these. As ecosystem support evolves, we expect to continue exploring other uses of Intel TXT within our environment.

Table 1. Benefits and Limitations of Use Case: Periodic Integrity Checking in a Virtualized Environment with Intel® Trusted Execution Technology

| Potential benefits |
|---|
| • Proactively detect compromised hypervisors more quickly<br>• No application downtime<br>• Help contain spread of malware<br>• Reduce the need to the rebuild hypervisors in a cluster if compromise is detected<br>• Synergy with power management techniques; possibility of an automated framework addressing both security and power management |
| **Concerns and limitations** |
| • Integrity check occurs only at startup<br>• Ecosystem support will be required to automate the use case and to enable runtime checking of individual virtual machines and applications |

## FOR MORE INFORMATION

- "Intel® Trusted Execution Technology: Hardware-based Technology for Enhancing Server Platform Security" www.intel.com/Assets/en_US/PDF/whitepaper/323586.pdf
- "Testing Live Migration with Intel® Virtualization Technology FlexMigration" http://download.intel.com/it/pdf/Testing_Live_Migration_with_FlexMigration.pdf
- "An Enterprise Private Cloud Architecture and Implementation Roadmap" http://download.intel.com/it/pdf/Entrprse_Priv_Cloud_Arch_final.pdf

## ACRONYMS

| | |
|---|---|
| IaaS | infrastructure as a service |
| Intel® TXT | Intel® Trusted Execution Technology |
| PaaS | platform as a service |
| VM | virtual machine |

**For more straight talk on current topics from Intel's IT leaders, visit www.intel.com/it.**

This paper is for informational purposes only. THIS DOCUMENT IS PROVIDED "AS IS" WITH NO WARRANTIES WHATSOEVER, INCLUDING ANY WARRANTY OF MERCHANTABILITY, NONINFRINGEMENT, FITNESS FOR ANY PARTICULAR PURPOSE, OR ANY WARRANTY OTHERWISE ARISING OUT OF ANY PROPOSAL, SPECIFICATION OR SAMPLE. Intel disclaims all liability, including liability for infringement of any proprietary rights, relating to use of information in this specification. No license, express or implied, by estoppel or otherwise, to any intellectual property rights is granted herein.

Intel, the Intel logo, Intel Core, Intel vPro, and Xeon are trademarks of Intel Corporation in the U.S. and other countries.

* Other names and brands may be claimed as the property of others.

Copyright © 2010 Intel Corporation. All rights reserved.

Printed in USA
0810/KAR/KC/PDF

Please Recycle
323953-001US

WHITE PAPER
Intel® Trusted Execution Technology

# Intel® Trusted Execution Technology

Hardware-based Technology for Enhancing Server Platform Security

## Executive Summary

A building is only as good as its foundation. The same is true for a computer architecture's information security. In an age where security breaches in IT infrastructure are increasingly common front page news, it's imperative that organizations use the most secure building blocks for the foundations of their IT solutions. This is of growing importance today, as IT managers are being asked to evolve their data centers into new and more demanding uses that challenge existing security practices. For example, as the data center gets increasingly virtualized, high-value or highly sensitive workloads from different lines of business will be shared across common physical infrastructure. Where traditional physical isolation is no longer possible a more trusted infrastructure is the key to maintaining the high assurance and control required to meet the security needs in the data center. The increased interest in cloud computing will only further emphasize the need for more visibility into the security status of workloads and systems and new control capabilities to meet compliance mandates.

This paper describes a highly scalable architecture called Intel® Trusted Execution Technology (Intel® TXT) that provides hardware-based security technologies to help build a solid foundation for security.[1] Built into Intel's silicon, these technologies address the increasing and evolving security threats across physical and virtual infrastructures by complementing runtime protections such as anti-virus software. Intel TXT also can play a role in meeting government and industry regulations and data protection standards by providing a hardware-based method of verification useful in compliance efforts.

Intel TXT is specifically designed to harden platforms from the emerging threats of hypervisor attacks, BIOS, or other firmware attacks, malicious root kit installations, or other software-based attacks. It increases protection by allowing greater control of the launch stack through a Measured Launch Environment (MLE) and enabling isolation in the boot process. More specifically, it extends the Virtual Machine Extensions (VMX) environment of Intel® Virtualization Technology (Intel® VT), permitting a verifiably secure installation, launch, and use of a hypervisor or operating system (OS).

Intel TXT gives IT and security organizations important enhancements to help ensure more secure platforms; greater application, data, or virtual machine (VM) isolation; and improved security or compliance audit capabilities. Not only can it help reduce support and remediation costs, but it can also provide a foundation for more advanced solutions as security needs change to support increasingly virtualized or "multi-tenant" shared data center resources. This paper describes the basic uses of Intel TXT, the core components, how they operate, and critical enabling requirements for the technology in server implementations.

James Greene
Intel Corporation

## Table of Contents

**Executive Summary** .............. 1

**The Threats to Data Keep Growing** .................... 2

**Root of Trust: A Foundation for Safer Computing** .............. 3

Intel® TXT: From Client to Server....3

**How Intel TXT Works** .............. 3

**Additional Usage Models** .......... 4

How to Get There: Intel TXT Components .............5

**Details: Establishing a Root of Trust with Intel TXT for Servers** ........ 6

**Enabling Intel TXT** ............... 7

**Summary** ........................ 8

**Additional Resources** ............. 8

## The Threats to Data Keep Growing

Attacks on IT infrastructure continue to grow in volume, complexity, sophistication, and stealth. According to the McAfee Threat Report of 2Q 2012, "the number of new unique malicious code and other unwanted programs grew by over 8 million samples between the first and second quarter of 2012 alone."[2] These include a growing number of nasty, sophisticated rootkits, with more than a 100,000 new rootkit variants discovered in each of the last 14 quarters. For another opinion on the matter of growth, consider that a few years ago, Kaspersky Lab forecast a 10-fold increase in malicious programs, from 2.2 million to 20 million in 2008.[3] This was far from exaggeration. The specialists at Kaspersky Lab detected the 25 millionth malicious program and added it to the company's anti-virus databases in June 2009.[4] Today, the experts at McAfee are expecting the identification of the 100 millionth malware sample some time in 3Q 2012. Clearly, the malware tide is rising unabated.

Awareness of the dangers malicious threats pose to modern societies' information and communications infrastructure has reached the top levels of government and industry leadership. In a 2009 speech, U.S. President Barack Obama noted, "It's the great irony of our Information Age—the very technologies that empower us to create and to build also empower those who would disrupt and destroy."[5] Security experts consulted by Georgia Tech Information Security Center (GTISC) believe cyber warfare will accompany traditional military interaction more often in the years ahead.[6] Organized crime is also involved. Cybercrime is so profitable for organized crime that they use it to fund other underground exploits, and U.S. law enforcement is reaching around the world in an attempt to reel it in.[7] Other new threats appear daily from social networking sites, Web mashups (integrated applications or content from web sites that can contain viruses), drive-by downloads, virtualization attacks, and a growing number of other sources. More frightening still, creating a malicious program is possible without any significant programming skills.[8] Nearly anyone can do it thanks to an increased availability of prepackaged "kits" that allow for the easy definition, manipulation, and deployment of malware.

Servers are a particularly alluring target. For instance, in 2012 alone hackers have breached server systems at Yahoo, LinkedIn, and Sony with hundreds of thousands of records jeopardized.[9] 2012 also saw breaches in the servers at the University of Rhode Island, University of Maine, University of North Florida, University of Nebraska, and other academic institutions.[10] And it is not only academia that is at risk. Payment processing facilities, storage facilities, medical records providers, enterprises, and even government entities have also been compromised in recent times. Hundreds of thousands of records have been exposed, and control over facilities has been jeopardized.[11] While the details from such breaches will continue to emerge, the basic trend—sophisticated, orchestrated, and highly targeted attacks—is alarming. Unfortunately, there are far too many such breaches of equal significance to report here.

Making matters worse, the cost of a data breach is daunting. The average organizational costs of a data breach in the United States remained a stubbornly high USD 5.5 million in 2011,[12] with lost business as the largest percentage of this cost. According to the same study, the cost on a per-record basis is a challenging USD 194 per record—so a large-scale breach can be very damaging. In 2012 Global Payments, a U.S.-based payment processing firm, cited costs of USD 84.8 million related to a recent data breach.[13] It's no wonder that according to a 2012 study by FTI Consulting and Corporate Boardroom both Corporate Directors and General Counsel cited

Data Security as their top concern.[14] The growth of low-level attacks is also a major motivator behind the U.S. National Institute of Standards and Technologies (NIST) to create new guidelines to focus on addressing vulnerabilities in BIOS and other key system firmware.[15]

The result is that security considerations can play a significant role in hindering the way that companies can use technology to expand or improve the efficiency of their operations, and new solutions are needed.

## Root of Trust: A Foundation for Safer Computing

The penalties and costs for lost or compromised customer, employee, or financial data make it imperative that IT managers not lose control of their systems. This means they must implement the best tools available for protecting their infrastructure and validating the integrity of the computing environment on an ongoing basis. Establishing a root of trust is essential. Each server must have a component that will always behave in the expected manner and contain a minimum set of functions enabling a description of the platform characteristics and its trustworthiness.

The power of Intel® Trusted Execution Technology (Intel® TXT) is establishing this root of trust that provides the necessary underpinnings for successful evaluation of the computing platform and its protection.[1] The root is optimally small and difficult to defeat or alter, and allows for flexibility and extensibility to measure platform components in the boot and launch environment (such as BIOS, OS Loader, and Virtual Machine Managers (VMMs)). The root also provides a trusted, tamper-resistant position to evaluate the integrity of any other components, enabling assurance through a secure comparison against expected measurements. By allowing such comparisons during the boot and launch sequence, IT managers can stop the launch of unrecognized software and enforce "known good" launch-time configurations.

Once a basic root of trust and a secure basis for measurement and evaluation are established, it is possible to further extend these capabilities and the technologies that enable them. For example, to protect other aspects of the system, mechanisms can be created to seal and protect secrets in memory, as well as provide local or remote attestation (proof) of system configuration.

