# EXHIBIT A
# Part 2

# 2.0 Installation

Figure 1 shows deployment scenarios for environments consisting of ESXi, Citrix Xen Server, KVM or Xen hosts. Depending on the individual deployment strategy, different deployment scenarios can also be considered.




**Figure 1. Deployment Topology**

## 2.1 Workflow

Figure 2 shows the high-level procedure required to configure host attestation using Intel® Cloud Integrity Technology.




**Figure 2. Host Attestation Configuration**

Basic workflow steps:

1. Configure the Intel® Cloud Integrity Technology attestation server and its associated database.
2. Register and approve any required users with appropriate roles.
3. Install the trust agent on any open source Linux hosts (not required for Citrix Xen or VMware environments).
4. Create BIOS and Virtual Machine Manager (VMM) Measured Launch Environments (MLEs) imported from known-good hosts to use as a basis for trust attestation (this needs to be performed once per MLE, and should not be repeated unless a new BIOS or OS/VMM update requires the creation of a new MLE).
5. Register hosts for attestation.
6. Verify host trust status.

# 3.0 Intel® Cloud Integrity Technology Server Configuration

Intel® Cloud Integrity Technology is installed using an answer file for configuration options. The included *mtwilson.template* answer file is an example using default values (the postgresql database and GlassFish server).

**Note:** If MYSQL is going to be installed, you must first download the MySQL connector (*mysql-connector-java.jar*) file from this link and place it in the */root/* directory. Note that the file needs to be extracted from the downloaded archive.

To use the answer file, fill in the required fields in this file and then save it as *mtwilson.env* before running the Intel® Cloud Integrity Technology installation script. If all required fields are filled out, the Intel® Cloud Integrity Technology installation proceeds without further input.

**Note:** If the Intel® Cloud Integrity Technology database resides on a server other than the local machine, the remote database needs to be pre-configured with a database schema. The default for Intel® Cloud Integrity Technology is *mw_as* but another name can be used as well as a user with sufficient rights to that database. This step is not necessary if the Intel® Cloud Integrity Technology database resides on the local machine.

If a database schema name other than *mw_as* is desired, that database schema (along with a user with full privileges over that database) must be created before running the Intel® Cloud Integrity Technology installation. The Intel® Cloud Integrity Technology installer only creates a database schema named *mw_as*, but can use a pre-existing schema of any name.

The variables that can be set in the *mtwilson.env* file are listed as follows. Note that items in **bold** are mandatory configuration options:

#Configure which Intel® Cloud Integrity Technology components and which dependent packages to install

*INSTALL_PKGS="postgres java glassfish logrotate privacyca SERVICES PORTALS"*

**Note:** The INSTALL_PKGS variable is what tells the installer which packages you want to install. It takes a space-separated list of packages you want to install as part of your installation. Following are the possible options:

| | |
|---|---|
| ***postgres*** or ***mysql*** | #Must include one; this determines the database server that the Intel® Cloud Integrity Technology uses. |
| *java* | #Installs Java if the package is not already installed; the VM images provided by Intel already have this prerequisite installed. |
| **tomcat** or **glassfish** | #Must include one; this determines the web server that runs the Intel® Cloud Integrity Technology services. GlassFish is the default. |
| ***privacyca*** | #Installs the PrivacyCA service. This is required if Linux-based hosts using the Intel® Cloud Integrity Technology trust agent ise attested in your environment, but is not required if the environment contains only ESXi or Citrix Xen hosts. |
| ***SERVICES*** | #Installs the Intel® Cloud Integrity Technology services. Recommended for the vast majority of deployments. |
| ***PORTALS*** | #Installs the Intel® Cloud Integrity Technology portal user interface; this is not required for ISVs that are integrating solely with APIs, but is recommended for first deployments and for troubleshooting. |

| | |
|---|---|
| *monit* | #Installs Monit, a process monitoring utility. Monit automatically monitors and if necessary restarts Intel® Cloud Integrity Technology services. |
| *logrotate* | #Installs logrotate, which is required for the log rotation definition options that follow. |

**Note:** This option only configures what the Intel® Cloud Integrity Technology installer actually installs, and is separate from the actual configuration options that follow. Users can refrain from listing items in the INSTALL_PKGS section to have the Intel® Cloud Integrity Technology rely on an existing installed package. For example, if you already have Java, GlassFish and MySQL installed, you can use *INSTALL_PKGS="privacyca SERVICES* to have it rely on existing installations of those items. The other configuration options that follow are still needed to indicate the configuration to be used. For example, designating the type of web server and database.

#Mandatory Configuration Elements

| | |
|---|---|
| ***MTWILSON_SERVER***=*<IP address or Hostname>* | #The IP address or hostname of the Intel® Cloud Integrity Technology server. |
| ***MC_FIRST_USERNAME***=*admin* | #The username that is used for the initial default administrative user. This user account is used to approve any additional users created through the registration link on the logon page of the portal. |
| ***MC_FIRST_PASSWORD***=*password* | #The password for the administrative user. |
| ***PRIVACYCA_DOWNLOAD_USERNAME***=*admin* | #The username used for authenticating trust agent hosts; this username and its associated password are entered when installing the trust agent on a host so that the trust agent can download the required certificate information from the Intel® Cloud Integrity Technology server. |
| ***PRIVACYCA_DOWNLOAD_PASSWORD***=*password* | #The password for the PrivacyCA username. |
| ***DATABASE_VENDOR=postgres*** | #The database vendor. Acceptable values are mysql or postgres. |
| ***WEBSERVER_VENDOR=glassfish*** | #The application server to be used. Acceptable values are GlassFfish or Tomcat. |
| ***MTWILSON_API_BASEURL***=*<MtWilson BaseURL>* | #The BaseURL for Intel® Cloud Integrity Technology v1 APIs. This value should be set to *https://${MTWILSON_SERVER}:<PORT>/mtwilson/v1; replace <PORT>* with the port for the webserver that is used (8443 for Tomcat or 8181 for GlassFish). |
| ***MTWILSON_TAG_HTML5_DIR***=*<path>* | #This is the path to the asset tag HTML5 information. Valid values include */usr/share/glassfish4/glassfish/domains/domain1/applications/mtwilson-portal/tag/* for GlassFish deployments, and */usr/share/apache-tomcat-7.0.34/webapps/mtwilson-portal/tag* for Tomcat deployments. This path can change if the web service has been installed in a directory other than the path used by default in the Intel® Cloud Integrity Technology installer. |

#Intel® Cloud Integrity Technology Owner Account Configuration

| | |
|---|---|
| *MTWILSON_OWNER=root* | #Sets the user that owns the Intel® Cloud Integrity Technology installation (root by default). This user is created if it does not already exist. |
| *MTWILSON_OWNER_PASSWORD=P@ssw0rd* | #Sets the password for the Intel® Cloud Integrity Technology owner user previously specified if it does not already exist. Not used if the user already exists (does not change existing passwords). |

#Database Configuration

| | |
|---|---|
| ***DATABASE_PORTNUM****=5432* | #The port number of the database server. By default, use 5432 for Postgresql, and 3306 for MySQL. |
| ***DATABASE_HOSTNAME****=127.0.0.1* | #The IP or hostname of the database server. This can be the local machine (default) if the database resides on the Intel® Cloud Integrity Technology VM, or can be set to a remote server's IP or hostname if the database is set up elsewhere. See Section 5.0 for configuration instructions for remote databases. |
| ***DATABASE_SCHEMA****=mw_as* | #The schema name for the Intel® Cloud Integrity Technology database. The default is shown. If a schema name other than the default is desired, it must be manually created on the database server, along with a user with full privileges over the schema before the Intel® Cloud Integrity Technology installation is performed. The Intel® Cloud Integrity Technology installer only creates a database schema named *mw_as*, but can use a pre-existing schema of any name. |
| ***DATABASE_USERNAME****=root* | #The user name for the Intel® Cloud Integrity Technology database. The default is shown. |
| ***DATABASE_PASSWORD****=password* | #The password for the Intel® Cloud Integrity Technology database. The default is shown |

#Config for MYSQL (can be omitted if MySQL is not used)

| | |
|---|---|
| *MYSQL_REQUIRED_VERSION=5.0* | #The minimum required MySQL version. The value shown is the default. |
| *MYSQL_HOSTNAME=${DATABASE_HOSTNAME}* | #This is the IP or hostname of the database server. This should not be changed, as it's set by the DATABASE_HOSTNAME variable. |
| ***MYSQL_PORTNUM****= ${DATABASE_PORTNUM}* | #This is the port number for the MySQL server. |
| *MYSQL_DATABASE=${DATABASE_SCHEMA}* | #The schema name for the Intel® Cloud Integrity Technology database. This should not be changed, as it's set by the *DATABASE_SCHEMA* variable. |
| *MYSQL_USERNAME=${DATABASE_USERNAME}* | #The user name for the Intel® Cloud Integrity Technology database. This should not be changed, as it's set by the *DATABASE_USERNAME* variable. |
| *MYSQL_PASSWORD=${DATABASE_PASSWORD}* | #The password for the Intel® Cloud Integrity Technology database. This should not be changed, as it's set by the *DATABASE_PASSWORD* variable. |

#Config for Postgres (can be omitted if Postgres is be used)

| | |
|---|---|
| *POSTGRES_REQUIRED_VERSION=9.3* | #The minimum required Postgres version. The value shown is the default. |
| *POSTGRES_HOSTNAME=${DATABASE_HOSTNAME}* | #This is the IP or hostname of the database server. This should not be changed, as it's set by the *DATABASE_HOSTNAME* variable. |
| ***POSTGRES_PORTNUM***= *${DATABASE_PORTNUM}* | #This is the port number for the Postgres server. |
| *POSTGRES_DATABASE=${DATABASE_SCHEMA}* | #The schema name for the Intel® Cloud Integrity Technology database. This should not be changed, as it's set by the *DATABASE_SCHEMA* variable. |
| *POSTGRES_USERNAME=${DATABASE_USERNAME}* | #The user name for the Intel® Cloud Integrity Technology database. This should not be changed, as it's set by the *DATABASE_USERNAME* variable. |
| *POSTGRES_PASSWORD=${DATABASE_PASSWORD}* | #The password for the Intel® Cloud Integrity Technology database. This should not be changed, as it's set by the *DATABASE_PASSWORD* variable |
| *ADD_POSTGRESQL_REPO=yes* | #Required to download and install Postgresql 9.3. Unnecessary if Postgresql 9.3 has already been downloaded. |

#Configuration for Web Services

#GlassFish Configuration (use GlassFish or Tomcat)

| | |
|---|---|
| *GLASSFISH_REQUIRED_VERSION=4.0* | #The minimum required GlassFish version. The default value is shown. |

#Certificate Configuration

| | |
|---|---|
| ***GLASSFISH_CREATE_SSL_CERT***=*yes* | #A yes tells the installer to create a new SSL certificate. A no skips the SSL certificate creation. As a result, An SSL certificate needs to be provided. |
| ***GLASSFISH_SSL_CERT_CN***=*${MTWILSON_SERVER}* | #A Common Name (CN) of the SSL certificate MUST contain the IP address or the hostname of the Intel® Cloud Integrity Technology server. Use comma-separated values for multiple CN entries (hostname, IP, etc). This needs to include the IP addresses for ALL adapters that communicate with the Intel® Cloud Integrity Technology server. Using the value of *${MTWILSON_SERVER}*, 127.0.0.1 and the IP address for the PXE network for pull asset tag provisioning (if pull provisioning is used) is recommended. |
| ***TOMCAT_CREATE_SSL_CERT***=*yes* | #A yes tells the installer to create a new SSL certificate. A no skips the SSL certificate creation. As a result, An SSL certificate needs to be provided. |
| ***TOMCAT_SSL_CERT_CN***=*${MTWILSON_SERVER}* | #A Common Name (CN) of the SSL certificate MUST contain the IP address or the hostname of the Intel® Cloud Integrity Technology server. Use comma-separated values for multiple CN entries (hostname, IP, etc). This needs to include the IP addresses for ALL adapters that communicate with the Intel® Cloud Integrity Technology server. Using the value of *${MTWILSON_SERVER}*, 127.0.0.1 and the IP address for the PXE network for pull asset tag provisioning (if pull provisioning is used) is recommended. |
| *TOMCAT_REQUIRED_VERSION=7.0* | #The minimum required Tomcat version. The default value is shown. |

# #Asset Tag Configuration

| | |
|---|---|
| ***MTWILSON_TAG_ADMIN_USERNAME****=tagadmin* | #Username for the account that is used for pull tag provisioning. |
| ***MTWILSON_TAG_ADMIN_PASSWORD****=password* | #Password for the account that is used for pull tag provisioning. |
| ***MTWILSON_TAG_KEYSTORE****="/opt/mtwilson/configuration/serverAtag.jks* | #Intel® Cloud Integrity Technology tag keystore password. |
| ***MTWILSON_TAG_KEYSTORE_PASS****=password* | #Intel® Cloud Integrity Technology tag keystore password. |
| ***MTWILSON_TAG_KEY_PASS****=password* | #Intel® Cloud Integrity Technology tag key password. |
| *MTWILSON_TAG_CERT_IMPORT_AUTO=true* | #If set to true (default), all asset tag certificates are automatically imported to be matched to an appropriate host for tag attestation. If set to false, the certificates are not imported automatically. Attestation of asset tag information depends on the certificate being imported, so it is recommended that this be set to true for the vast majority of deployments. |
| *TAG_PROVISION_EXTERNAL=false* | #If set to false (default), the built-in certificate authority is used to sign certificate requests. If set to true, certificate requests are not signed automatically, so that the external certificate authority can sign them instead. |
| *TAG_PROVISION_NOCACHE=true* | #If set to true, tag provisioning requests ignore any existing valid certificates for the specified host and creates a new certificate with the specified selection. If set to false, the most recent existing valid certificate is provisioned, and a new certificate is only created if there is no existing valid certificate for the specified host. |
| ***TAG_PROVISION_XML_REQUIRED****=false* | #Determines whether XML encryption is required. If set to false, asset tag provisioning requests using an XML of tag selections can be used without being encrypted. If this value is set to true, only encrypted XMLs is accepted. |
| ***TAG_PROVISION_XML_PASSWORD****=password* | #XML encryption password. |
| ***TAG_VALIDITY_SECONDS****=31536000* | #Tag certificate validity duration. |
| ***TAG_ISSUER_DN****="CN=mtwilson-tag-ca* | #Tag issuer distinguished name. |

# #Miscellaneous

| | |
|---|---|
| *INSTALLED_MARKER_FILE=<path>* | #Creates an installation flag in the designated location (the default is */var/opt/intel/.mtwilsonInstalled*) that can be used by ISVs to confirm whether the Intel® Cloud Integrity Technology installation has completed. |
| *LOG_ROTATION_PERIOD=daily* | #Sets the time period used for log rotation; acceptable values can include daily, hourly, weekly, monthly, and yearly. |
| *LOG_COMPRESS=compress* | #Compresses old rotated logs in *.zip* format |
| *LOG_DELAYCOMPRESS=delaycompress* | #Postpones compression of older rotated log files until the next log rotation. |
| *LOG_COPYTRUNCATE=copytruncate* | #Truncate the original log file in place after creating a copy, instead of moving the old log file and optionally creating a new one. |

| | |
|---|---|
| *LOG_SIZE=100M* | #Creates a new log file and rotates at this size threshold. |
| *LOG_OLD=2* | #Sets the number of log rotations to retain. |
| *INSTALL_LOG_FILE=/tmp/mtwilson-install.log* | #Sets the path for the installation log. |
| *NO_MYSQL_MONIT* | #Do not install the MySQL configuration for monit. |
| *NO_POSTGRES_MONIT* | #Do not install the Postgresql configuration for monit. |
| *NO_GLASSFISH_MONIT* | #Do not install the GlassFish configuration for monit. |
| *NO_TOMCAT_MONIT* | #Do not install the Tomcat configuration for monit. |
| *JAVA_REQUIRED_VERSION=1.7.0_51* | #The minimum required Java version. The value shown is the default. |
| ***MTWILSON_TAG_SERVER_PRIVATE***=<PXE IP> | #The IP address for the adapter on the private PXE network used for pull provisioning. Not required if pull provisioning is not used. |
| ***TAG_PROVISION_XML_ENCRYPTION_REQUIRED***=*false* | #Determines whether the Intel® Cloud Integrity Technology server accepts selections unencrypted. Set to false by default, which enables plaintext XML to be used when generating selections or certificates. If set to true, only properly encrypted XML input is allowed. See the Asset Tag Provisioning Guide for instructions on encrypting XML. |

## 3.1 Automated Installation Using the mtwilson.env Answer File

- To automate the installation, edit the *mtwilson.template* file.

```
$ cp mtwilson.template mtwilson.env
```
\# Copy the mtwilson.template to *mtwilson.env*.

```
$ vi mtwilson.env
```
\# Edit the *mtwilson.env* configuration file.

