# EXHIBIT B

**From:** Rolf Stadheim
**To:** Andara, Lael D.
**Cc:** Chris St. Peter; Cheryl Mccormick
**Subject:** FW: Supermicro OpenStack infringement summaries and references
**Date:** Tuesday, March 01, 2016 9:51:11 AM
**Attachments:**
Ref. SM-08 Arista-Supermicro-Hyper-Converged-Rack-Level-Soltuions.pdf
Ref. SM-01 Supermicro Ultra Series Servers Enable Rapid Deployment of OpenStack Solutions.pdf
Ref. SM-02 Supermicro Announces Open Source Solutions for Red Hat Enterprise Linux, Ceph and OpenStack at Red Hat Summit.pdf
Ref. SM-03 Super Micro Solutions.pdf
Ref. SM-04 Super Micro Solutions for RedHat.pdf
Ref. SM-05 white_paper_Supermicro_OpenStack.pdf
Ref. SM-06 SB-CloudX_Supermicro_Hyper-converged_OpenStack.pdf
Ref. SM-07 Mellanox White Paper - ScaleIO-Hyper-Converged.pdf
SuperMicro Company Profile.pdf
Corporate_fact_sheet_Q2_FY16_1-28-16.pdf
SuperMicro OpenStack Claim 39 Executive Summary 1.1.docx
Supermicro OpenStack Claim 29 Executive Summary 1.1.docx
Supermicro OpenStack Claim 48 Executive Summary 1.1.docx

---

Dear Lael,

Here are the materials that I told you we would sent.

Looking forward to our meeting on Friday.

Best regards,

Rolf