# EXHIBIT D

# 1 Results for 8468591

| Reel/Frame | Execution Date | Owner (Assignee) | Patent |
|---|---|---|---|
| 30446-651 | May 16, 2013 | COMPUTER PROTECTION IP, LLC | 8468591 |

**ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).**

Assignee: **COMPUTER PROTECTION IP, LLC**
Assignor: **SILVERSTONE, ARIEL**

Correspondent:
**THOMAS HORSTEMEYER, LLP**
400 INTERSTATE NORTH PARKWAY
SUITE 1500
ATLANTA, GA 30339

First of 2 Assigned Properties
**Patent 8468591** (Jun 18, 2013)
CLIENT AUTHENTICATION AND DATA MANAGEMENT SYSTEM