# EXHIBIT E

Home

**For nearly a quarter of a century, our singular mission has been to provide independent inventors, companies and universities with the highest quality patent assertion services on a contingent fee basis.**

- Our firm
- Our clients
- Our contingency representation
- Our attorneys
- Contact us



Stadheim & Grear, Ltd. Attorneys at Law 400 North Michigan Avenue Suite 2200 Chicago, IL 60611 **312.755.4400**