# EXHIBIT F

# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRIAN P. KEMP

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **COMPUTER PROTECTION IP, LLC** | Control Number: | **12004115** |
| Business Type: | **Domestic Limited Liability Company** | Business Status: | **Active/Owes Current Year AR** |
| Business Purpose: | | | |
| Principal Office Address: | **6055 Southard Trace, Cumming, GA, 30040** | Date of Formation / Registration Date: | **1/13/2012** |
| State of Formation: | **Georgia** | Last Annual Registration Year: | **2015** |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **LEE, JOHN** |
| Physical Address: | **6055 SOUTHARD TRACE, Forsyth, CUMMING, GA, 30040, USA** |

Back

Filing History Name History

Return to Business Search

Office of the Georgia Secretary of State Attn: 2 MLK, Jr. Dr. Suite 313, Floyd West Tower Atlanta, GA 30334-1530, Phone:(404) 656-2817 WEBSITE: http://www.sos.ga.gov/

© 2015 PCC Technology Group. All Rights Reserved. Version 2.1.1

**Report a Problem?**