## Intel® TXT: From Client to Server

Initially delivered to market with Intel® vPro™ technology-based client platforms in 2007, Intel TXT has been extended to mobile platforms as well. Because servers hold a variety of personal, financial, governmental, and other data, and are under increased attack, it was imperative to expand this multi-layered protection approach into the server infrastructure. With the advent of cloud computing and consolidated virtualized data centers, the potential harm from a single successful attack has increased dramatically, particularly in edge-of-the-network servers such as web servers, portals, and smaller databases.

Intel TXT on servers was launched with the 2010 introduction of the Intel® Xeon® processor 5600 series systems. Hardened for server environments (particularly virtual server environments), Intel TXT helps enable IT managers to provide higher levels of system security and information assurance in enterprise computing architectures. Through hardware-based technologies such as Intel TXT—and other Intel security technologies built into selected server platforms—Intel is setting an industry benchmark for secure processing in data centers. These building blocks will facilitate better regulatory compliance and increase the security and availability of infrastructures by addressing the ever-growing security threats across physical and virtual infrastructures.

## How Intel TXT Works

Intel TXT works by creating a Measured Launch Environment (MLE) that enables an accurate comparison of all the critical elements of the launch environment against a known good source. Intel TXT creates a cryptographically unique identifier for each approved launch-enabled component and then provides hardware-based enforcement mechanisms to block the launch of code that does not match approved code. This hardware-based solution provides the foundation on which trusted platform solutions can be built to protect against the software-based attacks that threaten integrity, confidentiality, reliability, and availability of systems. Such attacks, when successful, create costly downtime and remediation expenses, as well as potentially large costs related to data breaches.

Intel TXT provides:

- **Verified Launch.** A hardware-based chain of trust that enables launch of the MLE into a "known good" state. Changes to the MLE can be detected through cryptographic (hash-based or signed) measurements.
- **Launch Control Policy (LCP).** A policy engine for the creation and implementation of enforceable lists of "known good" or approved, executable code.
- **Secret Protection.** Hardware-assisted methods that remove residual data at an improper MLE shutdown, protecting data from memory-snooping software and reset attacks.
- **Attestation.** The ability to provide platform measurement credentials to local or remote users or systems to complete the trust verification process and support compliance and audit activities.

Figure 1 shows the decision points and processes of the Intel TXT launch. The model outlines the high-level steps of an Intel TXT-enabled system evaluating launch components from the early BIOS and system firmware to the hypervisor. In each step, the outcome may be that the measurements (hashes) of the components match the expected "known good" configurations and the launch is allowed and indicated as trusted, or that there is a mismatch, and an action can be taken and the launch indicated as untrusted. In the case of the trusted launch, the benefit here is the assurance that the environment has launched as expected, without compromise. This would be a valuable ability to demonstrate in compliance-centric environments or industries.

In the case of a mismatch, one can get an indication of an untrusted launch. For example, a rootkit hypervisor such as the "Blue Pill" compromises the system by attempting to install itself underneath the hypervisor to effectively gain control of the platform. In this case, the Intel TXT-enabled system hashes the code, but because it has been modified (through the insertion of the rootkit) it cannot match the "known good" configuration. In this case Intel TXT would be able to indicate an absence of trust, and action can be taken. This demonstrates the benefit of the greater control Intel TXT provides over the launch configuration and how it can help to mitigate the impact of low-level malware attacks.

## Additional Usage Models

By providing controls to ensure only a trustable hypervisor is run on a platform, Intel TXT helps protect a server prior to virtualization software booting and adds launch-time protections that complement runtime malware protections, such as anti-virus software and intrusion detection systems. This is a valuable usage model for helping reduce support and remediation costs for the enterprise.




**Figure 1.** Intel® Trusted Execution Technology (Intel® TXT) protects a virtual server environment data center. Source: Intel Corporation

While this basic protection and enhanced control is effective on individual systems, it becomes even more powerful when one considers aggregated resources and dynamic environments such as today's virtualized and cloud-based implementations. These implementations, because of their abstraction of physical hardware and multi-tenancy movement across shared infrastructure, require more than traditional perimeter-oriented security techniques.

For example, with VM migration there is a real concern of moving a compromised VM from one physical host to another and potentially compromising that different host and possibly impacting the VMs and workloads on that platform. Intel TXT can help combat this issue in VM migration by helping create something known as "trusted pools." In this model, Intel TXT is used as a foundation to create pools of trusted hosts, each with Intel TXT enabled and by which the platform launch integrity has been verified. A policy is then created that restricts the migration of VMs such that only those on trusted platforms can be migrated to other trusted platforms. In the same vein, VMs that were created on untrusted or unverified platforms could be prevented from migrating into trusted pools. This is analogous to an airline passenger clearing an airport checkpoint and then being able to move freely between gates.

Figure 2 shows how VM migration can be controlled across resource pools using trust as control instrumentation for migration policy. This enables IT managers to restrict confidential data or sensitive workloads to platforms that are better controlled and have had their configurations more thoroughly evaluated through the use of Intel TXT-enabled platforms. The ability to restrict VM migration to only trusted hosts has been

demonstrated by Intel, VMware (www.vmware.com), and HyTrust (www.hytrust.com) and captured in a video at YouTube.[16] This new concept for virtualized environments is generating a great deal of interest from enterprises and cloud provider customers seeking new tools to provide insights and controls for virtual and cloud systems.

If this is to be a meaningful control point, IT and security managers need a common way to monitor and report on trust-related events in their infrastructure. This capability lies at the heart of addressing the visibility and compliance challenges exacerbated by virtualization and cloud architectures. Operationally, this requires that trust status can be provided through virtualization management consoles and delivered into Security Information Event Management (SIEM) and Governance, Risk, and Compliance (GRC) systems for more automated logging, reporting, and audit.

Of course, all usage models require a complete solution stack of hardware and software components. Intel is working closely with leading OS, VMM (or hypervisor), and other independent software vendors to include support for Intel TXT to deliver safer, more secure server platforms and data center solutions through these and other innovative usage models.

## How to Get There: Intel TXT Components

Intel® server platforms with Intel TXT include several new secure processing innovations. As shown in Figure 3, these include:

- Trusted extensions integrated into the silicon (Intel Xeon processor and Intel® chipset)
- Authenticated Code Modules (ACMs)
- LCP tools

Not all of the components needed for an Intel TXT platform come directly from Intel. Important components also come from third parties, including:

- Trusted Platform Module (TPM) 1.2 (third-party silicon)[17]
- Intel TXT-enabled BIOS, and hypervisor or OS environment

A platform must include all of these components to be enabled for Intel TXT. If one of these components is missing or defective, the platform will launch into a traditional, untrusted state. Note that Intel TXT also makes extensive use of Intel® Virtualization Technology (Intel® VT) when utilized in a virtualized environment to provide protections from unauthorized direct memory accesses (DMAs) and to enforce application and data isolation on the system.[18]




**Figure 2.** Trustable pools created using Intel® Trusted Execution Technology (Intel® TXT)-enabled platforms help ensure safe migration between hosts. Source: Intel Corporation

## Summary

Most malware prevention tools execute only after the system boots into the runtime environment. In an age of ever-growing threats from hypervisor attacks, BIOS and other firmware attacks, malicious root kit installations, and more, Intel TXT helps to close an important security gap by providing evaluation of the launch environment and enforcing "known good" code execution. Complementing runtime security protection solutions, Intel TXT adds a foundational (hardware-based) protection capability to server systems by allowing greater control of the launch stack and isolation in boot process.

More than ever, today's businesses and organizations need this kind of protection to help secure critical customer, employee, and financial data, and preserve systems infrastructure. This is becoming more crucial as companies adopt more virtualized, shared, and multi-tenant infrastructure models. With Intel TXT-enabled solutions you can:

- Address the increasing and evolving security threats across your physical and virtual infrastructure.
- Facilitate compliance with government and industry regulations and data protection standards.
- Reduce malware-related support and remediation costs.
- Establish visibility into the integrity of physical and virtual infrastructure

Overall, Intel is enabling a significant opportunity for IT organizations to future proof their infrastructures. Using Intel TXT-enabled solutions can help them stay ahead of emerging threats. IT organizations can gain important security instrumentation and visibility for their growing virtualized environments to allow them to better control the flow of confidential, privileged, or sensitive workloads or data by restricting these to more thoroughly evaluated or trusted platforms. They also gain the capability to have hardware-protected mechanisms for reporting on the integrity of the platform configuration, which will help meet the growing requirements for compliance auditing and provide a new control point in virtual and cloud infrastructures. While the near-term model will be the creation of "trustable pools" amid their legacy systems, increasingly, platform trust will grow to be a baseline level of assurance for platforms as systems are refreshed—essentially increasing the expectations for data center security over time.

Through Intel TXT and other new features in the Intel Xeon processor families, Intel is taking a leading role in delivering solutions that help mitigate current and emerging attacks and help reduce the overhead of securing data. Talk to your server supplier today to start making security a foundational part of your IT architecture and server planning.

## Additional Resources

You can learn more about Intel Trusted Execution Technology using the following resources:

- More web-based info:
  - www.intel.com/technology/security
  - download.intel.com/technology/security/downloads/315168.pdf
- A book on this topic:
  David Grawrock, Dynamics of a Trusted Platform: A Building Block Approach, Intel Press, ISBN#978-1-934053-17-1
- Source code for Trusted Boot (open source MLE code, LCP tools, and more):
  - sourceforge.net/projects/tboot

**For more information on Intel® Trusted Execution Technology, visit www.intel.com/txt**

[1] No computer system can provide absolute security under all conditions. Intel® Trusted Execution Technology (Intel® TXT) requires a computer with Intel® Virtualization Technology, an Intel TXT-enabled processor, chipset, BIOS, Authenticated Code Modules and an Intel TXT-compatible measured launched environment (MLE). Intel TXT also requires the system to contain a TPM v1.s. For more information, visit www.intel.com/technology/security

[2] "McAfee Threat Report," 2Q 2012.

[3] "Kaspersky Lab detects 25 millionth malicious program," Kaspersky Lab press release, June 12, 2009.

[4] Ibid.

[5] "Remarks by the President on Securing Our Nation's Cyber Infrastructure," The White House, Office of the Press Secretary, Mary 29, 2009.