- Copy the Intel® Cloud Integrity Technology Attestation Server installation bin file to the */root* directory of an Ubuntu virtual machine.
- Run the following command to execute the installation script:

```
$ ./mtwilson-server-2.0-SNAPSHOT-jdk_glassfish_monit.bin
```

**Note:** Allow approximately 15 minutes to complete.

- Log files for the Intel® Cloud Integrity Technology Attestation Server installation can be found in */tmp/mtwilson-install.log*.

After the installation completes, the Intel® Cloud Integrity Technology Attestation Server web portal should all be available. Note that the port number in the URL differs according to the JVM used (Tomcat or GlassFish).

1. For the attestation server with GlassFish as the web server:

   *https://<attestation server IP address>:8181/mtwilson-portal/index.html*

2. For the attestation server with Tomcat as the web server:

   *https://<attestation server IP address>:8443/mtwilson-portal/index.html*

**Note:** The portal URLs are case sensitive. If a security exception is received, please accept and add the exception to your browser.

## 3.2 Trust Agent Installation

The trust agent requires significant configuration steps on each host before it is installed. Refer to the Linux Provisioning Guide for the specific distribution of Linux you'll be using before continuing.

The trust agent must be installed after the Intel® Cloud Integrity Technology has been deployed (the trust agent downloads certificate information from the Intel® Cloud Integrity Technology during installation). The PrivacyCA service must be included in the Intel® Cloud Integrity Technology installation for the trust agent to function.

**Note:** If more than one Intel® Cloud Integrity Technology server is attesting the same trust agent host(s), for example, in the high availability deployment described in Section 5.0, the PrivacyCA certificate from the Intel® Cloud Integrity Technology server used during the trust agent installation must be copied or appended to the PrivacyCA certificate on all other Intel® Cloud Integrity Technology servers that are attesting the same trust agent host(s). For instance, if Intel® Cloud Integrity Technology server A is provided during the installation of the trust agent on all Linux hosts, the PrivacyCA certificate (named *PrivacyCA.pem* and located in the */etc/intel/cloudsecurity* folder on the Intel® Cloud Integrity Technology server) from server A can be appended to the file */etc/intel/cloudsecurity/PrivacyCA.list.pem* on servers B and C. This way all three Intel® Cloud Integrity Technology servers are able to attest all of the trust agent hosts that use the certificate from server A.

### 3.2.1 Trust Agent Answer File

The trust agent now requires an answer file (*trustagent.env*) for configuration at installation. Users can automatically generate a minimal *trustagent.env* file from the Intel® Cloud Integrity Technology server by browsing to https://<Attestation *Server IP* or *Hostname>:<Port>/mtwilson/v2/util/trustagent-env-file.html* on your Intel® Cloud Integrity Technology Attestation Server and entering your admin username and password. Example content of trustagent.env:

*MTWILSON_API_URL=https://192.168.1.100:8443/mtwilson/v2*
*MTWILSON_API_USERNAME=admin*
*MTWILSON_API_PASSWORD=94i3kPN7bObnJ5Qo*
*MTWILSON_TLS_CERT_SHA1=eeb9d481bd779b9a6dfcf65a5ee9b2f889906e02*

**Note:** The *trustagent.env* file also supports many other options. Refer to the separate *Intel® Cloud Integrity Technology Trust Agent* guide for full details about the trust agent.

### 3.2.2 Installation

1. Download the trust agent installer (*TrustAgent-2.0.bin*) and the *env* file (*trustagent.env*) to the */root* directory on the Linux host.
2. Change the permissions to make the installer executable.

```
$ chmod +x mtwilson-trustagent-installer-2.0-SNAPSHOT.bin
```

3. Run the installer.

```
$ . /mtwilson-trustagent-installer-2.0-SNAPSHOT.bin
```

4. Register the Trusted Platform Module (TPM) password with service to support asset tag automation? [y/n] []. Select Yes.

The trust agent now installs. To confirm that it is running, use the following command:

```
$ tagent status
```

To start, stop, or restart the trust agent, use the following commands:

```
$ tagent start
```

```
$ tagent stop
```

# 4.0 Getting Started

## 4.1 Portal Overview

The Intel® Cloud Integrity Technology Attestation Server web portal is made up of several tabs:

- **Trust** — This tab contains functions related to trust assertion. The Trust Dashboard is the home page for the web portal, and lists the trust status of all hosts currently registered in the Intel® Cloud Integrity Technology attestation database. Other functions include the Bulk Refresh tool that enables the trust status of multiple hosts to be refreshed simultaneously along with the Reports tool that contains a history of trust refreshes done on all registered hosts.

**Host Management** — This tab contains functions related to registering, editing, and deleting hosts in the Intel® Cloud Integrity Technology Attestation Server. The Import tool allows for the automated registration of one or more hosts from a text file or a vCenter cluster. Note that Whitelist MLEs must already exist before hosts can be added. The Add and Edit Host tools enable hosts to be manually, individually added or edited (for example, the Edit Host tool allows the MLEs used for trust attestation of a particular host to be changed in the event of a BIOS update). The View Host tool displays a list of all registered hosts and their relevant details, including MLE names, connection strings, etc.

**Whitelist** — This tab contains functions relating to MLE management. The Import from Trusted Host tool enables MLEs to be automatically imported from a known-good host. Note that the MLE values are taken from the known good host and stored in the database for attestation. The known good host does not need to actually be registered for trust attestation, and if its own module/PCR values change and no longer matches the imported MLEs, it is flagged as un-trusted). Other tools include the Edit MLE, OS, and OEM tools, which allow MLEs, operating systems, and OEMs to be deleted and altered. Note that an OEM, OS, or MLE can only be deleted if no currently registered hosts are using them.

**Asset Tag Management** — This tab contains functions surrounding creating and deploying asset tags. Functions include creating key/value pairs, creating selections of key/value pairs, and deploying selections to target hosts registered in the Intel® Cloud Integrity Technology Attestation Server. Refer to the Asset Tag Provisioning Guide for details on this section.

**Administration** — This tab contains functions related to the administration of user accounts, the Intel® Cloud Integrity Technology Attestation Server certificates, and TLS policy management. Functions include viewing all user requests, approving users (and defining their roles), deleting users, extending the expiration of user accounts, creating/editing shared TLS policies, and downloading the various certificates used by the Intel® Cloud Integrity Technology.

These tabs and their included functions are described in detail in the sections that follow.

The portal URL is:

https://<Attestation *Server address*>*:*<*port*>*/mtwilson-portal*

By default, the port is 8181 for GlassFish deployments and 8443 for Tomcat.




## 4.2 Whitelist

A "whitelist" consists of a series of PCR measurements that are considered to be known good values for various host platforms. These values are then used as the basis of comparison for trust attestation. Before a host can be registered, valid MLE values must already exist for the host's BIOS and VMM. Once these known good values are created, they remain unchanged unless overwritten or deleted by user action (such as they are not specifically tied to any specific host after creation).

See Section 5.0 for details on the behavior of the Platform Configuration Registers (PCRs) that make up the MLEs and Whitelist management.

### 4.2.1 Importing Whitelist MLEs

MLEs are imported directly from known good hosts. This process also sets the attestation policy. When a PCR is selected while creating an MLE, the attestation policy is also being set to attest against that PCR. While specific PCR values can be overwritten by re-importing the same MLE, this policy setting can only be changed by deleting the MLE entirely and then re-creating it. Similarly, a PCR cannot be removed from an MLE simply be overwriting it with the PCR de-selected; the MLE must be deleted and re-created without the undesired PCR selected.

#### 4.2.1.1 Importing Whitelist MLE Values From a Trust Agent Host

#On the Whitelist tab, select **Import from Trusted Host**.




1. Select the host type as **KVM** or **XEN**.
2. To configure the Whitelist for BIOS / VMM on host, click the **BIOS** and **Hypervisor** check boxes.
3. The default (recommended) BIOS setting should be OEM, with PCRs 0 and 17 selected. The default (recommended) VMM setting should be OEM, with PCR 18 selected.

**Note:** Refer to the Whitelisting guidelines in Section 5.0 for an explanation of different Whitelist types and PCR behaviors.

4. Enter the IP address or DNS name of the host to be added to the Whitelist.
5. Enter **Port # 1443**.
6. Select whether or not to register this host after the Whitelist MLE values are imported.
7. Select whether or not to overwrite an existing MLE for the same BIOS version or OS/hypervisor combination. Refer to Section 5.0 for details on MLE management.
8. Select an existing shared TLS policy, or create a new host-specific TLS policy for use with this host (refer to TLS Policy Overview for details).
9. Click **Import White List** to import the MLE values from the designated host.

#### 4.2.1.2 Importing Whitelist MLE Values From a Citrix Xen Host

#On the Whitelist tab, select **Import from Trusted Host**.




1. Select the Host Type as **Citrix XenServer**.
2. To configure the Whitelist for BIOS / VMM on host, click the **BIOS** and **Hypervisor** check boxes.
3. The default (recommended) BIOS setting should be OEM. Refer to the Whitelisting guidelines in Section 5.0.
4. The default (recommended) VMM setting should be OEM.
5. Enter the IP address or DNS name of the host to be added to the Whitelist.
6. Enter **Port # 443**.
7. Enter **username**.
8. Enter **password**.
9. Select whether or not to register this host after the Whitelist MLE values are imported.
10. Select whether or not to overwrite an existing MLE for the same BIOS version or OS/hypervisor combination. Rrefer to Section 5.0 for details on MLE management.
11. Select an existing shared TLS policy, or create a new host-specific TLS policy for use with this host (refer to the TLS Policy Overview for details).
12. Click **Import White List** to import the MLE values from the designated host.

#### 4.2.1.3 Importing Whitelist MLEs From an ESXi Host

#On the Whitelist tab, select **Import from Trusted Host**.




1. Select Host type: **VMware ESXi**.
2. Under Configure White List For: Select **BIOS** and **OEM**. Use defaults for Whitelist.
3. Enter the name of a good known host as it appears in vCenter in the *Good Known Host* field.

**Note:** The name can be the host's DNS name or IP address but must match what is shown in vCenter.

4. Enter the IP address or host name of the vCenter server.
5. Enter the login ID and password for an account with administrator rights to the vCenter.
6. Select whether or not to register this host after the Whitelist MLE values are imported.
7. Select whether or not to overwrite an existing MLE for the same BIOS version or OS/hypervisor combination. Refer to Section 5.0 for details on MLE management.
8. Select an existing shared TLS policy, or create a new host-specific TLS policy for use with this host (refer to the TLS Policy Overview for details).
9. Click **Import Whitelist** to import the MLE values from the designated host.

### 4.2.2 Edit/View MLE

This tool enables specific MLEs to be managed and deleted.

#On the Whitelist tab, select **Edit MLE**.

The default view shows all MLEs (both BIOS and VMM) currently in the Intel® Cloud Integrity Technology Attestation Server database. To view the details for a specific MLE, click the **Edit** hyperlink.



The Manifest List section enables each of the PCR values stored in the MLE to be changed.

**Note:** Only PCR-based MLEs can be manually changed. This includes ALL BIOS MLEs and Citrix Xen VMM MLEs. Module-based MLEs (trust agent and ESXi-based VMM MLEs) cannot be manually changed.



### 4.2.3 Edit OS

#On the Whitelist tab, select **Edit OS**.

OS records are created automatically when MLEs are imported.

Trust | Host Management | Whitelist | Administration

**Whitelist > Edit OS**

OS/Hypervisor Combination Edit/Delete

| Options | OS Name | Version | Description |
|---|---|---|---|
| Edit \| Delete | RHEL | 6.1 | |
| Edit \| Delete | RHEL | 6.2 | |
| Edit \| Delete | UBUNTU | 11.10 | |
| Edit \| Delete | SUSE | 11 P2 | |
| Edit \| Delete | VMWare | 5.0 | |
| Edit \| Delete | VMware_ESXi | 5.1.0 | |
| Edit \| Delete | XenServer | 6.1.0 | |
| Edit \| Delete | RedHatEnterpriseServer | 6.2 | |

First « 1 2 » Last

Editing an OS only allows the *Description* field to be populated or changed. An OS can only be deleted if no MLEs are currently configured to use the OS.

### 4.2.4 Edit OEM

#On the Whitelist tab, select **Edit OEM**.

OEM records are created automatically when MLEs are imported.

Trust | Host Management | Whitelist | Administration

**Whitelist > Edit OEM**

OEM - Edit/Delete the Values

| Options | Name | Description |
|---|---|---|
| Edit \| Delete | GENERIC | Default Oem for testing |
| Edit \| Delete | EPSD | Intel white boxes |
| Edit \| Delete | HP | HP Systems |
| Edit \| Delete | Intel Corporation | Intel Corporation |
| Edit \| Delete | Dell Inc. | Dell Inc. |
| Edit \| Delete | IBM | IBM |
| Edit \| Delete | Cisco Systems Inc | Cisco Systems Inc |
| Edit \| Delete | Intel Corp | Intel Corp. |

First « 1 2 » Last

Editing an OEM only enables the *Description* field to be populated or changed. An OEM can only be deleted if no MLEs are currently configured to use the OS.

## 4.3 Host Management

### 4.3.1 Import Hosts

Host registration can be performed by using a flat (text) file, or by importing hosts from a VMWare vCenter cluster.

To use the flat file method, provide a plain text file (*.txt* format) containing a list of hosts to be registered in the following format(s), either IP address or hostname can be used.

For Open Source hosts:

*intel|host_name|host_port_no*

For example, *intel|myTrustAgent|1443*.

For VMWare hosts:

*vmware|Host_Name|Vmware_Connection_String*[1]

For example, *vmware|myVmwareHost|https://192.168.1.1:443/sdk;Administrator;Password*.

For Citrix Xen:

*citrix|Host_Name|Citrix_Connection_String*[1]

For example, *citrix|myCitrixHost|https://192.168.1.1:443/;Administrator;Password*.

Specific examples for both flat file and vCenter cluster registrations are described in the sections that follow.

In each case, each host to be registered have drop-down selections for the BIOS and VMM MLEs to be used. These selections correspond to the MLEs that have been created using the Whitelist tools. Note that only created MLE types are selectable (for example, if only an OEM MLE has been created, the Global selection does not appear in the list). Intel recommends using the OEM MLE for both BIOS and VMM selections unless a specific business requirement indicates otherwise.

An appropriate BIOS and VMM MLE must exist for each host prior to registration. For instance, to register a host that has a BIOS version X, a BIOS MLE for BIOS version X must already exist. If appropriate MLEs do not exist, you'll receive an error message indicating that the missing VMM/OS/BIOS/version information was not found.

A shared TLS policy must be selected for use with all hosts listed. To register hosts with host-specific TLS policies, the individual host registration function (Host Management > Add Host) must be used. Refer to the TLS Policy Overview for additional details on TLS policies.

#### 4.3.1.1 Registering Hosts Using a Flat File

#On the Host Management tab, select **Import...**

1. Open a text file and enter the host information in the format previously described.
2. The Flat File option is selected by default. Click **Browse** and then go to the location of the text file created in the previous step.
3. Select a shared TLS policy for use with all hosts listed in the flat file. Refer to the TLS Policy Management (Section 4.4.3) for more information on TLS policies.
4. Click **Retrieve Hosts** to import the list of hosts and their connection details from the flat file. By default all hosts are selected.
5. Click **Register Host** to register the selected hosts.

---

1. The connection string must be a valid URL. Note that the / after the port number is required.



**Note:** For each host, there is a drop-down selection for the BIOS and VMM MLEs to be used for this specific host (OEM, Global, or Host). The selected MLE is used for attesting the host. Make the selection most appropriate for your datacenter. Generally, Intel recommends using the OEM MLE type under most circumstances for both BIOS and VMM MLEs. Details on Whitelist MLE management can be found in Section 5.0.