[6] "Emerging Cyber Threats Report for 2009," report from GTISC annual Security Summit on Emerging Cyber Threats, October 18, 2009.

[7] "Cisco 2008 Annual Security Report," Cisco, February 2009.

[8] "Malware Discussion," Norman ASA, July 10, 2009. (www.norman.com/security_center/security_center_archive/2009/70364/en)

[9] "Yahoo confirms server breach, over 400k accounts compromised," Engadget, July 12, 2012. www.engadget.com/2012/07/12/yahoo-security-breach

[10] SC Magazine. www.scmagazine.com/data-breaches/topic/3225/.

[11] "Reports: Thief holds Virginia medical data ransom," SecurityFocus, May 5, 2009.

[12] "2011 Annual Study: U.S. Cost of a Data Breach," Symantec, Ponemon Group, March 2012. www.slideshare.net/symantec/2011-annual-study-us-cost-of-a-data-breach-march-2012

[13] "Global Payments: data breach cost a whopping $84.8 million" Network World, July 26, 2012. www.networkworld.com/news/2012/072712-global-payments-data-breach-cost-261204.html

[14] Legal Risks on the Radar. www.fticonsulting.com/global2/media/collateral/united-states/legal-risks-on-the-radar.pdf

[15] NIST BIOS Protection Guidelines. csrc.nist.gov/publications/nistpubs/800-147/NIST-SP800-147-April2011.pdf

[16] YouTube: www.youtube.com/watch?v=Vwe_XFFtjM4

[17] The original equipment manufacturer must provide TPM functionality, which requires a TPM-supported BIOS. TPM functionality must be initialized and may not be available in all countries.

[18] Intel® Virtualization Technology requires a computer system with an enabled Intel® processor, BIOS, and virtual machine monitor (VMM). Functionality, performance or other benefits will vary depending on hardware and software configurations. Software applications may not be compatible with all operating systems. Consult your PC manufacturer. For more information, visit www.intel.com/go/virtualization

INFORMATION IN THIS DOCUMENT IS PROVIDED IN CONNECTION WITH INTEL® PRODUCTS. NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED BY THIS DOCUMENT. EXCEPT AS PROVIDED IN INTEL'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, INTEL ASSUMES NO LIABILITY WHATSOEVER, AND INTEL DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF INTEL PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT. UNLESS OTHERWISE AGREED IN WRITING BY INTEL, THE INTEL PRODUCTS ARE NOT DESIGNED NOR INTENDED FOR ANY APPLICATION IN WHICH THE FAILURE OF THE INTEL PRODUCT COULD CREATE A SITUATION WHERE PERSONAL INJURY OR DEATH MAY OCCUR.

**Intel may make changes to specifications and product descriptions at any time, without notice. Designers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "undefined." Intel reserves these for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from future changes to them. The information here is subject to change without notice. Do not finalize a design with this** information.

The products described in this document may contain design defects or errors known as errata which may cause the product to deviate from published specifications. Current characterized errata are available on request. **Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your** product order. Copies of documents which have an order number and are referenced in this document, or other Intel literature, may be obtained by calling 1-800-548-4725, or by visiting Intel's Web site at www.intel.com.

Copyright © 2010-2012 Intel Corporation. All rights reserved. Intel, the Intel logo, Intel vPro, and Xeon are trademarks of Intel Corporation in the U.S. and other countries.

*Other names and brands may be claimed as the property of others.

Printed in USA Please Recycle
0113/JR/MESH/PDF 323586-003US


INTEL® TXT
INTEL TRUSTED EXECUTION TECHNOLOGY
SYSTEM
INTEL TXT
HARDWARE
1. SYSTEM POWERS ON AND INTEL TXT VERIFIES SYSTEM BIOS/FIRMWARE
2. HYPERVISOR MEASURE MATCHES
MATCH
HYPERVISOR
HARDWARE
3. OS & APPLICATIONS ARE LAUNCHED
OS/ APPS
OS/ APPS
HYPERVISOR
HARDWARE
NO MATCH
HYPERVISOR
HARDWARE
2 HYPERVISOR MEASURE DOES NOT MATCH
HARDWARE
3 HYPERVISOR LAUNCH CAN BE BLOCKED

TRUSTED COMPUTING GROUP™

# Building Trust and Compliance in the Cloud

Steve Orrin, Intel Corporation

 Copyright 2012 Trusted Computing Group 

TRUSTED COMPUTING GROUP

## Building Trust and Compliance in the Cloud

When using an external cloud, the tenant is not in control of their physical infrastructure. How do they?

Arial

This is bullet 2

| | | | |
|---|---|---|---|
| Verify provisioning? | Assess regulatory compliance? | Control where VMs are distributed? | Audit policy configuration of their cloud? |



TRUSTED COMPUTING GROUP

## Building Blocks of Trustworthy Clouds

- Creating a chain of trust rooted in hardware that extends to include the hypervisor.
- Hardening the Virtualization Environment using known best methods
- Providing Visibility for Compliance and Audit
- Using Trust as part of the Policy Management for Cloud Activity
  - Using trust as part of the VM Migration and Dynamic Provisioning Policies

# TRUSTED COMPUTING GROUP — Need for Hardware Based Trust

- New threats are emerging that are focused on attacking the pre-runtime environment
- Low-level attacks are hard to detect and can be difficult to recover from
- Emerging need for hardware-based trust

Introducing Blue Pill[1]

BIOS-level rootkit attack scary, but hard to pull off [2]



CYBER SECURITY RESEARCH AND DEVELOPMENT BROAD AGENCY ANNOUNCEMENT (BAA) BAA 11-02

TTA #11: Hardware-Enabled Trust

a. Hardware can be the final sanctuary and foundation of trust in the computing environment, based on the technologies that can be developed in the area of hardware-enabled trust and security. With cyber threats steadily increasing in sophistication, hardware can provide a game-changing foundation upon which to build tomorrow's cyber infrastructure. But today's hardware still provides limited support for security and capabilities that do exist are often not fully utilized by software. The hardware of the future also must exhibit greater resilience to function effectively under attack.

[1] http://theinvisiblethings.blogspot.com/2006/06/introducing-blue-pill.html
[2] http://arstechnica.com/security/news/2009/03/researchers-demonstrate-bios-level-rootkit-attack.ars



# TRUSTED COMPUTING GROUP — Using Hardware Rooted Trust

- A hardware based security foundation to build and maintain a *chain of trust*, to protect the platform from software based attacks
- Example: Intel's Trusted Execution Technology (TXT) enforces control of the platform, measures launch components






TRUSTED COMPUTING GROUP

## How it Works

Software can be measured and verified as known good

Unknown software is measured, detected and can be blocked






TRUSTED COMPUTING GROUP

## Harden the Virtualization Infrastructure

- **Use established published methods like VMware's Hardening Guidelines**
  - http://www.vmware.com/files/pdf/techpaper/VMware_vSphere_HardeningGuide_May10_EN.pdf



# Establishing Policy & Control for the Virtual Data Center




Compliance dashboard

Attestation of platform trust status

Automated assessment

Report out results and identify/flag violations

Label Workload (VMs)

Policy settings for Clusters



# Platform Attestation and Audit




**Value Proposition:**
Audit of Trust of Server and Current Stack (workload, server, cluster)

# Trusted VM Migration




**Value Proposition:**
Real time policy enforcement for trust in server platform, VM migration and provisioning

 Copyright 2012 Trusted Computing Group 

# GRC Dashboard: Compliance Report



 Copyright 2012 Trusted Computing Group 

# GRC Dashboard: FISMA Compliance Report






# GRC Dashboard: FISMA Compliance Report



# Intel® Trusted Execution Technology (Intel® TXT) Enabling Guide

Version 2

January, 2015

The purpose of this management enabling guide is to provide you with a better understanding of how Intel® Trusted Execution Technology (Intel® TXT) can be deployed within a variety of situations and the benefits of doing so. Links to resources will be provided when applicable for additional help.

Document Number: 330139-001US

INFORMATION IN THIS DOCUMENT IS PROVIDED IN CONNECTION WITH INTEL® PRODUCTS. NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED BY THIS DOCUMENT. EXCEPT AS PROVIDED IN INTEL'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, INTEL ASSUMES NO LIABILITY WHATSOEVER, AND INTEL DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF INTEL PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT. UNLESS OTHERWISE AGREED IN WRITING BY INTEL, THE INTEL PRODUCTS ARE NOT DESIGNED NOR INTENDED FOR ANY APPLICATION IN WHICH THE FAILURE OF THE INTEL PRODUCT COULD CREATE A SITUATION WHERE PERSONAL INJURY OR DEATH MAY OCCUR.

Intel may make changes to specifications and product descriptions at any time, without notice. Designers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "undefined." Intel reserves these for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from future changes to them. The information here is subject to change without notice. Do not finalize a design with this information. The products described in this document may contain design defects or errors known as errata which may cause the product to deviate from published specifications. Current characterized errata are available on request. Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your product order. Copies of documents which have an order number and are referenced in this document, or other Intel literature, may be obtained by calling 1-800-548-4725, or by visiting Intel's Web Site http://www.intel.com/.

Software and workloads used in performance tests may have been optimized for performance only on Intel microprocessors. Performance tests, such as SYSmark* and MobileMark*, are measured using specific computer systems, components, software, operations and functions. Any change to any of those factors may cause the results to vary. You should consult other information and performance tests to assist you in fully evaluating your contemplated purchases, including the performance of that product when combined with other products. For more information go to http://www.intel.com/performance.

*Other names and brands may be claimed as the property of others.

Copyright © 2014 Intel Corporation. All rights reserved. Intel, the Intel logo, and Xeon are trademarks of Intel Corporation in the U.S. and other countries.