### 4.3.1.2 Registering ESXi Hosts by Cluster

#On the Host Management tab, select **Import...**

1. Select **VMware Cluster** from the drop-down box.
2. Enter the IP address or DNS name of the vCenter server and login credentials for an account with administrator rights in vCenter server.
3. Select a shared TLS policy for use with this vCenter server. Note that all ESXi hosts share the same TLS policy used by the vCenter server they are managed by. Refer to Section 4.4.3, TLS Policy Management, for additional information on TLS policies.
4. Click **Retrieve Clusters**.




5. A list of all clusters in vCenter become available in the VMware Cluster drop-down box. Select the cluster you want to import hosts from and then click **Retrieve Hosts** to import the list of hosts in that cluster from vCenter Server. By default all hosts are selected. Click **Register Host** to register the selected hosts.




**Note:** For each host, there is a drop-down box selection for the BIOS and VMM MLEs to be used for this specific host. Only MLEs that have already been created appear in the drop-down box. For, example, if a global MLE exists but no OEM MLEs exist, the drop-down box only has a Global option). The selected MLE is used for attesting the host. Make the selection most appropriate for your datacenter. Generally, Intel recommends using the OEM MLE type under most circumstances for both BIOS and VMM MLEs). Details on Whitelist MLE management can be found in Section 5.0.

### 4.3.2 Manual Host Registration

The Add Host tool enables hosts to be registered individually, and enables more detailed control over the MLEs used for attestation. Because the Import tool automatically detects the BIOS and OS-VMM versions, the manual registration tool enables any BIOS and VMM MLE (within limits such as attempting to register a vCenter host using a trust agent VMM MLE does not work because the vCenter connection details are missing) to be used to attest the host. Be aware that selecting a mis-matched MLE results in the host appearing as untrusted when attested. Intel generally advises using the automated Import tool for host registration.

#On the Host Management tab, select **Add Host**.

1. Enter the hostname or IP address for the host to be registered.
2. Select the **OEM Vendor** from the drop-down box list.
3. Select the appropriate BIOS version from the drop-down box. Note that this is the BIOS MLE and is populated according to the OEM vendor selected.
4. Select the **OS-VMM** combination from the list. This is the VMM MLE.
5. Enter connection details. For vCenter, enter the hostname or IP of the vCenter server that manages the host, and credentials for a vCenter user with administrative rights. For Citrix Xen enter the port number (Citrix Xen uses port 443 by default) and the administrative credentials for the host. For trust agent hosts, enter the port number for the trust agent (default 1443). The correct fields appear when the appropriate OS-VMM MLE is selected.
6. Select a TLS policy for use with this host (either a new host-specific policy or an existing shared policy. refer to Section 4.4.3, TLS Policy Management, for details on TLS policies.

7. Click **Add Host** to register the host.




### 4.3.3 Trust DashBoard

#on the Trust tab, select **Dashboard**.

The Trust Dashboard displays and refreshes the trust attestation of all hosts registered to the Intel® Cloud Integrity Technology.

- Trusted hosts appear with a green icons.
- Un-trusted hosts appear as red icons.
- Hosts with no trust status (hosts with TXT disabled or PCR/Module information otherwise unavailable) appear with a blue question mark icon.
- If no Asset Tag Certificates have been created for a host, the Asset Tag Status icon appears as a blue question mark icon; after provisioning, the icon appears as green or red according to whether the Asset Tag information matches the Asset Certificate. Refer to the Asset Tag Provisioning Guide for details on Asset Tag functionality.
- To refresh the trust attestation of any host, click **Refresh** in the *Trust Status* field of the specific host.

#### 4.3.3.1 Trust Assertion Details

The Trust Assertion Details tools displays the Security Assertion Markup Language (SAML) assertion in *.xml* format.


```
<?xml version="1. " encoding="...  "?><saml2:Assertion xmlns:saml2="...
    <saml2:Issuer>https://127.0.0.1:8181/AttestationService</saml2:Issuer>
    <Signature xmlns="...">
      <SignedInfo>
        <CanonicalizationMethod Algorithm="...
        <SignatureMethod Algorithm="..."/>
        <Reference URI="...">
          <Transforms>
            <Transform Algorithm="...
          </Transforms>
          <DigestMethod Algorithm="..."/>
          <DigestValue>xmx5LFyaD7z1U6rSCQ5IUc6OWkY=</DigestValue>
        </Reference>
      </SignedInfo>
      <SignatureValue>eyucP8aq91+8dkcPMBe3oORgET9t7ehOZ5L36C14AR/GwOWWpOrb0MsnyZIA3E
  tAG8EoBGwLt5INhdDm6I/JkR2W6rs4vfvGQ106fHxOnnKJUbcOH+ruL1pfftFxQHOOqRBTHkCCgQ
  SKJn4bQfyDo23AeEnSz7U6e4nkjc2/PjExh4bLFR5RpGudVP1WQ8k1G16sYzRFTmKgwM4XLwkxLk
  9KwoJn1xJMmtO+f7jL5dptG2eaIfLnVhBkpm8PJDcmVI6eQK2xPFShF+dZU0OVjDjIGJx0drgs4L
  eBduOXjzv2yEO1WGMN3CgtIfkDyMb9wpi/PCFg==</SignatureValue>
      <KeyInfo>
        <X509Data>
          <X509Certificate>MIIDVDCCAjygAwIBAgIEUKqKjDANBgkqhkiG9w0BAQUFADBsMQswCQYDV
  CBMCQ0ExDzANBgNVBAcTBkZvbHNvbTEOMAwGA1UEChMFSW50ZWwxEjAQBgNVBAsTCU10IFdpbHNv
  bjEbMBkGA1UEAxMSQXR0ZXN0YXRpb25TZXJ2aWN1MB4XDTEyMTExOTE5MzcOOFoXDTIyMTExNzE5
  MzcOOFowbDELMAkGA1UEBhMCVVMxCzAJBgNVBAgTAkNBMQ8wDQYDVQQHEwZGb2xzb20xDjAMBgNV
  BAoTBUludGVsMRIwEAYDVQQLEwlNdC8XaWxzb24xGzAZBgNVBAMTEkFOdGVzdGF0aW9uU2Vydm1j
  ZTCCASIwDQYJKoZIhvcNAQEBBQADggEPADCCAQoCggEBAI/VH49zuA1WRs1vVTSgy+ZcIKV6Uog5
  7Dand1RAFTGEBJrip/6r4Zk66FLhrcQCHQYHkNUnmE2fbbDjo8V0244oqHLLcZXW8x95hEmfObJx
  8LzFAmPVzK6RNBOQ3fqDbqR1vMM6oistdFZyn+ZZux9201JJr3NcTpgLE1pDzkOu65KqhDVpxwgN
  zyXsnTwJ10ts8XbsPx44ik8GNpwJIvbQ5TQesQ2IKf1xtpVERvnoxe1UeZGC1691dsx9KbLjbdDZ
  fNf2Oy12YPdVbxP1kx/ziL41EQROEpcPxhgfqFGaVa63I8rxZLT9o7PWfcLGnVCN5JYFjiUABQd9
  j6TI2L0CAwEAATANBgkqhkiG9w0BAQUFAAOCAQEAjWiVjjzV2GOWc+NJk/yCUkJ8z3/xR3uAdsqk
  HL6bjOTzxV3RECzfKig9X/dcEqF6Pk0/aVuYR1GoVdJbjEcQNriCyaFAggF1nhMt9sdhfF4AgtUO
  UHdEcZwdJ4biOTWOQkmOh3LwZqhs13oVnukL76qz18ans01pW7cx41aTYMN/iW5IZKQLJVpbz1DR
  NkmJPLManTjFQMV5hMwtNFV9yGBR71vV1hQH4woKNMiVpeb5+1L8tRjPXU+8E7CRKFjitdH37X/S
  9CdEfFn51NRRp8UZhZ1PbZ6bCUsTSk/9Vr62xkoKU7IdvWsgaTbq008TXTtqGZsg2e1iyaA+zFJm
  [illegible]</X509Certificate>
```


#### 4.3.3.2 Trust Report

The Trust Report tool displays the PCR values for the selected host, as well as the Whitelisted MLE values for that host's BIOS and VMM versions.

[redacted] vmware 2014-08-05T19:12Z Refresh

**Trust Report**

| PCR Name | PCR Value | WhiteList Value |
|---|---|---|
| 0 | 891eb0b556b83fcef1c10f3fa6464345e34f8f91 | 891EB0B556B83FCEF1C10F3FA6464345E34F8F91 |
| 17 | bfc3ffd7940e9281a3ebfdfa4e0412869a3f55d8 | BFC3FFD7940E9281A3EBFDFA4E0412869A3F55D8 |
| 18 | 2d961a1d62e36a7557417c18fb1ed93a95b213b2 | 2D961A1D62E36A7557417C18FB1ED93A95B213B2 |
| 19 | 0cc01be9c34e2e96efa74bcc0a9758a8e0f2c9a0 | 0CC01BE9C34E2E96EFA74BCC0A9758A8E0F2C9A0 |

#### 4.3.3.3 Asset Tag Visibility and Attestation

After tag selections have been provisioned to hosts, the Intel® Cloud Integrity Technology Attestation Server can provide visibility and attestation for the asset tags. Registering a host with the Attestation Server after the host has been provisioned with asset tags enables the Attestation Server Trust Dashboard to display the tags provisioned to the host, and enables Intel® Cloud Integrity Technology to attest to the validity of the Asset Certificate.

After provisioning completes, follow the standard procedures for Whitelisting and host registration. After hosts are registered, the Attestation Server Trust Dashboard page displays the new Asset Tag trust status. Hovering with the mouse over the Asset Tag trust icon displays the tags provisioned to the host.




The value of PCR-22 can be seen in the Trust Report.

**Trust Report**

| PCR Name | PCR Value | WhiteList Value |
|---|---|---|
| 0 | 4f93b086513b6be8755874c966dbc7e168121fa6 | 4F93B086513B6BE8755874C966DBC7E168121FA6 |
| 17 | fb86f1221d775c8ba81a0034bc028587fd87e358 | FB86F1221D775C8BA81A0034BC028587FD87E358 |
| 18 | f6fd306d2fa33e21c69ca598330b64df1ed0d002 | F6FD306D2FA33E21C69CA598330B64DF1ED0D002 |
| 19 | ddca42b19bf0ef94af97baa5bec9785940bf496a | |
| 20 | 7f824ea48e5d50a4b2361522232068006208c748 | 7F824EA48E5D50A4B2361522232068006208C748 |
| 22 | 0393442fbeddf894bcd5ce5d284c0bb6b195841a | 0393442fbeddf894bcd5ce5d284c0bb6b195841a |

The Trust Assertion now also contains the Asset Tag information, including the name/value pairs associated with the host.


```
    <saml2:Attribute Name=[illegible]>
      <saml2:AttributeValue xmlns:xs [illegible] xmlns:xsi [illegible] xsi:type [illegible]
    </saml2:Attribute>
    <saml2:Attribute Name=[illegible]>
      <saml2:AttributeValue xmlns:xs [illegible] xmlns:xsi [illegible] xsi:type [illegible]>
    </saml2:Attribute>
    <saml2:Attribute Name [illegible]>
      <saml2:AttributeValue xmlns:xs [illegible] xmlns:xsi [illegible] xsi:type [illegible]>
    </saml2:Attribute>
  </saml2:AttributeStatement>
</saml2:Assertion>
```

**Note:** PCR22 and the Asset Tag trust status is not visible unless the host has been provisioned with an Asset Tag from the Attestation Server. If the host has been provisioned by a different Attestation Server or if the database has been cleared after provisioning, the trust status appears unknown, no tag information is visible in the Trust Assertion, and PCR22 does not appear in the Trust Report.

Refer to the *Intel® Cloud Integrity Technology Asset Tag Provisioning Guide* for full details regarding Asset Tag functionality.

#### 4.3.3.4 Bulk Trust Refresh

#On the Trust tab, select **Bulk Refresh**.

The Bulk Trust Refresh tool enables the trust attestation of multiple hosts to be refreshed concurrently (as opposed to individually clicking **Refresh** for each host on the main page). By default, all registered hosts are selected. Select the hosts that require an update and then click **Update Trust Status**.



#### 4.3.3.5 Reports

#On the Trust tab, select **Reports**.

This tool enables the retrieval of reports detailing the creation date, MLE information, trust status, and the date of the last trust status refresh. Select the hosts to be reported and then click **Get Report**.




### 4.3.4 Asset Tag Management

The Asset Tag Management tag contains functions related to creating and provisioning Asset Tags to hosts for later attestation. Refer to the Asset Tag Provisioning Guide for information on provisioning tags to hosts.

## 4.4 Administration

### 4.4.1 User Account Registration

While the default user (*admin* by default, unless renamed during setup) has access to all Intel® Cloud Integrity Technology Attestation Server roles and can perform all tasks, the Attestation Server supports the ability to add new users and to limit the tasks they can perform. Intel recommends that, after the Attestation Server is deployed, one or more new user accounts are created and that access to the administrative account is restricted.

Intel® Cloud Integrity Technology 2.0 adds the ability to create new roles. Roles are defined as a collection of one or more permissions that can then collectively be applied to users for access control. While the included Attestation Server User Interface (UI) does not incorporate functionality for making new roles, these functions are available programmatically (refer to Javadocs for full REST API documentation).

Currently permissions consist of a domain, an action, and a selection. Domains represent groups of objects; for example, hosts or MLEs would define permissions relating to host registration and MLE creation. Actions represent the specific permissions allowed within the domain. For instance, one permission might define access to the create action of the hosts domain, meaning this permission would enable the creation of new host objects (such as registering hosts with the Attestation Server). Selections represent a filter that can be used to narrow down which specific items within a domain the permission applies to; currently, an aseterisk (*) can be used to refer to "all selections".

To maintain backwards compatibility, the roles from Intel® Cloud Integrity Technology 1.x have been re-created in the new security framework and are included in the initial installation.

A description of the various roles and the procedure for creating new users follows.

#### 4.4.1.1 Description of Intel Cloud Integrity Technology Roles

- Security — Manage access to Intel® Cloud Integrity Technology APIs, approve/reject access requests, and assign roles
- Whitelist — Add/edit/delete OEM, OS, MLE records and import white-list MLEs
- Attestation — Add/edit/delete host records, assign MLE to a host and get host trust status
- Report — Get host trust status
- AssetTagManagement — Create/delete/provision Asset Tags
- Audit — Manage audit records

#### 4.4.1.2 New User Creation

1. Connect to the Intel® Cloud Integrity Technology web portal.

   https://<Attestation *Server address*>:*<port>/mtwilson-portal/index.html*
2. Click Register and create a new user.
   a. Enter username and password.
   b. Select a locale.
3. Login to the Intel® Cloud Integrity Technology Attestation Server portal with admin credentials (the values of *MC_FIRST_USERNAME* and *MC_FIRST_PASSWORD* in the *mtwilson.env* file that was used for installation).
4. **Select Administration** -> **Pending Requests** from the menu bar.

5. The portal displays a list of pending user account approvals. To approve the registered user, click on **Details**.




6. Select the required roles for the new user and click **Approve**.




### 4.4.2 View Certificates

#On the Administration tab, select **View Certificates**.

The View Certificates tool enables the various certificates used by the Intel® Cloud Integrity Technology Attestation Server (including the PrivacyCA certificate, the TLS certificate, and the SAML certificate) to be downloaded.
Intel recommends backing up these certificates after installation. The default location for these certificates is the */etc/intel/clpudsecurity* folder.




### 4.4.3 TLS Policy Management

#On the Administration tab, select **TLS Policy Management**.

The TLS Policy Management page enables user to create, modify, and delete Shared-scope TLS policies. A TLS policy represents an authorized TLS certificate to which the Attestation Server will connect. Different TLS Policy types include raw certificate and certificate hash models, and can be applied to individual hosts or shared across many hosts. Information from the TLS certificate(s) of any host(s) to which the Attestation Server will connect will need to be added using the TLS Policy Management interface; the specific TLS policy to be used for a given host connection can be selected during host registration.

A TLS policy may be created for each individual host, or, if all TLS certificates across a large number of hosts use the same root certificate authority, the root certificate can be used in the Attestation Server TLS Policy. This policy could then be used for all server connections using the same root certificate.