0314/RJM/MESH/PDF 330139-001US

# Contents

1 Overview of Benefits from Intel® Trusted Execution Technology (Intel® TXT) ........ 6

2 Hardware and Software Prerequisites ........ 8

2.1 Hardware-Layer Requirements ........ 8

2.1.1 Processor ........ 8

2.1.2 Chipset ........ 8

2.1.3 BIOS ........ 9

2.2 Software-Layer Requirements ........ 9

2.2.1 Operating System and Hypervisor ........ 9

3 Measured Launch Environment and Trusted Launch Sequence ........ 10

3.1 Measuring and Validating the Environment ........ 10

3.2 Measured Launch Environment (MLE) ........ 10

3.2.1 Measured Launch Phases ........ 10

3.2.2 Platform Configuration Registers (PCRs) ........ 12

4 Implementing Intel® TXT on Supported Hardware and Software ........ 13

4.1 Hardware Deployment Process (BIOS) ........ 13

4.2 Software Deployment Process ........ 13

4.2.1 Linux* Open Source ........ 13

4.2.2 SUSE, Red Hat, Ubuntu*, and Xen ........ 14

4.2.3 VMware ESXi 4.1 and 5.x ........ 14

4.2.4 VMware, HyTrust, and VMotion* ........ 15

5 Trusted versus Untrusted Systems ........ 16

6 Management of Trusted Systems with Use Cases ........ 17

6.1 Policy Management ........ 17

6.1.1 Confidential Data and Sensitive Workloads ........ 18

6.1.2 Integrity Checks ........ 18

6.1.3 Multi-tenancy ........ 20

6.2 Security Information Event Management (SIEM) ........ 20

6.2.1 ODCA Provider Assurance ........ 20

6.3 Governance, Risk, and Compliance (GRC) ........ 20

6.4 Geolocation / Asset Tagging ........ 21

6.4.1 Geolocation ........ 21

6.4.2 Asset Tagging ..... 22
7 Attestation ..... 23
7.1 Attestation ..... 23
7.2 OpenAttestation (OAT) ..... 23
7.2.1 Supported Software ..... 24
7.2.2 General OAT Deployment Guidelines ..... 24
7.2.3 Red Hat Fedora*-Specific OAT Deployment Guidelines ..... 24
7.2.4 OpenAttestation SDK ..... 24
7.2.5 Sample Code for Attestation ..... 25
7.3 Intel Trust Attestation Solution (Enterprise Edition) ..... 25
7.3.1 Supported Software ..... 26
7.3.2 Architecture Overview ..... 26
7.3.3 Deploying Intel Trust Attestation Solution (Enterprise Edition) ..... 27
7.3.4 Intel Trust Attestation Solution (Enterprise Edition) Dashboard ..... 28
8 Additional Resources ..... 30
9 Acknowledgements ..... 31

# Revision History

| Revision | Date | Description |
|---|---|---|
| 1 | March 25, 2014 | Initial version |
| 2 | January 21, 2014 | Updated supported software information |

# 1 Overview of Benefits from Intel® Trusted Execution Technology (Intel® TXT)

Intel TXT is the hardware basis for mechanisms that validate platform trustworthiness during boot and launch, which enables reliable evaluation of the computing platform and its protection level. Intel TXT is compact and difficult to defeat or subvert, and it allows for flexibility and extensibility to verify the integrity of platform components during boot and launch, including BIOS, operating system loader, and hypervisor. Because of the escalating sophistication of malicious threats, mainstream organizations must employ ever-more stringent security requirements and scrutinize every aspect of the execution environment.

Intel TXT reduces the overall attack surface for both individual systems and compute pools. The technology provides a signature that represents the state of an intact system's launch environment. The corresponding signature at the time of future launches can then be compared against that known-good state to verify a trusted software launch, to execute system software, and to ensure that cloud infrastructure as a service (IaaS) has not been tampered with. Security policies based on a trusted platform or pool status can then be set to restrict (or allow) the deployment or redeployment of virtual machines (VMs) and data to trusted platforms with known security profiles. Rather than relying on the detection of malware, Intel TXT builds trust into a known software environment and thus ensures that the software being executed hasn't been compromised. This advances security to address key stealth attack mechanisms used to gain access to parts of the data center in order to access or compromise information. Intel TXT works with Intel® Virtualization Technology (Intel® VT) to create a trusted, isolated environment for VMs.

Figure 1 is a simplified diagram of Intel TXT stages and components. Later sections of this document describe the hardware and software requirements associated with Intel TXT in greater detail.




**Figure 1.** Simplified Intel® TXT component diagram.

Intel TXT must be enabled at multiple levels, including hardware, BIOS, OS, and hypervisor. Attestation and cloud-management software work with those components to enable management and reporting for the trusted system environment.

# 2 Hardware and Software Prerequisites

To create a trusted environment and enable the management layer within it, certain hardware and software requirements must be met. The following discussion summarizes, at a high level, the components that must be present and properly configured before management can be fully realized for a trusted platform, a trusted VM, or a group of trusted VMs. Figure 2 illustrates these requirements.

> *NOTE: To choose server platforms, operating environments, and hypervisors that support Intel TXT, please refer to the Intel® Trusted Execution Technology Server Platform Availability Matrix.[1] This document assumes the presence of supported hardware and software components, as defined in that matrix.*




**Figure 2.** Component overview of a Measured Launch Environment (MLE).

## 2.1 Hardware-Layer Requirements

### 2.1.1 Processor

Server platforms in the measured launch environment must be based on the Intel® Xeon® processor, with support for Intel TXT and Intel VT-x (VMX and SMX). These features were introduced with the Intel Xeon processor 5600 series.

### 2.1.2 Chipset

A Trusted Platform Module (TPM) must be integrated with the chipset. The chipset and the TPM work together to ensure that the measurements and security properties of the system are not spoofed by untrusted components. TPMs are devices manufactured by various third-party silicon providers that attach to the chipset via the Low Pin Count (LPC) bus or Serial Peripheral Interface (SPI), and they provide a number of security functions. TPM capabilities and requirements are defined by the Trusted

Computing Group (TCG)[2], an industry initiative "formed to develop, define and promote open, vendor-neutral, industry standards for trusted computing building blocks and software interfaces across multiple platforms." TPM Details can be found in the main TPM specification[3].

An Intel chipset with Intel VT must be present to provide the isolation capabilities for the MLE (based on Intel VT-d and Intel VT-x).

### 2.1.3 BIOS

Intel TXT and the TPM must enabled within BIOS.

Authenticated Code Modules (ACMs) created and signed by Intel must be present inside the BIOS. The ACM contains platform-specific code which is authenticated to the chipset and executed in an isolated environment within the processor and the trusted environment (authenticated code mode), enabling the ACM to perform secure tasks.

## 2.2 Software-Layer Requirements

### 2.2.1 Operating System and Hypervisor

An MLE provides a software-verification process to attest that all of the critical components of the pre-OS launch environment have been verified against a known good source, ensuring a secure chain of custody from the moment a system is powered on until the system kernel or hypervisor takes control. An Intel TXT-aware hypervisor provides isolation for host OSs and applications. To identify operating environments and hypervisors that support Intel TXT, please refer to the Intel® Trusted Execution Technology Server Platform Availability Matrix[4].

# 3 Measured Launch Environment and Trusted Launch Sequence

## 3.1 Measuring and Validating the Environment

The primary goal of using Intel TXT is to validate that there have been no unauthorized changes to critical parts of the code that provides the secure environment. This check is performed each time the environment launches, whether it is a cold boot, warm boot, or exiting one hypervisor and launching a new one.

## 3.2 Measured Launch Environment (MLE)

The MLE includes the following components:

- **ACM,** which performs the measured launch, starting the dynamic chain of trust
- **Server platform,** including BIOS code, BIOS configuration, SMM code, option ROM code and configuration, system state, master boot record, and boot configuration
- **Initial system software code** (referred to as MLE code) that sets up the platform to protect the OS/hypervisor kernel code

A successful measured launch requires that the ACM is valid, the server platform (as measured by the BIOS) has passed the launch control policy, and the MLE code measurement has passed the launch control policy.

These components are measured by creating an SHA-1 hash of the component and validating that hash against a set of securely stored values. Adding launch control policy assures that OS/hypervisor execution is allowed to continue if and only if the policy is satisfied. Policy consists of the platform owner specifying the minimum version of ACM, platform configuration as measured by Platform Configuration Registers (PCRs) 0-7 in the TPM containing known good values, and the MLE measurement being a known good value.

### 3.2.1 Measured Launch Phases

To better understand the role of the OS/hypervisor and the corresponding role of the developer, consider the platform phases associated with measured launch, which are illustrated in Figure 3.




**Figure 3.** Measured launch timeline.

The phases are as follows:

1. **Pre-boot phase** is performed by the system firmware (BIOS/UEFI). One of the goals of an Intel TXT-enabled BIOS is to initialize the platform to a state that will support a "measured launch." To do so, the firmware measures the Static Root of Trust and other platform components into PCRs 0 through 7. It also protects Intel TXT resources and locks the platform configuration.
2. **IPL** represents the normal boot process up until the time that the process would normally load and execute the kernel. The first module executed should now be the Trusted Boot (tBoot) module.
3. **TBOOT Pre-Launch** is the part of tBoot that determines whether a measured launch is possible and sets up the platform to perform the measured launch.
4. **TBOOT Launch** is the part of tBoot that starts the measured launch process by executing the GETSEC [SENTER] instruction. This execution starts the dynamic chain of trust measurements, extending the root of trust measurement into PCR 17 and measures tBoot Post Code into PCR 18.
5. **TBOOT Post Launch** is the code that executes as a result of the measured launch. Its purpose is to securely bring the platform to a protected, usable state. This is the first system code to be measured, and it starts the chain of measurements.
6. **OS/VMM Post Launch** includes the kernel and any other modules that need to be loaded. The kernel is responsible for measuring other modules before they are executed if they have not already been measured by the tBoot code.
7. **Regular Operation** commences after successful launch, when the OS/hypervisor performs its primary functionality (i.e., the same functionality as would occur in an environment without Intel TXT). However, there are some additional capabilities available to the OS/hypervisor, which must protect Intel TXT resources.
8. **MLE Shutdown** occurs before turning off or resetting the platform; there are certain steps the OS/hypervisor is required to take to exit the secure environment. While this phase could be followed by another measured launch, it is typically followed by a platform reset or power cycle.

### 3.2.2 Platform Configuration Registers (PCRs)

PCRs are registers dedicated to the TPM , which capture measured information about the platform during the boot sequence. Descriptions of the types of content stored in each PCR are summarized in Table 1.