For ESXi hosts, the TLS certificate is managed by vCenter Server. For any given number of ESXi hosts to be registered in the Attestation Server, only the TLS certificate of the vCenter Server that manages those ESXi hosts needs to be added to an Attestation Server TLS Policy.

For legacy compatibility, the 1.x TLS policies "TRUST_FIRST_CERTIFICATE" and "INSECURE" can still be used, but are not enabled by default. To enable one or both of these TLS policies, set the MTW_TLS_POLICY_ALLOW variable in mtwilson.env prior to installation (for example, "export MTW_TLS_POLICY_ALLOW=certificate,certificate-digest,public-key,public-key-digest,TRUST_FIRST_CERTIFICATE,INSECURE"). To set the default TLS policy, use the MTW_DEFAULT_TLS_POLICY_ID variable (for example, "export MTW_DEFAULT_TLS_POLICY_ID=TRUST_FIRST_CERTIFICATE").

The "TRUST_FIRST_CERTIFICATE" TLS policy will record the first TLS certificate used by a remote server and will accept connections to that server only using that TLS certificate. This option requires no management by the administrator, and does not need a specific policy to be created once it is enabled.

The "INSECURE" TLS Policy effectively ignores TLS certificate verification.

**Note:** Per-host TLS policies are created at the time of Whitelisting or registering individual hosts. To edit per-host TLS policies, use the **Edit Host** function for the appropriate host. Per-host TLS policies are deleted when the host they are attached to is itself deleted.

TLS Policy Management >

## Browse TLS Policies

| Name | Policy Type | Comment |
|---|---|---|
| vCenter Certificate Policy | certificate | |

Create new policy

1. To edit or delete an existing policy, click the name and select the appropriate choice from the pop-up menu.
2. To create a new shared TLS policy, click **Create New Policy**.




3. Enter a name for the new policy.
4. Select the Policy Type.
    - For "Certificate" policies, the entire TLS certificate from the remote server will need to be copied (Hex or Base-64 encoded DER-format X.509 public key certificate)
    - For "Certificate Fingerprint," copy the SHA-1, SHA-256, or SHA-384 hash of the remote server TLS certificate
    - For "Public Key," copy the entire Hex or Base64-encoded DER-format X.509 public key
    - For "Public Key Fingerprint," copy the SHA-1, SHA-256, or SHA-384 hash of the remote server public key
5. Add a comment (optional).
6. Add the certificate, public key, or hash as appropriate for the TLS policy type. Note that the Add Certificate box provides a reminder of what is required and in what format.
7. Click **Save** to save the policy. The new policy now is available for selection to assign to hosts.

## 5.1 FAQs

What is the process involved to upgrade the BIOS/VMM/OS of the measured host?
When upgrading the BIOS, OS, or hypervisor versions, import new MLEs from a previously upgraded known good host as per the normal Whitelisting guidelines. As each other registered host is upgraded, either edit the host in the Attestation Server (Host Management > Edit Host) and re-select the MLEs used as appropriate, or delete the host (Most Management > Delete Host) and repeat the registration process, which will automatically select the correct MLEs if available.

Does the Intel® Cloud Integrity Technology Attestation Server require an Internet connection?

The Intel® Cloud Integrity Technology Attestation Server installer needs access to package repositories so that prerequisite packages can be installed. An Internet connection is not required by Intel® Cloud Integrity Technology after installation.

Can ESXi 5.0 hosts be attested by Intel® Cloud Integrity Technology?

Yes. Intel® Cloud Integrity Technology supports the ESXi 5.0 update 1 release. Note that ESXi 5.0 does not support module attestation, so all ESXi 5.0 hosts attest using only PCRs.

Are any additional steps required after re-provisioning TPM to continue Intel® Cloud Integrity Technology attestation?

After re-provisioning TPM on an ESXi host, vCenter loses the TPM information. The host must be disconnected and reconnected to vCenter to restore normal operation.

Does Intel® Cloud Integrity Technology need any firewall exceptions?

Intel® Cloud Integrity Technology requires the ports used by the web server (8181 for GlassFish and 8443 for Tomcat) be open. If your configuration includes a remote database, the database port must be open as well (3306 for MySQL and 5432 for Postgresql, by default). The Trust Agent communicates over port 1443 by default.

Can Intel® Cloud Integrity Technology be upgraded to Intel® Cloud Integrity Technology 2.0 from a previous version, instead of performing a new installation?

No. Due to changes in the database requirements, currently there is no upgrade path from Intel® Cloud Integrity Technology 1.x to Intel® Cloud Integrity Technology 2.0.

Can we have a Whitelist server in production environment?

Intel strongly recommends configuring all Whitelist servers in an isolated, non-production environment, but this is not a requirement. After the Whitelist MLEs are configured, the server(s) used to generate the MLEs can be moved to production.

Does the Intel® Cloud Integrity Technology Attestation Server database use a single-tenant model?

Yes, the Intel® Cloud Integrity Technology database uses a single-tenant model.

What non-Intel® Cloud Integrity Technology services are used in the 2.0 release?

- GlassFish 4 or Tomcat 7.0.34
- MYSQL 6 or Postgresql 9.3
- Monit
- Logrotate

What are the minimum required versions for the database and web server components?

Intel® Cloud Integrity Technology 2.0 requires GlassFish 4 or Tomcat 7.0.34 as well as MySQL 6 or Postgresql 9.3 as minimum versions.

How can I restart the Intel® Cloud Integrity Technology Attestation Server services if the services are not responding?

If Intel® Cloud Integrity Technology Attestation Server is not responding, restart the JVM processes using the following command:

```
$ mtwilson restart
```

Does the Attestation Server feature high availability?

Yes, the Attestation Server supports high availability. If the application server hangs or otherwise fails, it automatically restarts without additional manual input by the monit process monitoring service. This functionality requires the monit option in the *.env* file during installation. Additional functionality is provided by VMware High Availability. The Attestation Server can also be configured in an Active/Passive or Active/Active mode using a shared database. Refer to high availability guidelines in Section 5.0 and the documentation for your specific hypervisor for additional options.

What are the password requirements for Intel® Cloud Integrity Technology?

Intel® Cloud Integrity Technology does not have any internal requirements for password length or complexity. However, the database servers (MySQL and Postgres) do have special character restrictions. The following characters cannot be used in a database password:

/ \ | `

If using Postgres for the Intel® Cloud Integrity Technology database, the following additional characters cannot be used:

& * ()

Can the database password be changed?

The database passwords can be changed at any time. A command-line script is included with the Intel® Cloud Integrity Technology to automate this process, and automatically changes the database password and update the relevant Intel® Cloud Integrity Technology configuration files.

```
$ mtwilson change-db-pass
```

The script prompts for a new password, and automatically updates the database password in the existing configuration files and the database itself. If the properties files have been encrypted (refer to Section 5.0 for details on encrypting the properties files), the *$MTWILSON_PASSWORD* environment variable needs to be set with the encryption password before running the change-db-pass command.

The database password can also be changed manually. Users need to change the password for the database user directly in MySQL or Postgres, update each of the *db.password* parameters in the *.properties* files in */etc/intel/cloudsecurity*, and restart the Intel® Cloud Integrity Technology services. The manual commands for changing passwords in MySQL and Postgresql are:

For MySQL:

```
$  dpkg-reconfigure mysql-server-5.1  # enter desired password
```

For Postgres:

```
$ psql Postgres
>  alter user username with password 'new_password';
>  \q
```

Is TPM portable?

Yes, TPM is currently portable.

Current behavior:

- In ESXi:
  - — TPM portability is possible only if the TPM is manually cleared in the BIOS console. Otherwise, the TXT launch is not successful at boot.
  - — PCR 0 remains the same after TPM replacement. This is due to TPM clear and re-provision.
- In Open Source Linux:
  - — TPM portability is possible across two servers.
  - — PCR 0 changes after TPM replacement. PCR 0 is extended with previous hash value so a new set of PCR 0 is derived.
    - TPM Clear > TPM off > TPM On operation is required from the BIOS console to recover the actual PCR 0 value.

# 6.0 Troubleshooting Guide

The following commands can be used to assit in any troubleshooting.

| Commands | Syntax |
|---|---|
| To check the status of the Intel® Cloud Integrity Technology processes. | `$ mtwilson status` |
| To check the currently running Intel® Cloud Integrity Technology version. | `$ mtwilson version` |
| To uninstall Intel® Cloud Integrity Technology. | `$ mtwilson uninstall` |
| To restart the Intel® Cloud Integrity Technology virtual machine. | `$ reboot` |
| To restart the GlassFish application server. | `$ mtwilson glasshfish-restart` |
| To stop the GlassFish application server. | `$ mtwilson glassfish-stop` |
| To restart the Tomcat application server. | `$ mtwilson tomcat-restart` |
| To stop the Tomcat application server. | `$ mtwilson tomcat-stop` |
| To reconfigure the Intel® Cloud Integrity Technology certificates and credentials (only if previously deleted, does not overwrite existing). | `$ mtwilson setup` |
| To reconfigure only the admin credentials for the portal. | `$ mtwilson-portal setup` |
| To display the keys and certificates. | `$ mtwilson fingerprint` |
| Path for Attestation Server service Log file. | */usr/share/glassfish4/glassfish/domains/ domain1/logs/server.log (Glassfish)*<br>*/usr/share/apache-tomcat-7.0.34/logs/catalina.out (Tomcat)* |
| Path for Attestation Server installer log file (default is configured by *INSTALL_LOG_FILE* in the *mtwilson.env* file). | */tmp/mtwilson-install.log* |

# 7.0 Intel® Cloud Integrity Technology Uninstall Guidelines

This guide explains how to remove all or some Intel® Cloud Integrity Technology components from a server.

Before starting, please note the following important warnings:

A data encryption key and other certificate and user information are located in *.properties* files in the */etc/intel/cloudsecurity* folder. These files as well as the certificates and keystores used by the Intel® Cloud Integrity Technology are removed by the uninstall command. Intel strongly recommends backing up these files (all stored in the */etc/intel/cloudsecurity* folder) before uninstalling (ideally, immediately after installation). If the Attestation Server is uninstalled without backing up the certificates and keys, user and other database information will become unrecoverable.

Users can quickly remove the entire Intel® Cloud Integrity Technology Attestation Server (excluding the database but including configuration files) from systems using the following command:

```
$ mtwilson uninstall
```

This command does not delete the database or the server TLS certificate, but does remove all of the Intel® Cloud Integrity Technology Attestation Server scripts, commands, services, and portals, and the configuration files and certificates stored in the */etc/intel/cloudsecurity* folder.

**Note:** Since the uninstall command removes all Intel® Cloud Integrity Technology Attestation Server scripts and commands, the additional commands that follow no longer work after the uninstall command is used. Run the uninstall command last, after any other desired commands have already been run.

## 7.1 Components That Can Be Removed

Linux Utility and API Client using this command:

```
$ rm -rf /usr/local/share/mtwilson
```

GlassFish using these commands:

```
$ mtwilson glassfish-stop
$ rm -rf /usr/share/glassfish4
```

Java using this command:

```
$ rm -rf /usr/share/jdk1.7.0_51
```

Tomcat using these commands:

```
$ mtwilson glassfish-stop
$ rm -rf /usr/share/apache-tomcat-7.0.34
```

Intel® Cloud Integrity Technology Application Files using these commands:

```
$ rm -rf /opt/intel
$ rm -rf /usr/local/share/mtwilson
$ echo asctl wlmctl msctl pcactl mcctl wpctl tdctl mtwilson | tr ' ' '\n' | xargs -I
file rm -rf /usr/local/bin/file
$ rm -rf /var/opt/intel
```

Intel® Cloud Integrity Technology Configuration Files using this command:

```
$ rm -rf /etc/intel/cloudsecurity
```

**Note:** This command deletes Intel® Cloud Integrity Technology configuration files, including the data encryption key and certificates.

## 8.1 Intel® Cloud Integrity Technology Web Services Configuration Guidelines

Intel® Cloud Integrity Technology web services load their configuration from several sources:

- JVM Arguments — Any setting provided as a JVM argument has a higher priority than the same setting specified anywhere else.
- Service-specific Properties file on the *classpath* — Refer to the following the application table for filenames.
- Service-specific Properties file in the configuration folder — Refer to the application and OS tables that follow for filenames and folder locations.
- Global Properties file in the configuration folder — The filename is *mtwilson.properties*. Refer to the OS table that follows for folder locations.
- Defaults — Each web service provides defaults for most settings.

| Application | Configuration Files |
|---|---|
| Overall Intel® Cloud Integrity Technology Configuration | *mtwilson.properties* |
| Attestation Service | *attestation-service.properties SAML.jks (signing key)* |
| Whitelist Manager Service | *wlm-service.properties* |
| Management Service | *management-service.properties SAML.crt (certificate)* |
| Privacy CA | *privacyca.properties* |
| Management Console | *management-console.properties* |
| Whitelist Portal | *whitelist-portal.properties* |
| Trust Dashboard | *trust-dashboard.properties* |
| Security Framework | *shiro.ini* |

| OS | Property File and Certificate Location |
|---|---|
| Linux | */etc/intel/cloudsecurity* |

## 8.1 Intel® Cloud Integrity Technology Configuration

The following sections detail the various properties set in the *.properties* files used to configure Intel® Cloud Integrity Technology. These values are set during installation.

***Caution:*** Changing these values incorrectly can cause Intel® Cloud Integrity Technology to stop functioning. The *.properties* files can be found in */etc/intel/cloudsecurity*.

The following global properties are used by the web services unless a service-specific set of overriding properties are defined.

### 8.1.1 Database Connection

| | |
|---|---|
| *mtwilson.db.host=127.0.0.1* | #IP or hostname of the database server |
| *mtwilson.db.port=3306* | #Database server port |
| *mtwilson.db.schema=mw_as* | #Database schema name (*mw_as* by default) |
| *mtwilson.db.user=root* | #Database username |
| *mtwilson.db.password=password* | #Database password |
| *mtwilson.db.driver=com.mysql.jdbc.Driver* | #The database connection driver to be used |

### 8.1.2 Asset Tag Configuration

| | |
|---|---|
| *mtwilson.tag.api.username=* | #Credentials for a background user used by the Asset Tag services to call into the Intel® Cloud Integrity Technology. |
| *mtwilson.tag.api.password=* | #Credentials for a background user used by the Asset Tag services to call into the Intel® Cloud Integrity Technology. |
| *tag.provision.xml.encryption.password=* | # Password to decrypt encrypted XML files. |
| *tag.provision.xml.encryption.required=false* | #Determines whether Intel® Cloud Integrity Technology accepts selections unencrypted. Set to false by default, which enables plaintext XML to be used when generating selections or certificates. If set to true, only properly encrypted XML input is allowed. Refer to the Asset Tag Provisioning Guide for instructions on encrypting XML. |
| *mtwilson.atag.html5.dir=* | #This is the path to the asset tag HTML5 information. Valid values include */usr/share/glassfish4/glassfish/domains/domain1/applications/mtwilson-portal/tag/* for GlassFish deployments and */usr/share/apache-tomcat-7.0.34/webapps/mtwilson-portal/tag* for Tomcat deployments. This path can change if the web service has been installed in a directory other than the path used by default in the Intel® Cloud Integrity Technology installer. |
| *tag.validity.seconds=31536000* | #This defines the validity duration for Asset Tag certificates in seconds. The default value is one year. |
| *mtwilson.atag.mtwilson.baseurl=* | #This is the base URL for Asset Tag APIs. This appears in the following format: *https\://<MtWilson IP or Hostname>\:<MtWilson Port>/mtwilson/v1/AttestationService/resources/assetTagCert*. |
| *tag.provision.external=false* | #Use external CA instead of the built-in CA. If set to true, certificates are not automatically signed by the Intel® Cloud Integrity Technology CA, and all certificates need to be signed by the external authority instead. Set to false by default. |
| *tag.provision.autoimport=* | #If set to true (default), all asset tag certificates are automatically imported to be matched to an appropriate host for tag attestation. If set to false, the certificates are not imported automatically. Attestation of asset tag information depends on the certificate being imported, so Intel recommends that this be set to true for the vast majority of deployments. |
| *mtwilson.atag.url=* | #This is the base URL for Asset Tag API resources. The default value is *https\://<MtWilson IP or Hostname>\:<MtWilson Port>/mtwilson/v2*. |
| *mtwilson.locales=en-US* | #Defines the locale for the Intel® Cloud Integrity Technology language settings. |