**Table 1.** Contents stored in various PCRs.

| PCR Numbers | Description of Contents |
|---|---|
| **0-7** | Information associated with the BIOS<br>Example: the value of PCR 6 would change as a result of an S3 shutdown/resume |
| **8-14** | Information associated with OSs |
| **17-21, 23** | Information associated with a Dynamic Operating System<br>Example: PCRs 19-21 define VMware-specific information |
| **22** | Geo-tagging index, enabling any Dynamic Operating System to define the geographic location of a platform; an extension/dynamic PCR that can be written to by the Dynamic OS |

# 4 Implementing Intel® TXT on Supported Hardware and Software

The steps defined in this section can be used to set up Intel TXT functionality on a supported system, as defined in the "Hardware and Software Prerequisites" section of this document and the Intel® Trusted Execution Technology Server Platform Availability Matrix[5].

## 4.1 Hardware Deployment Process (BIOS)

Before the rest of the implementation can be accomplished, the TPM and Intel TXT must both be enabled in BIOS. Typically, the TPM must be enabled before enabling Intel TXT, and the entire process often requires a few reboots to accomplish, as illustrated in the following example:

1. Boot to the BIOS level; enable TPM; save; reboot
2. Intel TXT option will now be available; enable Intel TXT; reboot

The following blog posts give specific examples on Dell and IBM servers:

- Intel Trusted Execution Technology (Intel TXT) BIOS Enabling on Dell Servers Using Automation[6]
- Intel Trusted Execution Technology (Intel TXT) BIOS Enabling on IBM Servers Using Automation[7]

## 4.2 Software Deployment Process

Deploying Intel TXT at the OS or virtual manager level requires different steps depending on which software vendor you are using.

### 4.2.1 Linux* Open Source

The steps given in this section cover installation of an open source tBoot solution under the following:

- Linux 2.6.33 and later
- Xen* 3.4 and later

TrouSerS and trousers-devel packages must be installed in order to build the Intel TXT Launch Control Policy lcptools sub-project.

You must install a module that is able to verify that the platform hardware is running in an MLE before the OS loads.

Trusted Boot (tBoot) is an open-source, pre-kernel/hypervisor module that uses Intel TXT to perform measured and verified launch of an OS kernel/hypervisor.

1. Run the tboot installation package http://sourceforge.net/projects/tboot/

2. Run the TCSD Daemon; for example:

```
>/etc/init.d/tcsd start
```

3. Install the TCG software stack – open source software stack.
4. Modify the **GRUB** file to boot to the new tBoot kernel.
5. Reboot.
6. Verify that the PCRs are populating and that Intel TXT measured launch equals **true**.

### 4.2.2 SUSE, Red Hat, Ubuntu*, and Xen

SUSE, Red Hat, and Ubuntu Linux distributions provide tBoot installation packages, which include detailed installation instructions with the readme file. Note that the steps are similar to the open source solution steps given above. Supported versions include the following:

- SUSE Linux Enterprise Server (starting with version 11 with SP2 and kernel 2.6.33)
- Red Hat Enterprise Server (starting with version 6 with kernel 2.6.33)
- Ubuntu (starting with version 10.10 with kernel 2.6.35)
- Xen Virtual Machine Monitor (starting with version 3.4)

### 4.2.3 VMware ESXi 4.1 and 5.x

To implement Intel TXT on VMware ESXi, follow the procedure given below that is appropriate to the version of the environment in use.

> *NOTE: This section draws from the Dell Tech Center article, "Enabling Intel TXT on Dell PowerEdge Servers with VMware ESXi[8]."*

#### 4.2.3.1 VMware ESXi 4.1 Update 1 through 4.1 Update 3

1. After ESXi has been booted, execute the following command to enable a tBoot environment:

```
~# esxcfg-advcfg -k 1 /Misc/enableTboot
```

2. Reboot.

3. To verify that the changes have been successful, check whether **tboot.gz** is listed as a kernel in **/bootbank/boot.cfg**. Execute the following from the command line:

```
esxcfg-advcfg -g /Misc/enabletboot
```

4. If the system returns a 1, then the current boot is in trusted mode.

#### 4.2.3.2 VMware ESXi 5.x or later

1. To verify that Intel TXT is enabled (which it is by default), execute the following from the command line:

```
bootOption -o
```

2. If the system returns **vmbTbootEnabled=True** as a boot option, then the current boot is in trusted mode.

### 4.2.4 VMware, HyTrust, and VMotion*

For implementing Intel TXT on HyTrust and VMotion within a VMware environment, see the Intel® Cloud Builders Guide for Enhanced Cloud Security withHyTrust and VMware[9].

# 5 Trusted versus Untrusted Systems

It is beneficial to be able to identify and manage the trusted systems protected by Intel TXT within your environment. Insight into which systems are trusted and which are untrusted can be used to set up trusted lists or trusted pools. Those systems that are trusted can be assigned tasks that require higher security; this capability is particularly valuable in virtualized and cloud-based implementations.

For example, virtual environments allow migration of running VMs among physical hosts. Trusted systems can be grouped into trusted compute pools, to which policy can be applied to ensure that VMs are only migrated to trusted systems within the cloud. Figure 4 shows how VM migration can be controlled across resource pools, using trust as control instrumentation for migration policy. This approach enables IT managers to restrict confidential data or sensitive workloads to platforms that are well controlled and have had their configurations thoroughly evaluated with the aid of Intel TXT.




**Figure 4.** Migrating VMs among hosts while protecting data, using trusted compute pools enabled by Intel TXT.

# 6 Management of Trusted Systems with Use Cases

Software cloud-management solutions are available for various use cases, including policy and compliance enforcement, automation, auditing, reporting, workload migration, etc. Trusted compute pools can be combined with these solutions to enhance security.

This section discusses ecosystem solutions that address various use cases for trusted compute pools; the use cases themselves are discussed at greater length later in this document.

Figure 5 illustrates, at a high level, potential interactions between different management solutions and a trusted system or trusted VM.




**Figure 5.** Interaction between cloud-management software and trusted compute pools.

## 6.1 Policy Management

Security policy management software can set policies that dictate how trusted compute pools will be used. Examples include restricting or allowing VMs, sensitive workloads, or data migration based on platform security or trust profiles. A simplified approach for policy enforcement could include using the scheduler with an OpenStack solution, or even labeling sensitive workloads in a virtual cloud infrastructure. Third-party policy engines also specialize in the compliance requirements for specific business verticals with built-in policy templates to assist in implementation.

Intel does not endorse any particular software vendor (nor is this a comprehensive list), but software vendors that have policy engine solutions that work with Intel TXT-enabled systems include Hytrust[10], VMware[11], EMC[12], McAfee[13], Trapezoid[14], M2Mi[15], and Ubuntu[16].

The following use cases illustrate a few ways that a policy management solution can interact with Intel TXT-enabled systems.

### 6.1.1 Confidential Data and Sensitive Workloads

As already mentioned in this document, the ability to assign sensitive workloads or ensure that confidential data is only executed on trusted platforms or trusted VMs can have substantial benefits. Consider the case where a patient wants to access his or her detailed medical history. A web hosting server with a trusted status could display the information to the end user once they have logged on, but if the web hosting server was found to be on a non-trusted host, the policy engine could reduce functionality and prevent logins.

For an example of how to set up a filter using Open Attestation that can be used to schedule workloads on trusted compute pools, see Openstack Nova Scheduler[17]. This code sample will provide insight for those who wish to use an open source approach for this particular use case.

### 6.1.2 Integrity Checks

The first level of integrity checking occurs upon cold boot of a server with Intel TXT at the hardware layer and moves to the software layer. The MLE helps to insure the integrity of the server.

An additional layer of integrity checking can be implemented using Intel TXT; for example, one could periodically check for compromised hypervisors without interruption to business applications. This capability could enable faster detection of compromises, helping to contain the spread of malware and reduce the need to rebuild hypervisors if a compromise is detected.

Some of the advantages with this use case include the following:

- Proactively detect compromised hypervisors more quickly
- Reduce or eliminate application downtime
- Help contain the spread of malware
- Reduce the need to rebuild hypervisors in a cluster if compromise is detected

The use case shown in Figure 8 employs live migration to move all VMs off each server within a cluster in turn, allowing the server to be restarted and an integrity check to be conducted without application downtime. This use case assumes that the servers in the cluster are Intel TXT-capable and enable a hypervisor to be launched securely.




**Figure 8.** Proposed use case: Integrity check in a virtualization server cluster.

For each server, the steps are as follows:

1. Live migrate all VMs running on the server to other servers in the cluster.
2. Restart the server, with an Intel TXT-enabled integrity check to verify that the hypervisor has not been compromised.
3. If the hypervisor code is verified as good, live-migrate the VMs from other servers back to the server. If the hypervisor code is bad, take corrective action immediately on all servers, hypervisors, and VMs involved in this specific series of VM migrations.
4. Repeat the preceding steps for each server in the cluster.

The use case should be a policy-driven, automated activity that can be scheduled to run at night or at other times of low activity. In a large cluster, several servers could execute the use case concurrently. With the appropriate ecosystem enabling for Intel TXT, this use case could significantly enhance security in a virtualized environment.

Another example of automating warm resets of a server within a cluster while maintaining redundancy to help maintain integrity is the Self Cleansing Intrusion Tolerance (SCIT)[18] research project at George Mason University. For more information, please see the research paper, "Closing Cluster Attack Windows through Server Redundancy and Rotations[19]."

### 6.1.3 Multi-tenancy

In cloud computing environments, workloads are migrated to available compute resources. In a secure cloud system, when workloads land on a single trusted server, they are segregated to avoid interfering with each other, gaining access to each other's sensitive data, or otherwise compromising security or privacy. These properties can help make it more difficult to subvert multitenant environments. Strong security safeguards are imperative for cloud service providers that wish to attract new customers and workloads.

## 6.2 Security Information Event Management (SIEM)

SIEM software creates a general security control point that aggregates the real-time alerts, event information, and reports from various security applications and activities into a database that can be queried, including the status of trusted compute pools.

SIEM can assist with generating reports that can help automate gathering data used for compliance purposes, identifying patterns in event data and assisting with automated analysis of alerts and correlated events.