### 8.1.3 TLS Policy Configuration

| | |
|---|---|
| *mtwilson.tls.policy.allow=* | #Comma-separated list of allowed TLS policy types. Possible values are *certificate,certificate-digest,public-key,public-key-digest,TRUST_FIRST_CERTIFICATE,INSECURE.* |
| *mtwilson.default.tls.policy.id=* | #Sets the default TLS policy. Can be the name or Universally Unique Identifier (UUID) of a specific shared policy. |

### 8.1.4 Security Properties

| | |
|---|---|
| *mtwilson.ssl.required=true* | #This sets Intel® Cloud Integrity Technology to require SSL connections, and is set to true by default. Intel recommends that this setting not be changed. |

### 8.1.5 Auditing Properties

The *audit-handler.properties* file should contain database configuration and audit settings. Following are example contents.

| | |
|---|---|
| *mountwilson.audit.enabled=true* | #Enables or disables auditing. |
| *mountwilson.audit.db.schema=mw_as* | #Database schema name (*mw_as* by default). |
| *mountwilson.audit.db.host=127.0.0.1* | #IP or hostname of the database server. |
| *mountwilson.audit.db.user=root* | #Database username. |
| *mountwilson.audit.db.password=password* | #Database password. |
| *mountwilson.audit.db.port=3306* | Database server port. |

## 8.2 Attestation Service Configuration

### 8.2.1 Database Connection

| | |
|---|---|
| *mountwilson.as.db.host=127.0.0.1* | #IP or hostname of the database server. |
| *mountwilson.as.db.port=3306* | #database server port. |
| *mountwilson.as.db.schema=mw_as* | #Database schema name (mw_as) by default. |
| *mountwilson.as.db.user=root* | #Database username. |
| *mountwilson.as.db.password=password* | #Database password. |
| *mountwilson.as.db.driver=com.mysql.jdbc.Driver* | #The database connection driver to be used. |

### 8.2.2 Trust Agent Quote Verification

These settings are used by the attestation service to verify Attestation Identification Key (AIK) quotes. Do not change these settings:

*com.intel.mountwilson.as.home=/var/opt/intel/aikverifyhome*

*com.intel.mountwilson.as.aikqverify.cmd=aikqverify*

*com.intel.mountwilson.as.openssl.cmd=openssl.sh*

### 8.2.3 SAML Generation

| | |
|---|---|
| *saml.keystore.file=/etc/intel/cloudsecurity/SAML.jks* | #The path to the SAML keystore in *.jks* format. |
| *saml.keystore.password=changeit* | Password to the SAML keystore. |
| *saml.key.alias=samlkey1* | #Alias of the SAML certificate in the SAML keystore. |
| *saml.key.password=changeit* | #Password for the SAML certificate in the SAML keystore. |
| *saml.validity.seconds=3600* | #The length of time, in seconds, that a SAML assertion is considered valid. |

### 8.2.4 Security Properties

Refer to the Security Properties section in Management Service Configuration.

### 8.2.5 Performance

| | |
|---|---|
| *mtwilson.bulktrust.threads.max=32* | #Bulk trust API's can get attestation reports from multiple hosts simultaneously. This setting in the *attestation-service.properties* file controls the maximum number of concurrent threads that the Intel® Cloud Integrity Technology uses. This value is set at 32 threads by default based on Intel's internal performance testing. Raising this value beyond 64 is not recommended. |

### 8.2.6 Miscellaneous

| | |
|---|---|
| *privacyca.server* | #Set the local host's external IP address or hostname. |
| *com.intel.mountwilson.as.trustagent.timeout* | #number of seconds that Attestation Service should wait for a response from a trust agent. |
| *mtwilson.as.dek* | #The base64 encoded form of the data encryption key. This key is used to encrypt credentials stored in the database that are used to access vCenter and Citrix Xen API's. |
| *mtwilson.api.url=* | #The base URL for the v1 APIs: *https\://<MtWilson Server IP or Hostname>\:<MtWilson Port>/mtwilson/v1*. |

## 8.3 Whitelist Manager Server Configuration

### 8.3.1 Database Connection

The Whitelist Manager Service uses the same database connection settings as the Attestation Service.

| | |
|---|---|
| *mountwilson.as.db.host=127.0.0.1* | #IP or hostname of the database server. |
| *mountwilson.as.db.port=3306* | #Database server port. |
| *mountwilson.as.db.schema=mw_as* | #Database schema name (mw_as by default). |
| *mountwilson.as.db.user=root* | #Database username. |
| *mountwilson.as.db.password=password* | #Database password. |
| *mountwilson.as.db.driver=com.mysql.jdbc.Driver* | #The database connection driver to be used. |

Security is defined in *management-service.properties.*

### 8.3.2 Security Properties

Refer to the Security Properties section in Management Service Configuration.

### 8.3.3 Management Service Configuration

| | |
|---|---|
| *mountwilson.ms.db.host=127.0.0.1* | #IP or hostname of the database server. |
| *mountwilson.ms.db.port=3306* | #Database server port. |
| *mountwilson.ms.db.schema=mw_as* | #Database schema name (mw_as by default). |
| *mountwilson.ms.db.user=root* | #Database username. |
| *mountwilson.ms.db.password=password* | #Database password. |
| *mountwilson.ms.db.driver=com.mysql.jdbc.Driver* | #The database connection driver to be used. |
| *mountwilson.ms.db.url=jdbc:mysql://{host}:{port}/{schema}?autoReconnect=true* | #The full database connection URL. |

If the URL is specified, then the host, port, and schema settings are ignored.

**Note:** If accessing the Intel® Cloud Integrity Technology database on an external server is required, the remote database must be configured to accept remote connections. For MySQL, edit the *my.conf* file and comment out the *bind-address* line.

| | |
|---|---|
| */etc/mqsql/my.conf* | # comment out the bind address [Line #52]. |

```
#
# Instead of skip-networking the default is now to listen only on
# localhost which is more compatible and is not less secure.
bind-address            = 127.0.0.1
```

For Postgres, edit the */etc/postgresql/9.3/main/pg_hba.conf* file and add the following line:

```
host        all        all        <IP RANGE>/<SUBNET>        password
```

Using a remote Postgres database also requires modifying the *postgresql.conf* file (in the same folder as *pg_hba.conf*) to include the Intel® Cloud Integrity Technology server in the *listen_addresses* setting, which is commented out by default.

```
# - Connection Settings -

listen addresses = '*'
```

Setting this value to * enables connections from all addresses. This can be restricted to only the Intel® Cloud Integrity Technology server(s), or to a specific IP range that includes the Intel® Cloud Integrity Technology server(s).

### 8.3.4 SAML Certificate

*mountwilson.ms.saml.certificate=/etc/intel/cloudsecurity/saml.crt*

The *saml.crt* file is the SAML certificate corresponding to the SAML private signing key used by Attestation Service. It is created during the setup process and exported from the *SAML.jks* keystore. API clients request a copy of *saml.crt* from the Management Service in order to verify assertions made by Attestation Service.

### 8.3.5 Web Service Connection

The Management Service makes SSL connections to the Attestation Service and the Whitelist Service. The IP address 127.0.0.1 can be used, or can be replaced with the IP address or hostname that appears in the server's SSL certificate. Note that the port number in the base URL changes depending on whether GlassFish or Tomcat are used as the web service.

*mtwilson.api.baseurl=https://127.0.0.1:8181*

### 8.3.6 Automation Configuration

The PCR settings that follow set the default PCRs to be used by a currently unreleased future component of Intel® Cloud Integrity Technology. Do not change these values.

*mtwilson.ms.biosPCRs=0;17*
*mtwilson.ms.vmmPCRs=18;19;20*

The Management Service enables clients to download various certificates that might be in use. The following settings enable users to select which files are provided to clients. These settings directly correspond to the View Certificates tool on the Administration tab of the Intel® Cloud Integrity Technology portal.

*mtwilson.tls.certificate.file=ssl.crt.pem*
*mtwilson.privacyca.certificate.file=PrivacyCA.p12.pem*
*mtwilson.rootca.certificate.file=MtWilsonRootCA.crt.pem*

*mtwilson.saml.certificate.file=saml.crt.pem*

### 8.3.7 Security Configuration

Intel® Cloud Integrity Technology uses the Apache* Shiro access control framework. Background information on Apache Shiro can be found on the project website (*https://shiro.apache.org/web.html*). This section describes how Apache Shiro is used in Intel® Cloud Integrity Technology and how to configure authentication and authorization in Intel® Cloud Integrity Technology.

Authentication and authorization in Intel® Cloud Integrity Technology are configured in the *shiro.ini* file, located in */etc/intel/cloudsecurity*. The default *shiro.ini* configuration that follows defines a series of realms and authentication filters and then applies the filters to various URL patterns. A realm is the source of authentication information, for example, the hashed password table. An authentication filter examines each incoming request and determines if it knows how to parse it to obtain the client's credentials and pass them on to the corresponding realm to obtain the authentication information corresponding to the client's credentials. The credentials (authorization token) are evaluated against the authentication information to determine if the password is correct, or if the request signature can be verified with a known X059 certificate.

Every authentication filter has a chance to look at the request. If no credentials are provided that the filter recognizes, the filter ignores that request and the next filter is checked. However, if credentials are provided that are recognized by the filter but the credentials cannot be validated, the filter rejects the request. This means that when configuring trusted IP addresses for clients to connect without authentication, and if the clients provide incorrect HTTP BASIC or HTTP X509 Authorization credentials, their request is rejected even though it's coming from a trusted IP address.

**Note:** All requests from a hostname or IP address listed in *iniHostRealm.allow* is allowed without any authentication or user role application. This option is commented out by default. Use only with caution.

Following is an example of *shiro.ini* as configured in Intel® Cloud Integrity Technology:

```
# shiro configuration
# Reference: https://shiro.apache.org/authentication.html
[main]
ssl.enabled = true
ssl.port = 8443

jdbcDataSource=com.intel.mtwilson.shiro.jdbi.JdbcDataSource

jdbcPasswordRealm=com.intel.mtwilson.shiro.jdbi.JdbcPasswordRealm
passwordMatcher=com.intel.mtwilson.shiro.authc.password.PasswordCredentialsMatcher
jdbcPasswordRealm.credentialsMatcher=$passwordMatcher

jdbcCertificateRealm=com.intel.mtwilson.shiro.jdbi.JdbcCertificateRealm
certificateMatcher=com.intel.mtwilson.shiro.authc.x509.X509CredentialsMatcher
jdbcCertificateRealm.credentialsMatcher=$certificateMatcher

iniHostRealm=com.intel.mtwilson.shiro.authc.host.IniHostRealm
#iniHostRealm.allow=127.0.0.1
hostMatcher=com.intel.mtwilson.shiro.authc.host.HostCredentialsMatcher
iniHostRealm.credentialsMatcher=$hostMatcher

authcStrategy = com.intel.mtwilson.shiro.LoggingAtLeastOneSuccessfulStrategy

securityManager.realms = $iniHostRealm, $jdbcCertificateRealm, $jdbcPasswordRealm
securityManager.authenticator.authenticationStrategy = $authcStrategy

authcPassword=com.intel.mtwilson.shiro.authc.password.HttpBasicAuthenticationFilter
authcPassword.applicationName=Mt Wilson
authcPassword.authcScheme=Basic
authcPassword.authzScheme=Basic
```

```
authcX509=com.intel.mtwilson.shiro.authc.x509.X509AuthenticationFilter
authcX509.applicationName=Mt Wilson

# this host filter is an including filter - if any host matches this list it
# will be granted access, but if it doesn't match this list it will be ignored
# and have an opportunity to authenticate with x509 or password
hostAllow=com.intel.mtwilson.shiro.authc.host.HostAuthenticationFilter

[urls]
# the first match wins so order is important
# /path/*  will match /path/a and /path/b but not /path/c/d
# /path/**  will match /path/a and /path/b and also /path/c/d
# /v2/login is a real resource in mtwilson-shiro-ws-v2 but /v2/logout is a
# virtual resource handled by shiro's logout filter
/v2/login = anon
/v2/logout = logout
/v1/ManagementService/resources/ca/** = ssl
/v1/ManagementService/resources/apiclient/register = ssl
/v1/ManagementService/resources/i18n/locales = ssl
/v2/version = ssl
/v2/rpc/register-user-with-certificate = ssl
/v2/ca-certificates/root = ssl
/v2/ca-certificates/saml = ssl
/v2/ca-certificates/privacy = ssl
/v1/** = ssl, hostAllow, authcX509, authcPassword, perms
/v2/** = ssl, hostAllow, authcX509, authcPassword, perms
/static/** = anon
```

# 9.0 PCR Definitions

| PCR | Measurement Parameters | Description |
|---|---|---|
| PCR 0 | BIOS ROM and Flash Image | This PCR is based solely on the BIOS version, and remains identical across all hosts using the same BIOS. This PCR is also used as the BIOS MLE (PCRs 1-5 can also be used in a BIOS MLE, but Intel does not recommend). |
| PCR 17 | ACM | This PCR measures the SINIT ACM and is platform-specific. This PCR is part of the BIOS MLE. |
| PCR 18 | MLE [Tboot +VMM] | This PCR measures the tboot and hypervisor version. In ESXi hosts, only the tboot version is measured. |
| PCR 19 | OS Specific<br>ESX and trust agent – non Kernel modules<br>Citrix Xen - OS + Init RD+UUID | For ESXi and trust agent hosts, this PCR contains individual measurements of all of the non-Kernel modules.<br>For Citrix Xen hosts, this PCR is a measurement of the OS, InitRD, and UUID. |
| PCR 20 | For ESXi only<br>VM Kernel and VMK Boot | This PCR is used only by ESXi hosts and is blank for all other host types. |
| PCR 22 | Asset Tag | This PCR contains the measurement of the SHA1 of the Asset Tag Certificate provisioned to the TPM, if any. |

# 10.0 Tested Platforms

| OEM | Model |
|---|---|
| DELL* | R720 |
| | R710 |
| CISCO* UCS | B200M3[1] |
| | C220M3 |
| | C240 M3 |
| | 5108[1] |
| HP* | BL460C G8[1] |
| | DL380 G7 |
| Intel EPSD | S2600GZ |
| | S5520UR |
| IBM* | X3650M4 |
| Super Micro* | X9DRD-iF |

1. Blade server.

## 11.1 Whitelisting Guidelines

Whitelisting consists of extracting known-good MLE values to use for later attestation. While a known-good host is used to provide these values, the MLEs are stored in the Attestation Server database and are only changed when deleted or overwritten by user action. If the known good host changes for any reason, the MLEs already captured are not updated unless a user with the appropriate roles repeats the Whitelisting procedure and overwrites the MLEs with new, updated values. Registration of the known good host for attestation is optional.

MLEs are divided into two types: BIOS and VMM. To register a given host, MLEs appropriate for that host's BIOS and OS/hypervisor configuration must already exist in the Intel® Cloud Integrity Technology database.

For BIOS MLEs:

- Select the **OEM** option to provide a Whitelist for each OEM type and BIOS version. All hosts of a given OEM type and BIOS version are verified with this Whitelist.
- Select the **HOST** option to provide a Whitelist by specific host and BIOS version. For HP servers, by design, PCR0 changes for every host.

For VMM/OS MLEs:

- Select the **OEM** option to provide a Whitelist for each OEM type and VMM/OS version. All the hosts of a given OEM type platform and VMM/OS version are verified with this Whitelist.
- Select the **HOST** option to provide a Whitelist by host and VMM/OS version. This Whitelist is used to verify the only the specified host.
- Select the **GLOBAL** option to provide the Whitelist for each VMM/OS version and build number. All servers/hosts across all OEM types using the same platform run this specified VMM/OS version and the build is verified with this Whitelist.

**Note:** OEM and global VMM MLEs are specific to server platforms. If your datacenter consists of a single OS/hypervisor version but has dual-platform based servers, a separate VMM MLE is required for each of the two platforms even though the OS/hypervisor configuration is otherwise uniform.

# 12.0 MLE Administration

Intel® Cloud Integrity Technology automatically generates MLE names based on their classification as VMM or BIOS MLEs, the specific type of MLE (global, OEM, or host), and details captured from the host during the import. These values include the server platform, the name and version numbers of the OEM, OS, BIOS, and hypervisor as appropriate. For example, IBM_Thurley_VMware_ESXi_5.1.0-799733 would be an OEM-level VMM MLE imported from an IBM Thurley server running ESXi version 5.1.0 build 799733. This VMM MLE can be used to attest the OS/hypervisor component of any IBM Thurley-based server running ESXi 5.1.0 build 799733, but cannot be used to attest an HP or Dell host, or any host running a different version of ESXi or a different hypervisor.