Intel does not endorse any particular software vendor (nor is this a comprehensive list), but software vendors that have SIEM solutions that work with Intel TXT-enabled systems include Hytrust[20], EMC[21], McAfee[22], and Trapezoid[23].

### 6.2.1 ODCA Provider Assurance

The ODCA Provider Assurance Usage Model[24] has certain security requirements that can be met more easily with a SIEM solution combined with a trusted compute pool.

For example, a company can verify at any given moment that medical data containing patient records is only accessible from systems within a trusted compute pool to help ensure compliance.

## 6.3 Governance, Risk, and Compliance (GRC)

GRC software produces specific audit and compliance reports, often utilizing the information gathered by an SIEM solution. Administrators can use this information to create new policies or to refine existing ones for use by the policy engine. The GRC software may also query the infrastructure to make sure policies are in place and active. Various solutions may specialize in the compliance requirements for specific business verticals, perhaps providing with built-in policy templates to help implementation.

A GRC platform combined with trusted compute pools can enable auditing information on a trusted platform or a trusted compute pool. This capability can help provide real-time or historical metrics, verifying that platforms are trusted as expected and that workload controls for trust and location are enforced.

When combined with trusted compute pools, GRC can make it easier to comply with specific data-access regulatory requirements such as PCI DSS[25], HIPAA[26], NERC-CIP[27], FISMA[28], GLBA[29], and SOX[30].

Intel does not endorse any particular software vendor (nor is this a comprehensive list), but software vendors that have GRC solutions that work with Intel TXT-enabled systems include Hytrust[31], EMC[32], RSA[33], Symantec[34], McAfee[35], and Trapezoid[36].

## 6.4 Geolocation / Asset Tagging

The MLE provides the ability to assign a secure geolocation tag to a non-volatile index in the TPM on the trusted server during the provisioning process. An Intel TXT-enabled hypervisor has the capability to insert or extend the contents of the tag into one of the PCRs in the TPM. Attestation or restful APIs can provide an interface to the geolocation tag information, including geolocation tag lookup and user-readable/presentable strings and descriptions that can be used for asset tagging. The benefits of utilizing this tag for geolocation or asset tagging are discussed in greater detail below.

### 6.4.1 Geolocation

Geolocation can help address security and regulatory compliance issues with workloads migrating within the cloud between servers in two different countries. Each country may have its own set of laws for data security, privacy, and other considerations. Because the requirements of these laws may conflict with an organization's policies, it may be necessary to ensure that workloads use only cloud servers physically located in specific countries. This process involves determining the server's location, which is known as geolocation.

A platform that is not trustworthy places the workload at risk of compromise and cannot provide assurance that the claimed geolocation of the cloud server is accurate. Geo-located platforms in which there is a hardware root of trust are aggregated into trusted compute pools, segregating them from untrusted resources and enabling trusted geolocation. This capability allows for enforcement of geolocation restrictions and auditing.

Some examples of regulatory compliance requirements that geolocation can help with include the following:

- EU Data Protection Directives (95/46/EC)[37]
- FISMA[38]

REST APIs can be used to retrieve information from the TPM, including geolocation information. Additional examples of REST APIs are available from virtualization vendors and the OpenStack: Open Attestation SDK[39].

An example of a JSON-based request for attestation and its response is shown in Figure 9. Geolocation enables IT to build a policy that avoids placement of workloads on systems outside approved locations. For more information on attestation, please see the "Attestation" section of this document.

| Request | Response |
| --- | --- |
| POST AttestationService/resources/PollHosts | HTTP/1.1 200 OK |
| Host: Attestation.ras.com:8443 | Server: BaseHTTP/0.3 Python/2.7.1+ |
| Context-Type: application/json | Date: Mon, 15 Oct 2012 22:36:58 CST |
| Accept: application/json | Context-Type: application/json |
| Auth_blob: authenticationBlob | |


```
{
"hosts": [
        "host1",
        "host2"
        ]
}
```

```
{
"hosts":[
{"host_name":"host1","trust_lvl":"trusted",
"vtime":"2012-10-15T22:36:58.836+08:00"},
{"host_name":"host2","trust_lvl":"trusted",
"vtime":"2012-10-15T22:36:58.836+08:00"}
]
}
```


**Figure 9.** Example of JSON-based request/response for attestation.

For use case implementation examples, please see the following resources:

- Trusted Geolocation in the Cloud[40]
- Trusted Geolocation in the Cloud: Proof of Concept Implementation (Draft)[41]

### 6.4.2 Asset Tagging

Using an Intel TXT-enabled hypervisor to assign descriptive information into the contents of the geolocation tag that has been extended into one of the PCRs of the TPM provides an opportunity for asset tagging. Asset tagging can help with multi-tenant segregation or segregation of confidential data or sensitive workloads, as described elsewhere in this document. It can also assist with meeting regulatory compliance requirements, including PCI DSS[42] and HIPAA[43].

# 7 Attestation

## 7.1 Attestation

Building on the security provided by Intel TXT attestation provides assurance that the protected environment is correctly invoked and measures the integrity of software running in the protected environment. The information exchanged during this process, which is known as the "attestation identity key credential," is used to establish mutual trust between parties. Attestation is a foundational component for building trusted compute pools. Deploying attestation within your network requires at a minimum, an attestation server and an attestation client whose hardware and software provide protection within an MLE.

OpenAttestation is an open-source, Linux-based attestation solution that provides the ability to more readily identify MLE-protected systems.

Intel's offering, the Intel Trust Attestation Solution (Enterprise Edition), uses APIs to provide ease of access to attestation. Additional benefits include auditing capabilities, automation for ease of deployment, integration with OpenStack, and productivity tools. Intel Trust Attestation Solution (Enterprise Edition) provides an off-the-shelf solution that integrates with OpenAttestation, making it easier for the end user to deploy Intel TXT expediently.

## 7.2 OpenAttestation (OAT)

The Trusted Computing Group has defined a series of specifications that define how a commercial computing platform can support code measurement in a trusted manner. Intel developed an OpenAttestation SDK, released to open source, that takes advantage of the Infrastructure Work Group Integrity Report Schema Specification[44].

The OpenAttestation SDK[45] supports web APIs for third-party software to integrate and access web-based attestation appraisals, in support of cloud usage models. The OpenAttestation SDK is intended to be merged, modified, and distributed as part of third-party software vendors' cloud management stacks. Key features include the following:

- Supports major Linux host OSs
- PCR-based report schema and policy rules
- RESTful based Query API
- Reference web portal/GUI implementation
    - Historical PCRs data tracking/comparison
    - White list management
- Flexible access control to attestation server
    - Supports Tomcat two-way SSL/TLS for Query APIs
    - Hook for ISVs to implement custom access control

### 7.2.1 Supported Software

OpenAttestation has currently been validated on Ubuntu 12.10 and Fedora 19.

### 7.2.2 General OAT Deployment Guidelines

Deploying OAT in a network environment requires a server running the OAT service, as well as MLE-protected systems running the OAT service.

Deploying OAT requires the following steps (please see the OpenAttestation documentation[46] for details):

1. OAT server:
   a. Install the OAT-based attestation service on server
   b. Create a database that tracks known systems protected by an MLE within your environment. These protected systems are then considered to be part of a "white list."
2. MLE hosts:
   a. Ensure that each system meets all of the requirements for supporting Intel TXT (see Intel Trusted Execution Technology Server Platform Availability Matrix)[47]
   b. Enable TPM and Intel TXT in BIOS on each of the hosts (please see the section of this document, "Hardware Deployment Process (BIOS)" for examples.
   c. Install attestation agent on hosts, which is required to enter into a trust relationship with the attestation server.

These steps enable easier identification of the trustworthiness of hosts within the network environment using OAT. The OAT SDK is expected to be enhanced with security features and integrated into third-party cloud-management software, and then to be distributed by independent software vendors to cloud service providers.

### 7.2.3 Red Hat Fedora*-Specific OAT Deployment Guidelines

Please see the oVirt manual, "Trusted Compute Pools Deployment[48]" for guidelines on deploying OAT within a Red Hat Fedora environment.

### 7.2.4 OpenAttestation SDK

The OpenAttestation SDK[49] can be used to grow your own management solution from the ground up. Having the ability to communicate with trusted systems or trusted virtual machines via APIs or through a trust agent can be used for basic policy enforcement. Table 2 shows example service APIs, from the OpenAttestation SDK documentation.

**Table 2.** OpenAttestation service APIs.

| API Type | Method | Method Name | Description |
|---|---|---|---|
| Provisioning | POST | /hosts | Adds/registers a new host |
| | PUT | /hosts | Updates the configuration of an existing host |
| | DELETE | /hosts?Hostname | Deletes the specified configured host |
| | GET | /hosts?searchCriteria | Retrieves the list of all hosts matching the search criteria; if the search criteria is empty, all the hosts registered are retrieved |
| Query | POST | /PollHosts | Gets the current trust status of all the hosts requested |

The following sample query from the OpenAttestation SDK uses an API to retrieve a list of the hosts registered with OpenAttestation (OAT), based on the search criteria specified. If no search criteria are given, then either all the hosts are retrieved, or else only the specific hosts whose names match the criteria are retrieved.

**Method Type:** GET
**Sample Call:** https://Server_Name:8443/ AttestationService/resources/hosts?searchCriteria=192

**Sample Output:**


```
"[{"HostName":"Server_Name","IPAddress":"127.0.0.1","Port":9999,"BIOS_Name":"EPSD","BIOS_V
ersion":"v60","BIOS_Oem":"EPSD","VMM_Name":"Xen","VMM_Version":"4.1.0","VMM_OSName":"SUSE"
,"VMM_OSVersion":"11 P2","AddOn_Connection_String":"","Description":"10.1.71.149
SUSE","Email":"","Location":null},
{"HostName":"192.168.1.101","IPAddress":"192.168.1.101","Port":9999,"BIOS_Name":"Intel_Ubu
ntu","BIOS_Version":"T060","BIOS_Oem":"Intel
Corp.","VMM_Name":"QEMU","VMM_Version":"11.10-
0.14.1","VMM_OSName":"UBUNTU","VMM_OSVersion":"11.10","AddOn_Connection_String":null,"Desc
ription":null,"Email":null,"Location":null}]"
```


### 7.2.5 Sample Code for Attestation

Some examples of sample code can be found in the Build and Install OpenAttestation (2.0)[50] documentation, such as adding detailed information to white lists.