Typically, only a single MLE is needed for a given platform and hypervisor or BIOS version. However, there are some use cases where different modules are present in a VMM MLE even though the version remains the same. For example, using the Cisco Nexus 1000 virtual switch adds several module entries for a VMware ESXi host, and yet the version and build number for ESXi does not change. If only some hosts in your datacenter is using the Cisco Nexus 1000, you would need two separate VMM MLEs to attest those hosts with and without the additional modules. Otherwise, one set of hosts attests as untrusted depending on whether the host used to import the MLE was configured to use the virtual switch. Hosts attest as untrusted if they contain one or more modules that do not exist in the Whitelist MLE, if they don't contain one or more modules that do exist in the Whitelist MLE, or if any hash values for PCRs or modules for the host do not match those values in the MLE.

> **Important note for ESXi hosts and VMware High Availability:**
> When High Availability is enabled for a cluster of ESXi hosts, vCenter pushes an agent to each host in the cluster. This agent will be included in the modules attested by the Attestation Server, but will not be measured until the next reboot of each affected host. Intel recommends rebooting each host in such a cluster after High Availability is enabled so that the VMM measurements will be uniform.

When importing a new MLE when an existing MLE of the same version information already exists in the database, Intel® Cloud Integrity Technology automatically checks to see whether any PCRs or modules have changed. If they have, the default behavior is to add a new MLE without overwriting the original, with a numerical tag at the end of the name (001, 002, etc). This can be overridden in the UI by selecting the **Overwrite** option on the Import Whitelist MLE page. This causes the Intel® Cloud Integrity Technology to overwrite the existing MLE regardless of whether or not any PCRs or modules have changed. Only the MLE of the selected type (VMM or BIOS, global, OEM, or host) and identical versions are overwritten.

In the case of an environment upgrade (like upgrading from one ESXi version to another), it is important to import the new Whitelist MLE value first, before upgrading the remainder of the environment. After importing the new, updated MLEs, perform the production upgrade and then re-register the hosts. By re-registering the hosts, they are automatically assigned to the correct, updated MLEs.

# 13.0 TLS Policy Overview

Intel® Cloud Integrity Technology validates the authenticity of connections through the use of various TLS verification policies.

## 13.1 TLS Policy Types

Intel® Cloud Integrity Technology 2.0 uses six types of TLS policies:

| Policy Type | Behavior | Shared | Per-Host |
|---|---|---|---|
| Certificate | The certificate policy requires one or more trusted certificates or CA certificates and only connects to a peer whose certificate either is a trusted certificate or is signed by a CA which is trusted. This policy type also performs hostname verification.<br>**Note:** The remote server's hostname must be resolvable from the Intel® Cloud Integrity Technology server). | YES | YES |
| Certificate Fingerprint | This policy stores the SHA1 hash of the certificate for validation rather than the entire certificate itself. | YES | YES |
| Public Key | The public key policy requires one public key parameter and only connects to a peer using that key. This is similar to SSH public key authentication of clients and hosts. hostname verification is NOT performed when using public key TLS policies. | YES | YES |
| Public Key Fingerprint | This policy stores the SHA1 hash of the public key for validation rather than the public key itself. | YES | YES |
| TRUST_FIRST_CERTIFICATE | This policy stores the first certificate encountered when connecting to a host, and uses that certificate for all future TLS validation with that host. This was the default TLS policy used in Intel® Cloud Integrity Technology 1.x, and is disabled by default. | YES | NO |
| INSECURE | This policy disables all TLS validation. All connections are accepted regardless of TLS certificates. This is disabled by default. | YES | NO |

## 13.2 Policy Scope

TLS policies can be per-host or shared across multiple hosts.

**Per-Host** — A per-host TLS policy is an individual, per-host TLS policy. When the host is deleted, its per-host TLS policy is automatically deleted too. Policies using the per-host scope can be created on the individual host registration and Whitelisting UI pages, and edited on the Edit Host page for the appropriate host.

**Shared** — A shared TLS policy might be referenced by multiple host records. When a host is deleted that referenced a shared TLS policy, the shared policy continues to exist regardless if there are any remaining hosts that are referencing it. Shared policies must be explicitly deleted by the user. Shared policies of all types can be created and edited under the Administration tab.

Intel® Cloud Integrity Technology requires a TLS policy to be defined for any remote host to which it connects. If no TLS policy is defined, or if the TLS information does not match the TLS policy, the connection fails.

## 13.3 Default Policy Selection

Any shared-scope policy can be defined as the default TLS policy for a given Intel® Cloud Integrity Technology environment. For example, if all TLS certificates for all hosts in the attestation environment have been signed by the same CA certificate, that CA certificate can be used to create a shared-scope certificate policy, and this same policy could be used to validate all TLS connections with all attested hosts. By configuring this policy as the default TLS policy, Intel® Cloud Integrity Technology uses this specific policy for all hosts unless another policy is specified. In the Intel® Cloud Integrity Technology UI, this mostly means that the default policy is automatically selected from the drop-down box when registering hosts. From an API perspective, it means that, when calling a registration API, if no TLS policy is specifically defined in the call, the default TLS policy is used. Using a shared default policy that is valid across all hosts in the attestation environment can greatly simplify TLS policy and host management.

**Note:** During installation, the only two shared-scope policies that might be available are TRUST_FIRST_CERTIFICATE and INSECURE, and these only if they've actually been enabled. All other policies must be user-created after installation.

To define a default TLS policy, edit the *mtwilson.properties* file and set the value of *mtwilson.default.tls.policy.id* to either the UUID or the name of the shared-scope TLS policy to be set as the default. Restart Intel® Cloud Integrity Technology for the change to take effect.

## 13.4 Intel® Cloud Integrity Technology 1.x Behavior

In Intel® Cloud Integrity Technology 1.x, only two policies were available to validate the TLS certificates of remote hosts: TRUST_FIRST_CERTIFICATE, which was the default, and INSECURE.

TRUST_FIRST_CERTIFICATE recorded the first TLS certificate encountered when connecting to a host, and used that certificate to validate future connections.

INSECURE turned off all TLS certificate validation entirely (all connections were trusted regardless of TLS certificates).

To configure Intel® Cloud Integrity Technology 2.x to use the same TLS policy behavior as was used in Intel® Cloud Integrity Technology 1.x, configure the *mtwilson.properties* file with the following settings:

```
mtwilson.tls.policy.allow=TRUST_FIRST_CERTIFICATE
mtwilson.default.tls.policy.id=TRUST_FIRST_CERTIFICATE
```

This can be done automatically during installation by setting the following variables in *mtwilson.env*:

```
export MTW_TLS_POLICY_ALLOW= TRUST_FIRST_CERTIFICATE
export MTW_DEFAULT_TLS_POLICY_ID=TRUST_FIRST_CERTIFICATE
```

# 14.0 Database Configuration for Remote Database Servers

By default, Intel® Cloud Integrity Technology deploys its own database on a local machine, it is also possible to use a remote database server. If using an external server is required, the remote database must be configured to accept remote connections. For MySQL, edit the *my.conf* file and comment out the `bind-address` line.

*/etc/mqsql/my.conf* #Comment out the bind address [Line #52]

```
49 #
50 # Instead of skip-networking the default is now to listen only on
51 # localhost which is more compatible and is not less secure.
52 bind-address            = 127.0.0.1
```

For Postgres, edit the */etc/postgresql/9.3/main/pg_hba.conf* file and add the following line:

```
host     all     all     <IP RANGE>/<SUBNET>     password
```

Using a remote Postgres database also requires modifying the *postgresql.conf* file (in the same folder as *pg_hba.conf*) to include the Intel® Cloud Integrity Technology server in the **listen_addresses** setting, which is commented out by default.

Setting this value to * enables connections from all addresses. This can be restricted to only the Intel® Cloud Integrity Technology server(s), or to a specific IP range that includes the Intel® Cloud Integrity Technology server(s).

Prior to running the Intel® Cloud Integrity Technology installation, the Intel® Cloud Integrity Technology user (root by default) and the database schema (*mw_as* by default) must be created on the remote database server, and full rights over the database must be given to the user. These steps are not required if the database resides on the same system as the Intel® Cloud Integrity Technology services.

# 15.0 SSL Changes from Intel® Cloud Integrity Technology 1.x to Intel® Cloud Integrity Technology 2.x

Intel® Cloud Integrity Technology 1.x releases use a default policy of TRUST_FIRST_CERTIFICATE that assumes that hosts are in a secure network when being registered with Intel® Cloud Integrity Technology. If there is an attacker on the network during registration it is possible to mount a man-in-the-middle attack by exploiting this policy. It is possible to change the default policy but other policies have limited support in Intel® Cloud Integrity Technology 1.x.

Intel® Cloud Integrity Technology 2.x releases improve on this by enabling the client to specify the TLS policy for each host registration as either insecure, a known public key, or a trusted certificate with hostname verification (with public key or certificates provided during registration). However, this change is only available in the v2 APIs because it would break compatibility with 1.x clients if it were made in the v1 APIs.

Therefore, it is important to note that hosts registered using the v1 APIs of Intel® Cloud Integrity Technology 2.x releases continue to use the server-configured default policy. When additional security is required, hosts should be registered using the v2 APIs that enable the TLS policy to be specified by the client.

Refer to the section on TLS Policy Management for additional details.

# 16.0 High Availability Guidelines

In order to maximize service availability in an environment where hypervisor-level high availability or fault tolerance solutions are impractical or unavailable, Intel recommends using a redundancy model featuring two (or more) Intel® Cloud Integrity Technology appliances running on separate hosts accessing the same external MySQL database. Note that the MySQL server should be configured for redundancy as well; however, MySQL configuration is beyond the scope of this document, with traffic directed by a reverse-proxy server run by the open source application Enterprise Application Developer Network (NginX). In this configuration, if one of the Intel® Cloud Integrity Technology servers becomes unavailable for any reason, the reverse-proxy automatically fails over to another remaining Intel® Cloud Integrity Technology server. Since both Intel® Cloud Integrity Technology appliances are accessing a shared database, there is no loss of data in the case of a failover, and there is no manual intervention required after the failed server is brought back online. NginX automatically resumes using the previously-failed server.




## 16.1 Prerequisites

- Separate database server (MySQl or Postgresql are supported)
- An additional server running Ubuntu Linux to run the NginX reverse-proxy service

## 16.2 Deployment Instructions

- Deploy two separate Intel® Cloud Integrity Technology appliances on separate host servers. Use 127.0.0.1 for the Intel® Cloud Integrity Technology server IP when setting up all Intel® Cloud Integrity Technology servers.
- In the beginning when prompted for the IP address, port, and logon credentials for the database server (the default is the local machine, 127.0.0.1), input the address or DNS name of the external database server as well as the port and logon credentials and the database name. Remember, the database schema and a valid user with rights over this database must be created on the database server prior to running the Intel® Cloud Integrity Technology installation, and must be configured to enable connections from the Intel® Cloud Integrity Technology servers. Refer to Section 5.0 for instructions). The Intel® Cloud Integrity Technology installer automatically creates the Intel® Cloud Integrity Technology database tables on the remote server.
- Copy the SSL certificate from one Intel® Cloud Integrity Technology server to the other(s)

*/usr/share/glassfish4/glassfish/domains/domain1/config/keystore.jks*

or

*/usr/share/apache-tomcat-7.0.34/ssl/.keystore*

- Copy the contents of the */etc/intel/cloudsecurity/* folder from the same Intel® Cloud Integrity Technology server to the other(s)
- After deploying Intel® Cloud Integrity Technology on each server, verify that the portals for each are functioning
- On the reverse-proxy Ubuntu server, run the following command:

```
$ apt-get install nginx
```

Create or modify the *default.conf* configuration file:

```
$ nano /etc/nginx/conf.d/default.conf
```

Edit the file as follows:

```
upstream mtwilson  {
      server <Mt Wilson Server 1 IP>:<port>max_fails=1 fail_timeout=30s;
      server <Mt Wilson Server 2 IP>:<port>backup;
}


server {
    listen        <IP address of NginX Server>:<port>;
    server_name   <DNS Name of NginX Server>;

    access_log  /var/log/nginx/mtwilsonHA.log;
    error_log  /var/log/nginx/mtwilsonHA.error.log;

    ## send request back to mtwilson ##
    location / {
     proxy_pass  http://mtwilson/;
     proxy_next_upstream error timeout invalid_header http_500 http_502 http_503
http_504;

   }
}
```

- The upstream section allows for the declaration of the Intel® Cloud Integrity Technology servers to be used with the reverse proxy, as well as configuration of when each of the servers are used. In this configuration, one server is set to be the primary, and a second server is set to be the backup. Note that all traffic goes to the primary server, and the server labeled backup is only used if the other server has been flagged as failed.
- A failure is triggered when an HTTP request times out. In this case, the m*ax_fails=1* variable sets a single timeout to trigger a failure. This can be set higher, but doing so increases the amount of time before a failure is detected and remediated. The *fail_timeout=30s* variable tells NginX to leave a server flagged as failed for 30 seconds before trying again. Increasing this value can improve performance slightly when a failover has occurred (as every new request more than 30 seconds since the last failed flag will re-attempt the primary server and thus have to wait for a timeout), but also delasy the automatic failback to the primary server once it is recovered.
- As an alternative to the active/passive configuration, the line *ip_hash* can be added to the beginning of the upstream section. Note that if *ip_hash* is used, remove the max_fails, fail_timeout, and backup arguments. This causes NginX to direct incoming traffic to a Intel® Cloud Integrity Technology server in the upstream list based on a hash of the requesting machine's IP address. In this way, NginX can perform load balancing. Requests are divided evenly across all servers in the list, or the weight argument can be added to determine load ratios.

- The *listen* and *server_name* variables tells NginX which specific IP and port to listen on and forward. Requests sent to other ports are not forwarded and receives a default NginX page. This can be configured to be a different page if desired. Refer to the documentation for NginX at <need URL> for more information.
- The *proxy_pass* setting tells NginX to forward all requests matching the syntax *http://<listening IP/name and port>/** to the Intel® Cloud Integrity Technology setting declared in the upstream section.
- Restart the NginX service

```
$ service nginx restart
```

At this point, it should be possible to point a browser to the Intel® Cloud Integrity Technology portal URLs, but substituting the Intel® Cloud Integrity Technology server IP/DNS name with the NginX server's IP/DNS name. NginX automatically forwards the URLs to the appropriate Intel® Cloud Integrity Technology server, and Intel® Cloud Integrity Technology can be used normally.

## 16.3 Failover

If a failover to the backup server should occur, there is a brief (~5-10 second) waiting period as NginX waits for the timeout and flags the primary as failed. If a user is in the middle of accessing the web portals during this time, they are redirected to the login screen and receive an error that says their session has timed out. Once they log in again, Intel® Cloud Integrity Technology begins functioning normally again.

# 17.0 Password and Encryption

## 17.1 Encrypting Configuration Files

This optional step enables the various configuration files used by the Intel® Cloud Integrity Technology to be encrypted. Visibility of these files is restricted to the root user by default, so this step is an additional, optional layer of security.

1. Set the configuration file password (*MTWILSON_PASSWORD*).

```
$ export MTWILSON_PASSWORD="password"
```

2. Ensure that all changes to be made to the *.properties* files in */etc/intel/cloudsecurity* have already been made before proceeding.

3. Encrypt the files (each *.properties* file must be encrypted and decrypted individually).

```
$ mtwilson setup ImportConfig /etc/intel/cloudsecurity/attestation-service.properties
```

To edit the *.properties* files again later, decrypt them using the following command:

```
$ mtwilson setup ExportConfig /etc/intel/cloudsecurity/attestation-service.properties
```

The files can now be edited normally, and steps 1-3 can be repeated to re-encrypt the files.