For an example of how to set up a filter on Open Attestation that can be used to schedule workloads on trusted compute pools, see Openstack Nova Scheduler[51]. This could be used for use cases where confidential or sensitive workloads need to be isolated to a trusted compute pool.

## 7.3 Intel Trust Attestation Solution (Enterprise Edition)

The Intel Trust Attestation Solution (Enterprise Edition), code-named "Mount Wilson, is a multi-hypervisor, multi-device, Trust Attestation/Verification Solution, for servers, clients, network/storage, and embedded devices. It can be used by cloud resource schedulers, SIEMs, policy engines, and GRC tools for trust verification, remediation, reporting, and compliance. It can also be used by a trust broker

for secure access to trusted services from trusted clients. For additional information on Intel Trust Attestation Solution (Enterprise Edition), contact your Intel Field Applications Engineer (FAE) or submit a request for more information[52].

### 7.3.1 Supported Software

The Intel Trust Attestation Solution (Enterprise Edition) assists the end user with PCR and module-based attestation/verification, starting with the following versions of software:

- VMware ESX 5.0 Update 1 and 5.1
- Red Hat Enterprise Linux 6.2 with KVM 12.1
- SUSE* 11 p2 with KVM 15.1
- SUSE 11 p2 with XEN 4.1.1
- Ubuntu 11.10 with KVM 14.1
- Ubuntu 11.10 with XEN 4.1.2
- Citrix XenServer* 6.0
- Openstack Folsom

### 7.3.2 Architecture Overview

A high-level representation of the Intel Trust Attestation Solution (Enterprise Edition) architecture is shown in Figure 6.




**Figure 6.** Intel® Trust Attestation Solution (Entrprise Edition) architecture.

In addition to providing assistance with identifying MLE platforms by means of attestation, Intel Trust Attestation Solution (Enterprise Edition) uses RESTful API interfaces, providing policy-based trust definition by MLE/OS, white list definition and management, TrustQuery APIs, management and provisioning APIs, and reporting APIs.

Further security enhancements provide secure communications by means of the following:

- HTTPDigest-style API authentication and validation (<signed http auth-header>)
- SAML-based API Responses (signed SAML assertions)
- SSL Comms and Mutual Authentication of communications end-points

### 7.3.3 Deploying Intel Trust Attestation Solution (Enterprise Edition)

Deployment requires a server running the Intel Trust Attestation Solution (Enterprise Edition), as well as MLE-protected systems running the Intel Trust Attestation Solution (Enterprise Edition) trust agent.

Deploying Intel Trust Attestation Solution (Enterprise Edition)requires the following steps:

1. **Intel Trust Attestation Solution (Enterprise Edition) server component installation.** Install and start Intel Trust Attestation Solution components. Intel recommends one Intel Trust Attestation Solution (Enterprise Edition) installation per subnet.
2. **Intel Trust Attestation Solution (Enterprise Edition) trust agent installation on hosts.** Installing Intel Trust Attestation Solution (Enterprise Edition) Trust Agent on MLE-protected hosts is required only for non-VMware hosts. Agent provisioning is performed at this stage.
3. **Create/update MLE and white list definition.** Subsequent provisioning is only needed when there is a change to the OS/BIOS/hypervisor versioning (for example, by means of software patches).
4. **Register all hosts with Intel Trust Attestation Solution (Enterprise Edition).** This step works in conjunction with the white list to add more details for each registered system, such as BIOS info, OS-VMM info, etc. Intel Trust Attestation Solution (Enterprise Edition) server provides an option for automation of host registration.
5. **Verification of trust attestation.** Install Intel Trust Attestation Solution (Enterprise Edition) APIClient. "API Client" registers with Intel Trust Attestation Solution (Enterprise Edition) and acquires keys (a one-time process), then invoke Attestation REST APIs using the APIClient interface.

For more detailed instructions on the deployment process, see *Cloud Security and Infrastructure*[53], by Raghuram Yeluri and Enrique Castro-Leon.

## 7.3.4 Intel Trust Attestation Solution (Enterprise Edition) Dashboard

Intel Trust Attestation Solution (Enterprise Edition) provides a web interface for ease of administration of trusted compute hosts, shown in Figure 7.




**Figure 7**. Intel Trust Attestation Solution (Enterprise Edition) dashboard.

The Trust Dashboard displays and refreshes the trust attestation of all registered hosts.

- Trusted hosts will display as green icons
- Un-trusted hosts will display as red icons
- Hosts with no trust status (hosts with Intel TXT disabled or PCR/module information otherwise unavailable) will display as blue question-mark icons

Controls on the dashboard include the following:

- The "Refresh" button in the "Trust Status" field of the specific host refreshes the trust attestation of any host
- The Trust Assertion Icon displays details on the SAML assertion in .xml format
- The Trust Report Icon will display the PCR values for the selected host, as well as the white listed MLE values for the host's BIOS and hypervisor versions
- The Trust Assertion Details tool will display the SAML assertion in .xml format

Additional benefits of the Intel Trust Attestation Solution (Enterprise Edition) Dashboard include the following:

- The ability to do a bulk refresh; this allows the trust attestation of multiple hosts to be refreshed concurrently (as opposed to individually clicking the "Refresh" button for each host on the main page)
- Detailed reports of the host MLE information, trust status, and the date of the last trust status refresh
- Management of the hosts, including the ability to add, edit, import, or view hosts
- Management of the white list, including the ability to import from a trusted host and edit MLE, OS, or OEM information

# 8 Additional Resources

- Intel TXT Toolkit (available through Intel® Business Link)[54]
- Enabling Intel TXT on Dell PowerEdge Servers with VMware ESXi[55]
- VMware Compatibility Guide[56]
- How to Enable an Intel® Trusted Execution Technology Capable Server[57]
- OpenStack Overview Poster[58]
- Creating Trust in the Cloud[59]
- Solutions and Products with Intel Trusted Execution Technology[60]
- Intel® Trusted Execution Technology: Software Development Guide[61]
- Intel® Trusted Execution Technology (Intel® TXT) forum[62]

# 9 Acknowledgements

The author would like to recognize the following individuals for their contributions to this document.

William Futral, Todd Christ, Uttam Shetty, Belinda Liviero, Steve Orrin, Quoc-Thai Le, Gang Wei, Michihiro Koyama, and Tracie Zenti

---

[1] http://www.intel.com/content/www/us/en/architecture-and-technology/trusted-execution-technology/trusted-execution-technology-server-platforms-matrix.html
[2] http://www.trustedcomputinggroup.org/
[3] http://www.trustedcomputinggroup.org/resources/tpm_main_specification
[4] http://www.intel.com/content/www/us/en/architecture-and-technology/trusted-execution-technology/trusted-execution-technology-server-platforms-matrix.html
[5] http://www.intel.com/content/www/us/en/architecture-and-technology/trusted-execution-technology/trusted-execution-technology-server-platforms-matrix.html
[6] http://software.intel.com/en-us/articles/intel-trusted-execution-technology-intel-txt-bios-enabling-on-dell-servers-using-automation
[7] http://software.intel.com/en-us/blogs/2013/02/22/intel-trusted-execution-technology-intel-txt-bios-enabling-on-ibm-servers-using
[8] http://en.community.dell.com/techcenter/b/techcenter/archive/2012/06/13/enabling-intel-txt-on-dell-poweredge-servers-with-vmware-esxi.aspx
[9] http://www.intel.com/content/dam/doc/reference-architecture/cloud-computing-enhanced-cloud-security-hytrust-vmware-architecture.pdf
[10] http://www.hytrust.com/products/overview
[11] http://www.vmware.com/products/vcenter-operations-management
[12] http://www.emc.com/security/rsa-netwitness.htm
[13] http://www.mcafee.com/us/solutions/security-management-platform/security-management-platform.aspx
[14] http://www.trapezoid.com/product/product-overview.html
[15] http://www.m2mi.com/products
[16] http://www.ubuntu.com/cloud
[17] https://github.com/openstack/nova/blob/master/nova/scheduler/filters/trusted_filter.py
[18] http://cs.gmu.edu/~asood/scit/
[19] http://cs.gmu.edu/~asood/scit/CSEC06.pdf
[20] http://www.hytrust.com/products/overview
[21] http://www.emc.com/security/security-analytics/security-analytics.htm
[22] http://www.mcafee.com/us/solutions/security-management-platform/security-management-platform.aspx
[23] http://www.trapezoid.com/product/product-overview.html
[24] http://www.opendatacenteralliance.org/docs/Provider_Assurance_Rev2.0.pdf
[25] https://www.pcisecuritystandards.org/documents/pci_dss_v2.pdf
[26] http://www.hhs.gov/ocr/privacy/
[27] http://www.nerc.com/pa/Stand/Pages/CIPStandards.aspx
[28] https://www.dhs.gov/federal-information-security-management-act-fisma
[29] http://www.business.ftc.gov/privacy-and-security/gramm-leach-bliley-act
[30] http://www.sec.gov/about/laws.shtml#sox2002
[31] http://www.hytrust.com/products/overview
[32] http://www.emc.com/security/security-analytics/security-analytics.htm
[33] http://www.emc.com/security/rsa-archer.htm
[34] http://www.symantec.com/control-compliance-suite