The ImportConfig and ExportConfig commands have the following additional options:

- To see/export the contents of the encrypted configuration file without replacing it, use the *--stdout* option: *mtwilson* setup ExportConfig *mtwilson.properties --stdout*
- To export the contents of the encrypted configuration file to another file, use the *--out option*: *mtwilson* setup ExportConfig *mtwilson.properties --out=outputfilename.properties.*
- To import/encrypt a configuration file from another source like a pipe, use the *--stdin* option: *cat editable.proeprties | mtwilson setup ImportConfig mtwilson.properties --stdin.*
- To import/encrypt a configuration file from another file, use the *--in* option: *mtwilson setup ImportConfig mtwilson.properties --in=inputfilename.properties.*
- If the Intel® Cloud Integrity Technology configuration password is in an environment variable other than *MTWILSON_PASSWORD*, users can specify the name of that variable with the *--env-password* option like this: *--env-password=MY_OTHER_VARIABLE* and this can be done for both import and export. Note that the value you supply here is the name of the variable, not the password itself. For example:

```
$ export OTHER_PASSWORD=changeit
$ mtwilson setup ImportConfig /etc/intel/cloudsecurity/mtwilson.properties --env-
password=OTHER_PASSWORD
$ mtwilson setup ExportConfig /etc/intel/cloudsecurity/mtwilson.properties --env-
password=OTHER_PASSWORD
```

If users don't provide the *--env-password* parameter, the default environment variable *MTWILSON_PASSWORD* is used. If users specify a variable but it is empty, or if users don't specify *--env-password* and *MTWILSON_PASSWORD* is not set, users are prompted for the password. This means that the value of *MTWILSON_PASSWORD* or its substitute MUST be set before the JVM loads, including at system startup. If this environment variable is not set at system boot before the JVM is started, the Intel® Cloud Integrity Technology services do not start unless manually restarted using the `mtwilson glassfish-restart` or `mtwilson tomcat-restart` commands, and the user on the Intel® Cloud Integrity Technology console then is prompted for the password as follows:

```
$ mtwilson setup ImportConfig /etc/intel/cloudsecurity/mtwilson.properties
Cannot get password from environment variable 'OTHER_PASSWORD' specified by option
'env-password'
You must protect the Mt Wilson Encrypted Configuration File with a password.
```

```
Password:
Password (again):

$ mtwilson setup ExportConfig mtwilson.properties
Cannot get password from environment variable 'OTHER_PASSWORD' specified by option
'env-password'
A password is required to unlock the Mt Wilson Encrypted Configuration File.
Password
```

Or, when the default *MTWILSON_PASSWORD* is empty, users see:

```
$mtwilson setup ImportConfig /etc/intel/cloudsecurity/mtwilson.properties
You must protect the Mt Wilson Encrypted Configuration File with a password.
Password:
Password (again):

$mtwilson setup ExportConfig mtwilson.properties
A password is required to unlock the Mt Wilson Encrypted Configuration File.
Password:
```

## 17.2 Changing the Database Password

Intel® Cloud Integrity Technology includes a command-line utility to automatically change the database password and update all related Intel® Cloud Integrity Technology properties files. The command is:

```
$ mtwilson change-db-pass
```

This utility prompts for the new password, and automatically updates the database password in MySQL or Postgresql as well as all of the Intel® Cloud Integrity Technology *.properties* files. If the *.properties* files have been encrypted, the command automatically handles decryption and re-encryption as long as the appropriate encryption password variable (`$MTWILSON_PASSWORD`) has been set. Refer to Section 17.0 about encryption for details. The encryption password is only required if encryption is being used.

# 19.0 References

The following documents detail procedures relevant to the Intel® Cloud Integrity Technology but not covered in this product guide. Each of these documents can be found in the documentation folder on the FTP site.

CSS110_TXTActivation_OneStopGuide.pdf — This document covers the procedure for activation and management of Intel® TXT and TPM in the server BIOS across multiple OEMs.

TCP1.0_HW_SW_Requirements — This document specifies the hardware and software requirements for the Intel® Cloud Integrity Technology.

TXT_Linux_ProvisioningGuides — This subfolder contains guides for provisioning various Linux distributions for use with Intel® Cloud Integrity Technology. The steps specified in these guides are a prerequisite for installing the trust agent.

# LEGAL

No license (express or implied, by estoppel or otherwise) to any intellectual property rights is granted by this document.

Intel disclaims all express and implied warranties, including without limitation, the implied warranties of merchantability, fitness for a particular purpose, and non-infringement, as well as any warranty arising from course of performance, course of dealing, or usage in trade.

This document contains information on products, services and/or processes in development. All information provided here is subject to change without notice. Contact your Intel representative to obtain the latest forecast, schedule, specifications and roadmaps.

The products and services described may contain defects or errors which may cause deviations from published specifications.

Copies of documents which have an order number and are referenced in this document may be obtained by calling 1-800-548-4725 or by visiting www.intel.com/design/literature.htm.

Intel and the Intel logo are trademarks of Intel Corporation in the U.S. and/or other countries.

* Other names and brands may be claimed as the property of others.

© 2015 Intel Corporation.

# Trusted Compute Pools with Intel® Trusted Execution Technology (Intel® TXT)

HOST SENSITIVE WORKLOADS ON TRUSTED SERVERS IN MULTI-TENANT ENVIRONMENTS

**IT PRO SURVEY OF KEY CONCERNS:**

| 61% | 55% | 57% |
|---|---|---|
| Lack of visibility[1] | Lack of control over data[1] | Compliance concerns[1] |

## Intel® TXT with Trusted Boot (Tboot)

Intel® TXT with Trusted Boot brings servers up into a trusted launch configuration

- Measured launch environment (MLE) is stored in a Trusted Platform Module (TPM) during server setup
- The trusted boot process compares the actual launch measurement with the stored whitelist




## Trusted Compute Pools




Place workloads & VMs in trusted pools of virtualized servers

- Solution stack requirements
  - Policy Engine / Console to Manage, CPU that initiates a trusted boot, TCG Compliant Trusted Platform Module (TPM)
- Core technologies
  - Intel® Xeon® processor, Intel TXT, Intel® Virtualization Technology FlexMigration

[1]**Source**: McCann: "What's holding the cloud back?" - Cloud security global IT survey, sponsored by Intel, May 2012

## OpenStack* with Trusted Compute Pools




- Open Attestation (OAT) software verifies server trust status and builds a trusted compute pool for the scheduler
- The OpenStack* scheduler places workloads and VMs into the trusted servers

## Trusted Compute Pools with Geo-Tagging Targeting a Future Release of OpenStack

Use asset location descriptor information to control virtual workload placement

OpenStack enhancements:

- Dashboard – display VM/storage geo
- Flavor – VM Instance and Storage geo
- Aggregate filter
- Enhance attestation service
- Contact attestation server for geo-attestation
- Provision with geo certificate for trusted machines




Links for more information:

Intel TXT: http://www.intel.com/txt
OpenStack Project: http://www.openstack.org
OpenAttestation Project: https://01.org/openattestation
White Papers and Guides: http://www.intel.com/cloud

Intel, Xeon, and the Intel logo are trademarks of Intel Corporation in the United States and other countries.
Intel® Trusted Execution Technology (Intel® TXT): No computer system can provide absolute security under all conditions. Intel® TXT requires a computer with Intel® Virtualization Technology, an Intel TXT enabled processor, chipset, BIOS, Authenticated Code Modules and an Intel TXT compatible measured launched environment (MLE). Intel TXT also requires the system to contain a TPM v1.s. For more information, visit http://www.intel.com/technology/security.
Trusted Platform Module (TPM): The original equipment manufacturer must provide TPM functionality, which requires a TPM-supported BIOS. TPM functionality must be initialized and may not be available in all countries.
Intel® Virtualization Technology (Intel® VT) requires a computer system with an enabled Intel® processor, BIOS, and virtual machine monitor (VMM). Functionality, performance or other benefits will vary depending on hardware and software configurations. Software applications may not be compatible with all operating systems. Consult your PC manufacturer. For more information, visit http://www.intel.com/go/virtualization.
*Other names and brands may be claimed as the property of others.
Copyright ©2014 Intel Corporation.

OpenStack*
Intel® Xeon® processors
Intel® Trusted Execution Technology
Intel® Advanced Encryption Standard New Instructions

# MECHANISMS TO PROTECT DATA IN THE OPEN CLOUD

## INTEL® TECHNOLOGIES, ENABLED BY THE OPEN-SOURCE CLOUD SOFTWARE ECOSYSTEM, HELP PROTECT DATA IN THE OPEN CLOUD.

As organizations of all sizes and types consider the adoption of public and private cloud computing, they need to be confident that their security concerns can be addressed. Cloud computing environments inherently introduce a high degree of resource sharing among disparate workloads, and in the case of public clouds, that sharing includes unknown outside parties. Therefore, it is vital that the technologies that underlie cloud computing can ensure a known, trusted compute environment and enable data encryption while still meeting performance requirements and automation needs.

Intel® Xeon® processor-based servers support these business needs in open-source cloud-management systems such as OpenStack* with mechanisms based on Intel® Advanced Encryption Standard New Instructions (Intel® AES-NI) and Intel® Trusted Execution Technology (Intel® TXT). Ongoing work throughout the open-source community and the ecosystem built on top of it gives enterprises and cloud providers the means to take advantage of these capabilities in real-world implementations.


### EXECUTIVE SUMMARY

Enabled by open-source software components, the hardware features of Intel® architecture help address security concerns typically associated with adoption of public and private cloud computing. As a result, adopters can rely on a known, trusted compute environment and enable data encryption while still meeting performance requirements and automation needs. Open-source cloud-management systems such as OpenStack* support these capabilities in servers based on Intel® Xeon® processors by means of Intel® Advanced Encryption Standard New Instructions (Intel® AES-NI) and Intel® Trusted Execution Technology (Intel® TXT).

## Overview

Initial cloud adoption was marked largely by pay-per-use scenarios on Amazon Web Services (AWS) and other public clouds. This model enabled low-cost proofs of concept that drove acceptance and confidence across the industry. Ongoing growth of public cloud usages is widely expected, but in addition to AWS and similar solutions, much of that growth will be based on open-source solutions; Forrester has predicted that OpenStack will be the basis for cloud providers building strong competitive positions during 2013.[1] Those developments should enable providers to cost-effectively build enterprise-ready infrastructure as a service (IaaS) and platform as a service (PaaS) offerings that will enhance the degree of choice in the marketplace.

Moreover, increasing numbers of enterprise IT departments are expected to build private clouds. Zenoss Inc. reported in October 2012 that 56.9 percent of respondents to a survey were considering deployment of an open-source cloud.[2] Both service providers and enterprise IT are drawn to open-source cloud platforms because of cost and other licensing advantages, the vendor flexibility associated with open architectures, and the support of a vibrant community building on open-source platforms. Of the IT organizations considering open-source clouds, Zenoss finds that OpenStack is the dominant prospective platform of choice.

Intel is a key member of the OpenStack Foundation, and it contributes substantial code and expertise through the OpenStack community. Intel's contributions have played a significant role in advancing the overall efficiency and security of the OpenStack platform. OpenStack environments also benefit from the wider spectrum of Intel contributions to vital open-source projects such as Linux*, KVM*, Xen*, oVirt, and OpenAttestation.

In addition to being a leading contributor to the OpenStack project, Intel uses OpenStack in its data center environment. Intel IT recently augmented its private cloud with a hybrid solution that uses OpenStack in combination with internally developed code and other enterprise software as a foundation to transform data center solutions into quickly obtainable, consumable services.

As part of that effort, Intel IT developed and documented best practices for public use and contributed to the creation of a number of Intel® reference architectures. These efforts helped further refine the cloud environment's capabilities and provided the basis for streamlined implementations to meet the challenges encountered by cloud adopters throughout the industry. To learn more about Intel IT work to improve the speed and availability of cloud services, see the white paper, "**Accelerating Deployment of Cloud Services Using Open Source Software.**"[3]

## Addressing Concerns about Data Security in the Cloud

Since the advent of cloud computing, the need for data protection—particularly in shared, multi-tenant environments—has been a primary consideration among customers. In an environment of shared compute, storage, and network resources, technologies are needed to effectively isolate and protect workloads and data. Opening remarks for the Cloud Leadership Forum, produced in 2012 by IDC and IDG Enterprise, revealed that 70 percent of survey respondents identified concerns about security as one of their top three challenges or obstacles to implementing cloud computing solutions.[4] That factor was dramatically more pressing to respondents than any other, with the next most prevalent concern gathering just 40 percent of respondents' votes.

### Broad-based Security Considerations in the Cloud

By their very nature, cloud environments present security challenges that include those of the physical layer, the virtualization layer, and the cloud layer. These challenges include the following:

- **Aggregated risk.** Because many virtual machines (VMs) execute on a server at various times, each physical host is exposed to risks from all of the applications and services associated with those VMs.
- **Multi-tenancy.** Shared physical resources such as processor caches, disk partitions, and memory are potentially vulnerable from compromise of the hypervisor by other VMs.
- **Data location.** Safeguarding data and attesting to its location can be a significant concern, such as in cases where certain data has regulatory geography-specific storage or use requirements.
- **Resources outside IT control.** Boundaries between the data center and cloud providers are blurred in public clouds, creating a dependence on third parties for data protection and control.
- **Novel attacks.** Rootkits and other stealthy malware exist and can be difficult to detect with traditional tools, and hidden infections to hypervisors, BIOS, VMs, and OSs can spread throughout a cloud environment.
- **Mobile access.** Bring-your-own-device (BYOD) models are driving the need for containerization of applications through hardware and OS functions.
- **Increased compliance requirements.** Regulatory considerations can create the need for cloud audits and heightened transparency across the cloud, without which customers will have to withhold these data and workloads from the cloud.

Having a robust means of addressing security concerns is a prerequisite when considering moving many workloads to the cloud, particularly those that use sensitive information such as intellectual property or financial data, as well as those in regulated industries, such as healthcare and public utilities. However, public clouds operated by external service providers present specific challenges in achieving security goals. For example, customers may have little or no visibility into the infrastructure as a whole, the security measures in place, or even the geographical region where their workloads and applications are being hosted.

As organizations grapple with their needs to assure data location and integrity, many rely on legacy solutions that were developed for fixed hardware infrastructures. To the extent that these solutions are applicable to verifying security compliance in the cloud environment, they are labor-intensive, inconsistent, and limited in terms of scalability, effectiveness, or efficiency. Considerations such as these have led many organizations to deploy only non-core applications in the public cloud, and many are seeking to address these needs by building their own private cloud infrastructures. In all cases, whether the cloud infrastructure in question is being used to host core IT or just ancillary services, security experts who are rightly concerned about data isolation issues have begun to address them using methods that include the following:

- **Pervasive encryption.** Protecting data with cryptography helps prevent unauthorized access or misuse of data, even if other layers of security are compromised. This type of protection is highly desirable in cloud environments where information continually moves over network connections and among servers. Traditionally, the processing overhead associated with repeatedly encrypting and decrypting data led to performance trade-offs that made pervasive encryption untenable or undesirable. Intel AES-NI, which is available on the Intel Xeon processor, provides hardware acceleration to key parts of the widely used AES encryption algorithm, making pervasive encryption viable without compromising performance.

- **Trusted compute pools.** The ability to verify the trustworthiness of a given server is a vital capability with high value in the cloud, where virtual machines (VMs) must regularly be provisioned to and migrated among multiple physical hosts. Intel TXT, a feature of many systems featuring the Intel Xeon processor, establishes a hardware root of trust that allows the measurement and verification of the launch environment. This Measured Launched Environment (MLE) is compared to the expected "known good" boot environment—the BIOS and hypervisor—on a server to verify that it has not been tampered with.[5] If these launch components match the known good configurations, the platform is considered trusted. Remote attestation, enabled by OpenAttestation contributed to the open-source community by Intel, provides the mechanism to query and verify the integrity or trustworthiness of systems in the cloud environment. This attested information provides the basis for the identification of trusted platforms versus untrusted systems—the foundation of the creation of trusted compute pools that can be used to host privileged or sensitive data and workloads.

## End-to-End Encryption in the Cloud with Intel® Advanced Encryption Standard New Instructions

Intel AES-NI is a set of seven processor instructions that can be invoked to accelerate particularly processor-intensive parts of AES encryption and decryption algorithms, as shown in Table 1. By performing these operations in hardware rather than software, these instructions help to address the performance limitations associated with pervasive encryption. The ability to encrypt data both in transit and at rest provides an added line of defense against malware and other malicious attacks that could otherwise compromise data security. Even if unauthorized parties gain access to restricted data, it is typically unusable in its encrypted form.