[35] http://www.mcafee.com/us/solutions/security-management-platform/security-management-platform.aspx
[36] http://www.trapezoid.com/product/product-overview.html
[37] http://ec.europa.eu/justice/policies/privacy/docs/95-46-ce/dir1995-46_part1_en.pdf
[38] https://www.dhs.gov/federal-information-security-management-act-fisma
[39] https://github.com/OpenAttestation/OpenAttestation/blob/59cbf7853db3f50268e8983706cf628e10bab937/docs/Overview.pdf
[40] http://fedscoop.com/wp-content/uploads/2013/03/intel-trusted-geolocation-in-the-cloud.pdf
[41] http://csrc.nist.gov/publications/drafts/ir7904/draft_nistir_7904.pdf
[42] https://www.pcisecuritystandards.org/documents/pci_dss_v2.pdf
[43] http://www.hhs.gov/ocr/privacy/
[44] http://www.trustedcomputinggroup.org/resources/infrastructure_work_group_integrity_report_schema_specification_version_10/
[45] https://github.com/OpenAttestation/
[46] https://github.com/OpenAttestation/OpenAttestation/wiki/Build-and-Install-OpenAttestation-(2.0)
[47] http://www.intel.com/content/www/us/en/architecture-and-technology/trusted-execution-technology/trusted-execution-technology-server-platforms-matrix.html/
[48] http://www.ovirt.org/Trusted_compute_pools_deployment
[49] https://wiki.openstack.org/wiki/OpenAttestation
[50] https://github.com/OpenAttestation/OpenAttestation/wiki/Build-and-Install-OpenAttestation-(2.0)#wiki-Examples
[51] https://github.com/openstack/nova/blob/master/nova/scheduler/filters/trusted_filter.py
[52] http://www.intel.com/support/mailform/presales/emailform_ww.htm
[53] http://www.springer.com/computer/security+and+cryptology/book/978-1-4302-6145-2
[54] https://businessportal.intel.com/
[55] http://en.community.dell.com/techcenter/b/techcenter/archive/2012/06/13/enabling-intel-txt-on-dell-poweredge-servers-with-vmware-esxi.aspx
[56] http://www.vmware.com/resources/compatibility/search.php?deviceCategory=server&partner=23&releases=168,76,185,159,141,186,161,142,182,184,146,144,36,183,147,145,35&pFeatures=50
[57] http://software.intel.com/en-us/blogs/2012/09/25/how-to-enable-an-intel-trusted-execution-technology-capable-server
[58] http://software.intel.com/sites/default/files/OpenStackPoster_final.pdf
[59] http://www.intel.com/content/www/us/en/enterprise-security/enterprise-security-xeon-creating-trust-paper.html
[60] http://www.intel.com/content/www/us/en/architecture-and-technology/trusted-execution-technology/where-to-buy-isv-txt.html
[61] http://www.intel.com/content/www/us/en/software-developers/intel-txt-software-development-guide.html?wapkw=measured+launched+environment+developer%E2%80%99s+guide
[62] http://software.intel.com/en-us/forums/intel-trusted-execution-technology-intel-txt

# About the Author

David Mulnix is a software engineer and has been with Intel Corporation for over 15 years. His areas of focus have included software automation, server power and performance analysis, and cloud security.

# Intel® Cloud Integrity Technology

Product Guide

*April 2015*

Revision 2.0

# Revision History

| Revision | Date | Comments |
|---|---|---|
| 2.0 | April 2015 | Initial Release (Intel Public). |

# Contents

**1.0 Introduction** ........ 7
1.1 Audience ........ 7
1.2 Intel® Cloud Integrity Technology ........ 7
**2.0 Installation** ........ 8
2.1 Workflow ........ 9
2.2 Intel® Cloud Integrity Technology Virtual Machine (VM) Deployment ........ 9
2.2.1 ESXi Image ........ 10
2.2.2 Ubuntu KVM Image ........ 10
2.3 Network Configuration ........ 11
**3.0 Intel® Cloud Integrity Technology Server Configuration** ........ 12
3.1 Automated Installation Using the mtwilson.env Answer File ........ 18
3.2 Trust Agent Installation ........ 19
3.2.1 Trust Agent Answer File ........ 19
3.2.2 Installation ........ 19
**4.0 Getting Started** ........ 21
4.1 Portal Overview ........ 21
4.2 Whitelist ........ 22
4.2.1 Importing Whitelist MLEs ........ 22
4.2.1.1 Importing Whitelist MLE Values From a Trust Agent Host ........ 22
4.2.1.2 Importing Whitelist MLE Values From a Citrix Xen Host ........ 23
4.2.1.3 Importing Whitelist MLEs From an ESXi Host ........ 24
4.2.2 Edit/View MLE ........ 25
4.2.3 Edit OS ........ 26
4.2.4 Edit OEM ........ 27
4.3 Host Management ........ 28
4.3.1 Import Hosts ........ 28
4.3.1.1 Registering Hosts Using a Flat File ........ 28
4.3.1.2 Registering ESXi Hosts by Cluster ........ 29
4.3.2 Manual Host Registration ........ 30
4.3.3 Trust DashBoard ........ 31
4.3.3.1 Trust Assertion Details ........ 32
4.3.3.2 Trust Report ........ 32
4.3.3.3 Asset Tag Visibility and Attestation ........ 33
4.3.3.4 Bulk Trust Refresh ........ 34
4.3.3.5 Reports ........ 34
4.3.4 Asset Tag Management ........ 34
4.4 Administration ........ 35
4.4.1 User Account Registration ........ 35
4.4.1.1 Description of Mt Wilson User Roles ........ 35
4.4.1.2 New User Creation ........ 35
4.4.2 View Certificates ........ 36
4.4.3 TLS Policy Management ........ 37
**5.0 FAQs** ........ 39
**6.0 Troubleshooting Guide** ........ 42
**7.0 Intel® Cloud Integrity Technology Uninstall Guidelines** ........ 43
7.1 Components That Can Be Removed ........ 43
**8.0 Intel® Cloud Integrity Technology Web Services Configuration Guidelines** ........ 44
8.1 Intel® Cloud Integrity Technology Configuration ........ 44

8.1.1 Database Connection ........ 45
8.1.2 Asset Tag Configuration ........ 45
8.1.3 TLS Policy Configuration ........ 46
8.1.4 Security Properties ........ 46
8.1.5 Auditing Properties ........ 46
8.2 Attestation Service Configuration ........ 46
8.2.1 Database Connection ........ 46
8.2.2 Trust Agent Quote Verification ........ 47
8.2.3 SAML Generation ........ 47
8.2.4 Security Properties ........ 47
8.2.5 Performance ........ 47
8.2.6 Miscellaneous ........ 47
8.3 Whitelist Manager Server Configuration ........ 48
8.3.1 Database Connection ........ 48
8.3.2 Security Properties ........ 48
8.3.3 Management Service Configuration ........ 48
8.3.4 SAML Certificate ........ 49
8.3.5 Web Service Connection ........ 49
8.3.6 Automation Configuration ........ 49
8.3.7 Security Configuration ........ 50

**9.0 PCR Definitions** ........ 52

**10.0 Tested Platforms** ........ 53

**11.0 Whitelisting Guidelines** ........ 54

**12.0 MLE Administration** ........ 55

**13.0 TLS Policy Overview** ........ 56
13.1 TLS Policy Types ........ 56
13.2 Policy Scope ........ 56
13.3 Default Policy Selection ........ 57
13.4 Intel® Cloud Integrity Technology 1.x Behavior ........ 57

**14.0 Database Configuration for Remote Database Servers** ........ 58

**15.0 SSL Changes from Intel® Cloud Integrity Technology 1.x to Intel® Cloud Integrity Technology 2.x** ........ 59

**16.0 High Availability Guidelines** ........ 60
16.1 Prerequisites ........ 60
16.2 Deployment Instructions ........ 60
16.3 3 Failover ........ 62

**17.0 Password and Encryption** ........ 63
17.1 Encrypting Configuration Files ........ 63
17.2 Changing the Database Password ........ 64

**18.0 Detailed Instructions for Building an Ubuntu KRM Host to Run VM** ........ 65
18.1 VM Changes ........ 65

**19.0 References** ........ 66

# 1.0 Introduction

The Intel® Cloud Integrity Technology provides visibility into the cloud datacenter, leveraging Intel processors with Intel® Trusted Execution Technology (Intel® TXT) to establish a root of trust and enable hardware-/hypervisor-layer trust and asset tag compliance management.

## 1.1 Audience

This document is intended to provide guidance for installing Intel® Cloud Integrity Technology on an Ubuntu* Virtual Machine (VM) and is intended for technical personnel who are proficient in the following:

- One or more of the following hypervisors and their corresponding management stacks:
  - VMware* vSphere
  - Citrix* Xen
  - Kernel-based Virtual Machine (KVM)
- Basic networking
- Ubuntu 12.04 LTS

## 1.2 Overiew of Intel® Cloud Integrity Technology

Intel® Cloud Integrity Technology leverages Intel® TXT to provide a root of trust in the datacenter, enabling software-controlled visibility and policy enforcement of hardware-secured asset tags and launch-time measurements of the BIOS, Operating System (OS), and hypervisor. The trust and asset tag attestation information can then be used to provide workload verification, remediation, reporting, and compliance in both public and private cloud environments.

## 1.3 System Requirements, Supported Hypervisor and Guest OS

Intel® Cloud Integrity Technology Attestation Server can be run as a VM or as a baremetal server. It supports the following hypervisors and operating systems below:

Recommended Bare metal OS or Guest OS if you plan on installing/running it as a VM:

| Operating System | Version |
|---|---|
| Ubuntu server with openssh | 12.04 or 14.04 |

Recommended Hypervisors

| Hypervisor | Version |
|---|---|
| Qemu-KVM | 0.12 |
| VMWare ESXi | 5.0 and up |

Recommended Virtual Machine Hardware

- 2 vCPUs
- Recommended RAM: At least 4Gb. Minimum of 2GB
- 2 GB free space to install the Attestation Server services; additional free space may be needed if the Attestation Server database will be located on the same disk.
- 1 for Management and 1 for Asset Tagging (optional if you plan on running Asset Tag. Applies to VMWare ESXi hosts)

Recommended Physical Hardware

- 1 socket (Minimum: dual or quad core)
- 4Gb
- 2 Gb free space to install the Attestation Server services; Additional free space may be needed if the Attestation Server database will be located on the same disk.
- 1 for Management and 1 for Asset Tagging (optional if you plan on running Asset Tag. Applies to VMWare ESXi hosts)

Intel® Cloud Integrity Technology Attestation Server will install the necessary database packages required for the backend. It uses mysql or postgres for the backend database engine.

NOTE: For ESXI environments, vmware-tools is not necessary in managing the VM. Command line interface (CLI) through ssh is the ideal and recommended way to start/stop Intel® Cloud Integrity Technology services as well as troubleshooting and viewing logs. Installing vmware tools is a preference that we leave up to customers for ease of systems administration.