Table 1. Intel® Advanced Encryption Standard New Instructions.

| | |
|---|---|
| **AESENC** | Performs a single round of encryption, combining the four steps of the AES algorithm into a single instruction: ShiftRows, SubBytes, MixColumns, and AddRoundKey |
| **AESENCLAST** | Performs the last round of encryption, combining the ShiftRows, SubBytes, and AddRoundKey steps into one instruction |
| **AESDEC** | Performs a single round of decryption, combining the four steps of the AES algorithm into a single instruction: InvShiftRows, InvSubBytes, InvMixColumns, and AddRoundKey |
| **AESDECLAST** | Performs the last round of decryption, combining the InvShiftRows, InvSubBytes, and AddRoundKey steps into one instruction |
| **AESKEYGENASSIST** | Generates the round keys used for encryption |
| **AESIMC** | Converts the encryption round keys to a form usable for decryption using the Equivalent Inverse Cipher |
| **PCLMULQDQ** | Performs carry-less multiplication of two 64-bit operands |

Because Intel AES-NI allows data to be encrypted without reducing processing to a crawl, it enables many sensitive workloads to be migrated to the cloud where it would otherwise not be possible. Moreover, safeguarding the privacy of sensitive data using pervasive encryption helps avoid financial risk and safeguard customer trust. In addition to speeding up encrypt and decrypt functions, Intel AES-NI can also provide some additional security to the code that implements those functions, by helping thwart software-based attacks on encryption routines.

Common vulnerabilities in software-side encryption components exploit vulnerabilities due to encryption blocks, keys, and tables being stored in memory and transferred as needed to the processor cache. Malicious code can seed the cache and then observe the behavior and timing of data transfers between the memory and cache to determine the values of individual bytes within the cryptographic key. These types of operations can significantly weaken the overall cryptographic algorithm, weakening the security of the system. These vulnerabilities are particularly pronounced in highly parallel, shared systems such as those where multiple cores, software threads, and OSs are present, making them particular noteworthy in large-scale cloud systems.

Intel AES-NI operation is based and isolated in hardware—it does not depend on lookup tables—making the encryption blocks resistant to software-based attacks. The instructions in Intel AES-NI also tend to reduce code size, and the lower degree of complexity can help make it less likely that security flaws are introduced in application code. Finally, the acceleration of encrypt and decrypt operations associated with Intel AES-NI allows for the use of larger cryptographic keys than would otherwise be tenable, adding further to the robustness of the solution's security.

Intel is working closely with the OpenStack community to bring cryptographic acceleration using Intel AES-NI to OpenStack. There are three aspects of this work:

- **Enabling OpenStack for hardware features of Intel® platforms**, so that the OpenStack environment can identify, for example, whether a given machine supports specific instructions or register types associated with algorithmic implementations that can accelerate performance.
- **Spearheading and assisting with the work within the OpenStack community to use cryptographic libraries**, including enablement of the Swift object store to provide server-side (object) encryption, and assisting with the work for volume encryption in Cinder (using Intel AES-NI implementation to achieve maximum performance).
- **Helping develop best practices for configuring OpenStack with OpenSSL***, which build on Intel's other innovation and software contributions related to encryption for the open-source solutions ecosystem, including Intel AES-NI support.

Intel AES-NI also contributes to cloud security more indirectly. As the cryptographic libraries in the Linux kernel support Intel AES-NI, clouds that run on top of Linux, such as those based on OpenStack, can take advantage of Intel AES-NI automatically, which provides for accelerated data encryption at various points in the cloud infrastructure, as shown in Figure 1. Intel AES-NI can be used to accelerate reads from and writes to popular open-source and proprietary databases using data in an encrypted state, which helps protect against attacks on the storage infrastructure.

Full disk encryption is a usage model in which every bit of data that goes onto a disk volume is encrypted, using either disk-encryption software or encrypted hard drives. This approach provides an added layer of protection, for example, in decommissioning and repair scenarios, which can otherwise be outside the direct control of the customer that owns the data.

The data associated with client transactions to the cloud can also be encrypted using protocols such as Transport Layer Security (TLS) or Secure Sockets Layer (SSL), providing a further layer of protection. Acceleration of encryption routines within the transaction framework improves response times, maintaining a positive user experience while providing added data protection.

Finally, applications running in OpenStack-based clouds can also take advantage of Intel AES-NI, completing the presence of pervasive encryption throughout the environment. One streamlined option for such implementation is using the Intel® Integrated Performance Primitives (Intel® IPP) cryptography domain. This collection of pre-optimized functions provides a simple means of implementing high-quality cryptography using Intel AES-NI, which can collapse many lines of code into a single instruction, reducing code size and complexity, in addition to requiring fewer execution cycles.




Figure 1. Data encrypted using Intel® Advanced Encryption Standard New Instructions at various points in the cloud infrastructure.

As an added benefit, Intel maintains these and other Intel IPP functions for each new generation of Intel® processors, so application developers need only link to the new versions of the relevant functions and recompile their code to harness the capabilities of new processor architectures. This approach reduces the time, effort, and cost of maintaining application code. Alternatively, developers can use a variety of other libraries that support Intel AES-NI, or they can implement the instructions directly.

Intel has developed optimized implementations of cryptographic functions for Intel® architecture that help accelerate two compute phases in the SSL and TLS protocols: session initiation and session transfer. These optimizations offer benefits to organizations that want to accelerate cryptographic operations using OpenSSL in OpenStack. To learn more, see the Intel white paper, "**Improving OpenSSL* Performance**."[6]

## Trusted Compute Pools with Intel® Trusted Execution Technology and the OpenAttestation SDK

An Intel TXT-enabled platform requires a trusted platform module (TPM), as well as BIOS and an OS or a hypervisor that supports Intel TXT. The technology also makes extensive use of components built into Intel® Virtualization Technology (Intel® VT) to help protect against unauthorized direct memory accesses and to enforce application and data isolation, allowing for a tamper-resistant launch evaluation. As described above, Intel TXT creates an MLE that allows for critical components of a server launch environment to be compared against the known good source.

Intel TXT produces a unique cryptographic identifier for each component at launch, and hardware-based mechanisms detect the execution of any code that does not match the MLE-specifications. As such, these mechanisms help to protect against the new class of low-level, software-based attacks on the integrity of the systems at power-on—before most traditional anti-malware gets loaded. Intel TXT provides a launch control policy engine to create and implement lists of known good code, as well as hardware-assisted methods for secret protection that delete residual data if an improper MLE shutdown occurs, helping protect against memory snooping and reset attacks.

For example, if a rootkit attempts to install itself underneath the hypervisor of the platform, the change in the environment creates a mismatch between the cryptographic hash associated with the measurements of the attempted launch environment and the known good configuration identified in the MLE WhiteList. Intel TXT interprets that mismatch as a breach of trust and indicates an untrusted launch of the platform. This allows IT or security experts to detect these new types of attacks more quickly and mitigate the negative consequences of the rootkit attack.

### Using Intel Trusted Execution Technology across Cloud Resources with Trusted Compute Pools

To provide customers with better information about the cloud environments they use, Intel TXT can provide vital information about host resources' security postures that can help organizations make better security decisions. Intel TXT provides the foundation for the creation of trusted compute pools, in which platform launch integrity can be identified across a group of hosts so that these resources can be allocated optimally and used as a new control point for workloads in the cloud.

By integrating into the management automation framework, trusted compute pools allow for policy-based controls to be set up that restrict the migration of sensitive, designated VMs from a trusted platform to only other trusted platforms. They also prevent VMs from being migrated from unverified systems onto trusted platforms. These mechanisms enhance the isolation of sensitive data or services while still allowing for the use of pooled cloud-based resources. Pooling trusted servers in this fashion allows for a number of valuable usage models that can help make the security of cloud environments more robust, extending their viability for a variety of workloads and applications:

- **Verified launch for audit support.** Enterprises and cloud providers can use data integrity checking mechanisms to verify platform integrity, lower the risk of security breaches from malware, and reduce support costs.
- **Policy-based live migration.** With an aggregated set of trusted systems, platform trust status can be used with security applications to enforce the control of workload assignment policies, restricting the migration of VMs that execute sensitive workloads only to trusted platforms, in an automated fashion.
- **Compliance reporting.** Auditing the cloud environment is enhanced through the use of attestable Intel TXT hardware-based mechanisms. Governance, risk management, and compliance (GRC) or security information and event manager (SIEM) dashboards can quickly verify that these controls are in place and operational, helping establish and verify adherence to data protection and control standards.

## Verifying MLE Credentials Using the OpenAttestation Service

As described above, establishing trusted compute pools requires MLE credentials based on a cryptographic hash to be shared among physical hosts, such as those within a cloud, so that the trustworthiness of those platforms can be reported across the environment to the management infrastructure. Intel created the OpenAttestation service and SDK, which it released to the community as open-source code in April 2012, to support that functionality for host platforms that have a TPM.

OpenAttestation is implemented within OpenStack, enabling users to verify integrity (or lack thereof) of launch components, to help reduce threats associated with malware, enhance security by controlling the VM location based on platform trust, and provide attestable hardware support for auditing and compliance requirements. The core mechanisms of OpenAttestation are illustrated in Figure 2. (Note: Trusted Boot (tboot) is the open-source project that delivers Intel TXT support into the hypervisor or OS.)




Figure 2. Remote attestation with the OpenAttestation service.

Software developers can merge, modify, and distribute OpenAttestation with cloud management stacks as a means to enhance security through the delivery of trusted compute pools, using an open web-based API provided for that purpose. As part of those third-party software stacks, using OpenAttestation enables the cloud-management software to remotely retrieve and verify target hosts' integrity. OpenAttestation allows administrators to set up WhiteList tables that establish known good platform configuration registers (PCRs) that serve to verify host integrity. The OpenAttestation service uses the Privacy Certificate Authority (PrivacyCA) and Appraiser to communicate with and verify hosts, as shown in Figure 3.




Figure 3. Components and operation of the OpenAttestation service.

The PrivacyCA provisions and certifies hosts' attestation identity key, and the Appraiser communicates with the HostAgent using the TrouserS trusted software stack to retrieve and verify a host's PCRs. The Query API queries the host trust state, and the Historical Integrity Reporting Portal Appraiser (a reference implementation) internally tracks each host's historical integrity reports. The portal provides an interface to view historical data as well as details of integrity data reported by hosts. The WhiteList table API adds or deletes entries in the Good/Known WhiteList Table. The service provides the APIs and storage to define the various MLEs in the environment, their attributes, policy-driven trust definitions, and other key data to support trusted compute pools.

## Putting Trusted Compute Pools into Action Using the OpenStack Nova Scheduler

As described above, Intel TXT enables trust to be verified on hosts and for trusted compute pools to be established in the OpenStack environment. OpenAttestation allows those pools to be verified in order to establish populations of hosts that meet specific trust criteria. Based on this information, the OpenStack Nova scheduler places workloads for execution on trusted hosts, as shown in Figure 4. The first step in this determination is to establish which platforms are trusted, using the trusted_filter, which compares a key/value pair for each host to the value returned by the OpenAttestation service for that host (that is, "trusted" for trusted hosts and "untrusted" for untrusted hosts). If the host value matches the OpenAttestation service value, the host passes the filter; if the values do not match, the host does not pass the filter and is therefore not a candidate for hosting the scheduled instance.




Figure 4. Filtering of hosts by the OpenStack* Nova scheduler.

## Conclusion

Intel's participation in the open-source cloud ecosystem is helping organizations address their challenges in adopting cloud technology. In particular, OpenStack implementations benefit from Intel® hardware technologies, software contributions, and ecosystem enablement to support trusted computing environments and high-performance encryption.

These mechanisms are moving steadily toward mainstream adoption in both public and private cloud infrastructures. Linux OS vendors have provided broad-based support for Intel TXT and Intel AES-NI today, and support for OpenAttestation is growing.

Various enterprise data centers and cloud service providers have deployed OpenStack in production by using their own developer expertise. As these capabilities continue to become more developed and widely understood, the benefits in terms of efficiencies and cost-effectiveness will continue to grow.

To learn more about Intel® Advanced Encryption Standard New Instructions, visit:
**www.intel.com/content/www/us/en/architecture-and-technology/advanced-encryption-standard--aes-/data-protection-aes-general-technology.html**

To learn more about Intel® Trusted Execution Technology, visit:
**www.intel.com/txt**

To learn more about Intel's work with OpenStack, visit:

intel openstack

**www.intel.com/opensource/OpenStack**




www.intel.com/opensource

[1] 2013 Cloud Predictions: We'll Finally Get Real About Cloud. http://blogs.forrester.com/james_staten/12-12-03-2013_cloud_predictions_well_finally_get_real_about_cloud

[2] Press Release: Zenoss Reports On The State of Open Source Cloud Adoption. www.zenoss.com/about/news/press/Zenoss_Reports_On_The_State_of_Open_Source_Cloud_Adoption.html

[3] IT@Intel white paper, "Accelerating Deployment of Cloud Services Using Open Source Software" (2012). http://software.intel.com/sites/default/files/accelerating-deployment-of-cloud-services-using-open-source-software.pdf

[4] Gens, Frank, and John Gallant, Beyond the Hype: The Year in Cloud and Strategic Choices Ahead. www.eiseverywhere.com/file_uploads/d471b7932e4f64e622e9303eebd44848_CLF_2012_Opening_Remarks.pdf

[5] No computer system can provide absolute security under all conditions. Intel® Trusted Execution Technology (Intel® TXT) requires a computer with Intel® Virtualization Technology, an Intel TXT-enabled processor, chipset, BIOS, Authenticated Code Modules and an Intel TXT-compatible measured launched environment (MLE). Intel TXT also requires the system to contain a TPM v1.s. For more information, visit www.intel.com/technology/security.

[6] Intel white paper, "Improving OpenSSL* Performance" (2011). http://software.intel.com/sites/default/files/open-ssl-performance-paper.pdf

INFORMATION IN THIS DOCUMENT IS PROVIDED IN CONNECTION WITH INTEL® PRODUCTS. NO LICENSE, EXPRESS OR IMPLIED, BY ESTOPPEL OR OTHERWISE, TO ANY INTELLECTUAL PROPERTY RIGHTS IS GRANTED BY THIS DOCUMENT. EXCEPT AS PROVIDED IN INTEL'S TERMS AND CONDITIONS OF SALE FOR SUCH PRODUCTS, INTEL ASSUMES NO LIABILITY WHATSOEVER, AND INTEL DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTY, RELATING TO SALE AND/OR USE OF INTEL PRODUCTS INCLUDING LIABILITY OR WARRANTIES RELATING TO FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, OR INFRINGEMENT OF ANY PATENT, COPYRIGHT OR OTHER INTELLECTUAL PROPERTY RIGHT. UNLESS OTHERWISE AGREED IN WRITING BY INTEL, THE INTEL PRODUCTS ARE NOT DESIGNED NOR INTENDED FOR ANY APPLICATION IN WHICH THE FAILURE OF THE INTEL PRODUCT COULD CREATE A SITUATION WHERE PERSONAL INJURY OR DEATH MAY OCCUR.

Intel may make changes to specifications and product descriptions at any time, without notice. Designers must not rely on the absence or characteristics of any features or instructions marked "reserved" or "undefined." Intel reserves these for future definition and shall have no responsibility whatsoever for conflicts or incompatibilities arising from future changes to them. The information here is subject to change without notice. Do not finalize a design with this information. The products described in this document may contain design defects or errors known as errata which may cause the product to deviate from published specifications. Current characterized errata are available on request. Contact your local Intel sales office or your distributor to obtain the latest specifications and before placing your product order. Copies of documents which have an order number and are referenced in this document, or other Intel literature, may be obtained by calling 1-800-548-4725, or by visiting Intel's Web Site http://www.intel.com/.

Software and workloads used in performance tests may have been optimized for performance only on Intel microprocessors. Performance tests, such as SYSmark* and MobileMark*, are measured using specific computer systems, components, software, operations and functions. Any change to any of those factors may cause the results to vary. You should consult other information and performance tests to assist you in fully evaluating your contemplated purchases, including the performance of that product when combined with other products. For more information, go to http://www.intel.com/performance.

*Other names and brands may be claimed as the property of others.

Copyright © 2013 Intel Corporation. All rights reserved. Intel, the Intel logo, and Xeon are trademarks of Intel Corporation in the U.S. and other countries.

0313/NKR/MESH/PDF 328753-001US